FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2024 OCT 18 AM 9: 07

VAHIA S. ALLEN
CLERK

BY:_____ DEPUTY CLERK

24-61070

Certificate Number: 15725-GAN-CC-038975975

15725-GAN-CC-038975975

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 17, 2024</u>, at <u>5:34</u> o'clock <u>PM EDT</u>, <u>Aneaka Ukah</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of Georgia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>October 17, 2024</u>          By:      <u>/s/Miguel Cerra</u>

                                    Name:  <u>Miguel Cerra</u>

                                    Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).