**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-61070-BEM |
| | : | |
| ANEAKA UKAH, | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for Mary Ida Townson, United States Trustee, Region 21, in the above-captioned case.

Respectfully submitted,

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21


_/s/_
ALAN HINDERLEIDER
Trial Attorney
Georgia Bar No. 938543
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Dr., SW
Atlanta, Georgia 30303
Tel: (404) 331-4464
E-mail: Alan.Hinderleider@usdoj.gov