UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    :      CHAPTER 11
                                          :
ANEAKA UKAH,                              :      CASE NO. 24 - 61070 - BEM
                                          :
                                          :
            DEBTOR.                       :

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V Trustee in the above-captioned case:

John Whaley, CPA, LLC
P.O. Box 76362
Atlanta, GA  30358
Tel:  (404) 946-5272
Email: trustee@jtwcpa.net

The trustee's verified statement of disinterestedness, with statement of anticipated rate of

compensation, is attached to this notice.

Dated: October 21, 2024              MARY IDA TOWNSON
                                     UNITED STATES TRUSTEE
                                     REGION 21

                                     _____/s/_____
                                     Alan Hinderleider
                                     Georgia Bar No. 938543
                                     United States Department of Justice
                                     Office of the United States Trustee
                                     362 Richard Russell Building
                                     75 Ted Turner Drive SW
                                     Atlanta, Georgia 30303
                                     (404) 331-4464
                                     Alan.Hinderleider@usdoj.gov