**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

| | | |
|---|---|---|
| In   Debtor(s) | | Case No.: **24–61070–bem** |
| Re:   **Aneaka Ukah** | | Chapter:  **11** |

# ORDER REGARDING UNPAID FILING FEES

The Debtor(s) filed a voluntary petition on October 18, 2024. The amount needed to pay the filing fee in full is **$1,738.00.** Accordingly,

**IT IS ORDERED** that by October 28, 2024, the Debtor(s) shall

pay the fee in full, the balance due being $1,738.00

**OR**

file an Application to Pay the Filing Fee in Installments. The Application must provide for an initial payment of $339.00 that is due at the time of filing. The Application must provide for no more than two additional installment payments. The balance due on the initial payment is $339.00 and must accompany the Application that is due by October 28, 2024

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

**United States Bankruptcy Court**
**1340 Richard Russell Building**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

**For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check.**

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online–payments

If, by the date(s) set forth above, i) the filing fee is not paid in accordance with this Order; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party of interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

The Clerk will serve this Order on Debtor, Debtor's Counsel, and Trustee.

**SO ORDERED,** on October 21, 2024.

Form 436 Order Regarding Unpaid Filing Fees
Revised January 2022

Barbara Ellis–Monro
United States Bankruptcy Judge