**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In
Re:   **Aneaka Ukah**

Case No.: **24–61070–bem**
Chapter: **11**
Judge: **Barbara Ellis–Monro**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on 10/18/24 . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 10/25/24**
None Apply

**To be filed by 10/25/24**
Chapter 11 Small Business Case – Balance Sheet
Chapter 11 Small Business Case – Statement of Operations
Chapter 11 Small Business Case – Cash Flow Statement
Chapter 11 Small Business Case – Most Recent Federal Income Tax Return

**To be Filed by 11/1/24**
Statement of Financial Affairs (Official Form B107)

Schedules A/B thru J (Official Forms B106A/B – B106J)

Summary of Assets and Liabilities (Official Form B106 Summary)

Declaration About Debtor's Schedules (Official Form B106)

Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, self–employed or other explanation.
20 Largest Unsecured Creditors (Official Form B104)

**To be filed by 11/18/24**
None Apply

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on October 21, 2024.

Barbara Ellis–Monro
United States Bankruptcy Judge

Form 430b December 2018