# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia
## Atlanta Division

In Re:   **Aneaka Ukah**

Case No.: **24−61070−bem**

Chapter:  **11**

Debtor

# Order Regarding The List Of Creditors
# For A Case Filed In Paper Format

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, the filing of a voluntary petition shall include a "list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms". Local Rule 5005−1(j) lists the specific requirements for filing this list of creditors with this Court.

− The voluntary petition filed by the debtor on 10/18/24 is not accompanied by the required list. The Notice of Commencement of Case under Bankruptcy Code which provides creditors with notice of case filing as well as other important information, including deadlines, cannot be served until the list of creditors has been filed. Failure to provide notice to creditors is grounds for dismissal.

Therefore, it is ***ORDERED*** that the list of creditors must be filed or corrected no later than 10/28/24. Failure to file this list may result in dismissal of the case, and as a result of such dismissal, the stay of 11 U.S.C Section 362(a) will no longer be in effect.

Dated: October 21, 2024

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Barbara Ellis−Monro
United States Bankruptcy Judge

Form 313a

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                              Case No. 24-61070-bem

Aneaka Ukah                                                                                Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                            User: bncadmin                                    Page 1 of 1

Date Rcvd: Oct 21, 2024                    Form ID: 313a                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: aneakaenglish@yahoo.com | Oct 21 2024 20:23:00 | Aneaka Ukah, 2564 Tucker Mill Rd, Conyers, GA 30094-3342 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024                         Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:**

**Name                          Email Address**

Alan Hinderleider
                               on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov

John T. Whaley
                               trustee@jtwcpa.net  jtwhaley@jtwcpa.net

TOTAL: 2