**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In
Re:   **Aneaka Ukah**

Case No.: **24–61070–bem**
Chapter:  **11**
Judge:  **Barbara Ellis–Monro**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on <u>10/18/24</u> . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website <u>www.ganb.uscourts.gov</u>.

**To be filed by 10/25/24**
None Apply

**To be filed by 10/25/24**
Chapter 11 Small Business Case – Balance Sheet
Chapter 11 Small Business Case – Statement of Operations
Chapter 11 Small Business Case – Cash Flow Statement
Chapter 11 Small Business Case – Most Recent Federal Income Tax Return

**To be Filed by 11/1/24**
Statement of Financial Affairs (Official Form B107)
Schedules A/B thru J (Official Forms B106A/B – B106J)
Summary of Assets and Liabilities (Official Form B106 Summary)
Declaration About Debtor's Schedules (Official Form B106)
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, self–employed or other explanation.
20 Largest Unsecured Creditors (Official Form B104)

**To be filed by 11/18/24**
None Apply

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on October 21, 2024.

Barbara Ellis–Monro
United States Bankruptcy Judge

Form 430b December 2018

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                    Case No. 24-61070-bem

Aneaka Ukah                                                                                         Chapter 11

          Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                          User: bncadmin                                       Page 1 of 1

Date Rcvd: Oct 21, 2024                   Form ID: 430b                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: aneakaenglish@yahoo.com | Oct 21 2024 20:23:00 | Aneaka Ukah, 2564 Tucker Mill Rd, Conyers, GA 30094-3342 |

TOTAL: 1


# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE


# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024                            Signature:          /s/Gustava Winters


# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed
below:**

**Name                           Email Address**

Alan Hinderleider
                              on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov

John T. Whaley
                              trustee@jtwcpa.net  jtwhaley@jtwcpa.net


TOTAL: 2