**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In   Debtor(s)
Re:   **Aneaka Ukah**                                    Case No.: **24−61070−bem**
                                                         Chapter: **11**

# ORDER REGARDING UNPAID FILING FEES

The Debtor(s) filed a voluntary petition on October 18, 2024. The amount needed to pay the filing fee in full is **$1,738.00.** Accordingly,

**IT IS ORDERED** that by October 28, 2024, the Debtor(s) shall

   pay the fee in full, the balance due being $1,738.00

**OR**

   file an Application to Pay the Filing Fee in Installments. The Application must provide for an initial payment of $339.00 that is due at the time of filing. The Application must provide for no more than two additional installment payments. The balance due on the initial payment is $339.00 and must accompany the Application that is due by October 28, 2024

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

**United States Bankruptcy Court**
**1340 Richard Russell Building**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

**For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check.**

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online−payments

If, by the date(s) set forth above, i) the filing fee is not paid in accordance with this Order; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party of interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

The Clerk will serve this Order on Debtor, Debtor's Counsel, and Trustee.

**SO ORDERED,** on October 21, 2024.

Form 436 Order Regarding Unpaid Filing Fees
Revised January 2022

Barbara Ellis−Monro
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 24-61070-bem

Aneaka Ukah                                                                        Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: 436 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: aneakaenglish@yahoo.com | Oct 21 2024 20:23:00 | Aneaka Ukah, 2564 Tucker Mill Rd, Conyers, GA 30094-3342 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024                        Signature:                /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| John T. Whaley | trustee@jtwcpa.net  jtwhaley@jtwcpa.net |

TOTAL: 2