Balance Sheet

State of Operations

Prepared

11/01/2024

**NAME:** Aneaka Ukah
**ADDRESS:** 2564 Tucker Mill Rd SW
Conyers, Georgia 30094

**Work PHONE:** 404-480-4091
**CELL PHONE:** 678-308-5893

## *DETAILED SUMMARY LISTING OF ASSETS*

| INDIVIDUAL ASSET INFORMATION | AMOUNT |
|---|---|
| Accounts Receivable: | $162,499.98 |
| Annuity: | |
| Boats: | |
| Bonds | |
| Business Property and Real Estate: | |
| Certificate of Deposit: | |
| Checking Accounts: | $106.94 |
| Household Furnishings: | $4,000.00 |
| Jewelry: | |
| Life Insurance: | |
| Mutual Funds: | |
| Notes Receivable: | |
| Other Assets: | |
| Other Real Estate: | |
| Personal Residence Real Estate: | $550,000.00 |
| Recreational Equipment: | |
| Retirement Plans: | |
| Savings Accounts: | |
| Stocks: | |
| Trusts: | |
| Vehicles | |

**INDIVIDUAL TOTAL ASSET VALUE:** $716,606.92

## *DETAILED SUMMARY LISTING OF LIABILITIES*

| **INDIVIDUAL LIABILITY INFORMATION** | **AMOUNT** |
| --- | --- |
| Judgments | $330,000.00 |
| Federal Taxes | $200.000.00 |
| State Taxes | $90,000.00 |
| Tax Lien | $40,000.00 |
| Credit Cards: | |
| Student Loans: | |
| Other Liabilities: | |

**INDIVIDUAL TOTAL LIABILITIES:**      **$660,000.00**

## *DETAILED SUMMARY LIST OF MONTHLY INCOME ASSET*

| **INDIVIDUAL MONTHLY INCOME** | **MONTHLY AMOUNT** |
| --- | --- |
| Individual Employer Name:  E.S. Real Estate Consortium, Corp | |
| Monthly Salary or Wages: | $27,083.33 |
| Investment Accounts: | |
| Alimony: | |
| Child Support: | |
| Trusts: | |
| Other Income Sources: | $5,000.00 |

**INDIVIDUAL TOTAL MONTHLY INCOME ASSET:**      **$32,083.33**

## *DETAILED SUMMARY LIST OF MONTHLY EXPENSE LIABILITY*

| **INDIVIDUAL MONTHLY EXPENSES** | **MONTHLY AMOUNT** |
| --- | --- |
| Paid Alimony: | |
| Paid Child Care: | $2,400.00 |
| Paid Child Support: | |
| Groceries: | $1,800.00 |
| Healthcare or Medications: | $2,939.00 |
| Housing or Rent: | |
| Other Mortgage Loans: | |
| Auto Loans: | |
| Auto Insurance: | $990.00 |
| Health or Dental Insurance: | $400.00 |
| Life Insurance: | $1,333.30 |
| Other Insurance: | |
| Credit Cards: | |

| | |
|---|---|
| Student Loans: | |
| Other Expenses: | $8,000.00 |

**INDIVIDUAL TOTAL MONTHLY EXPENSE LIABILITY:**        **$16,062.30**

## *NET WORTH SUMMARY*

TOTAL ASSETS:                                              $716,606.92

TOTAL LIABILITIES:                                         $660,000.00

**TOTAL NET WORTH:**                                      $ 56,606. 92