**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:

ANEAKA UKAH,

     Debtor.

Chapter 11, Subchapter V

Case No. 24-61070-BEM

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a true and correct copy of **MOTION TO REDACT PERSONAL IDENTIFIERS** by placing a copy of same placed in United States Mail with adequate postage thereon to the following:

Aneaka Ukah
2564 Tucker Mill Rd
Conyers, Georgia 30094

This 6th day of November, 2024.

Respectfully submitted,

ROBL LAW GROUP LLC

/s/ Michael D. Robl

_____
Michael D. Robl
Georgia Bar No. 610905

3754 Lavista Road, Suite 250
Tucker, GA 30084
(404) 373-5153
(404) 537-1761 (facsimile)
michael@roblgroup.com