**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In **Aneaka Ukah** | ) | |
| Re: 2564 Tucker Mill Rd | ) | Case No.: **24–61070–bem** |
| Conyers, GA 30094 | ) | Chapter: **11** |
| | ) | |
| **xxx–xx–4186** | ) | |
| | ) | |

Debtor(s)

## ORDER ON MOTION TO REDACT

This case came on for consideration without hearing on the Motion to Redact filed by Michael D. Robl on behalf of Aneaka Ukah. on November 5, 2024. A redacted version of the document containing the personal identifiers having been docketed pursuant to Fed. R. Bankr. P. 9037(a), it is hereby,

ORDERED that the Clerk of Court is authorized and directed to take steps necessary to allow access only to the redacted version of the document contained in Docket Entry Number 18.

_____

UNITED STATES BANKRUPTCY JUDGE

Dated: November 6, 2024

Form orredact –02/2017