**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In Re: | **Aneaka Ukah**<br>2564 Tucker Mill Rd<br>Conyers, GA 30094<br><br>**xxx–xx–4186** | )<br>)<br>)<br>)<br>)<br>) |

Case No.: **24–61070–bem**
Chapter:  **11**

Debtor(s)

**ORDER ON MOTION TO REDACT**

This case came on for consideration without hearing on the Motion to Redact filed by Michael D. Robl on behalf of Aneaka Ukah. on November 5, 2024. A redacted version of the document containing the personal identifiers having been docketed pursuant to Fed. R. Bankr. P. 9037(a), it is hereby,

ORDERED that the Clerk of Court is authorized and directed to take steps necessary to allow access only to the redacted version of the document contained in Docket Entry Number 18.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: November 6, 2024

Form orredact –02/2017

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                      Case No. 24-61070-bem

Aneaka Ukah                                                                                        Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2024 | Form ID: orredact | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: aneakaenglish@yahoo.com | Nov 06 2024 20:13:00 | Aneaka Ukah, 2564 Tucker Mill Rd, Conyers, GA 30094-3342 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 06 2024 20:14:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| John T. Whaley | trustee@jtwcpa.net  jtwhaley@jtwcpa.net |
| Michael D. Robl | on behalf of Debtor Aneaka Ukah michael@roblgroup.com  max@roblgroup.com,lelena@roblgroup.com |

District/off: 113E-9                                   User: bncadmin                                        Page 2 of 2

Date Rcvd: Nov 06, 2024                                Form ID: orredact                                     Total Noticed: 2

TOTAL: 3