## United States Bankruptcy Court
### Northern District of Georgia

In re   **Aneaka Ukah**

Debtor(s)

Case No.  24-61070-bem

Chapter  **11**

### PAYMENT ADVICES COVER SHEET
### UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Aneaka Ukah__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☑    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because **Debtor is paid through direct deposit.**

☐    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **November 12, 2024**

Signature  **/s/ Aneaka Ukah**
**Aneaka Ukah**
Debtor