**Aneaka Ukah**
**Statement of Cash Flows**
**For the Year Ended 12/31/2024**

**Cash Flow from Operating Activities**

| | |
|---|---:|
| Net Income | 121,578.10 |
| Increase in Accounts Receivable | (135,416.65) |
| Decrease in Notes Payable | (10,000.00) |
| Increase in Taxes Payable | 130,000.00 |
| Decrease in Other Current Liabilities | (40,000.00) |
| **Cash Provided by/Used in Operating Activities** | **86,161.45** |

**Cash Flow from Investing Activities**

| | |
|---|---:|
| **Cash Provided by/Used in Investing Activities** | **0.00** |

**Cash Flow from Financing Activities**
**Cash Provided by Financing Activities**

| | |
|---|---:|
| **Net Increase in Cash** | **86,161.45** |
| **Beginning Cash Balance** | 8,000.00 |
| **Cash at 12/31/2024** | **94,161.45** |

**Supplemental Information**

| | |
|---|---:|
| Cash Paid for Income Taxes | 24,000.00 |