**JOHN T. WHALEY, CPA**
**Chapter 11 Subchapter V Trustee**
*Northern District of Georgia*
**P.O. Box 76362**
**Atlanta, GA  30358**
**Telephone  404-946-5272**

November 18, 2024

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

NOV 1 8 2024

By: _/s/_

Deputy Clerk

Via Electronic Transmission
BEMChambers@ganb.uscourts.gov

Candace Holley, Courtroom Deputy
Honorable Chief Judge Barbara Ellis-Monro
U.S. Bankruptcy Court Northern District
75 Ted Turner Drive, S.W.
Room 1431
Atlanta, Georgia 30303

Re: Chapter 11, Subchapter V Trustee, Leave of Absence

Dear Ms. Holley:

I serve as the Chapter 11, Subchapter V Trustee, in the bankruptcy cases listed below. Please let this letter serve as my request for a leave of absence (and that matters not be placed on the calendar) from December 30, 2024 through January 3, 2025; and January 6, 2025 through January 15, 2025, pursuant to BLR 9010-5(e).

| Case Number | Debtor Name |
| --- | --- |
| 24-61070 | Aneaka Ukah |
| 24-58146 | 200 Arpeggio Way, LLC |
| 24-56374 | Morli Subhash Desai |

To the best of my knowledge, information and belief, there are no hearings or other proceedings presently scheduled before the Court during the requested absences.

Respectfully submitted,
_/s/ John T. Whaley_
John T. Whaley
Chapter 11, Subchapter V Trustee

Copy:   Michael D. Robl, Esq.
         michael@roblgroup.com
         Brian S. Limbocker, Esq.
         bsl@limbockerlawfirm.com

         Alan Hinderleider, Esq.
         Alan.Hinderleider@usdoj.gov
         Cici Christy, Esq.
         cchristy@rlkglaw.com
         Will B. Geer, Esq.
         wgeer@rlkglaw.com