**Fill in this information to identify the case:**

Debtor Name   Aneaka Ukah

United States Bankruptcy Court for the: Northern District of Georgia

Case number:   24-61070

❑ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month:   October

Date report filed:   11/21/2024
MM / DD / YYYY

Line of business:   Real Estate Development

NAISC code:   5313

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:   Aneaka Ukah

Original signature of responsible party   /s/ Aneaka Ukah

Printed name of responsible party   Aneaka Ukah

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ☑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ☑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Official Form 425C      **Monthly Operating Report for Small Business Under Chapter 11**      page **1**

Debtor Name Aneaka Ukah                                    Case number 24-61070

17. Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☐  ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ ___288.49___

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $ ___0.00___

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.          – $ ___323.38___

    Report the total from *Exhibit D* here.

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.          + $ ___323.38___

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.          = $ ___-34.89___

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ ___0.00___

    *(Exhibit E)*

Debtor Name  Aneaka Ukah                                      Case number 24-61070

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____27,083.33_____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    0

27. What is the number of employees as of the date of this monthly report?    0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____0.00_____

30. How much have you paid this month in other professional fees?    $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?    $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **–** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | – | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 323.38 | – | $ 323.38 | = | $ 0.00 |
| 34. **Net cash flow** | $ -323.38 | – | $ -323.38 | = | $ 0.00 |

35. Total projected cash receipts for the next month:    $ 32,083.33

36. Total projected cash disbursements for the next month:    – $ 29,500.00

37. Total projected net cash flow for the next month:    = $ 2,583.33

Debtor Name  Aneaka Ukah                                          Case number 24-61070

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.



Aneaka English
2564 Tucker Mill Rd SW
Conyers GA 30094

**Thanks for saving with Capital One 360®**

Here's your **October 2024** bank statement.

STATEMENT PERIOD
**Oct 1 - Oct 31, 2024**

## - $64.13
TOTAL ENDING BALANCE
IN ALL ACCOUNTS

## Account Summary

| ACCOUNT NAME | Oct 1 | Oct 31 |
|---|---|---|
| **360 Checking...9996** | $259.25 | **- $64.13** |
| **All Accounts** | $259.25 | **- $64.13** |

## Cashflow Summary

⊕ $0.00 INTEREST EARNED THIS PERIOD
⊖ $0.00 OVERDRAFT AND RETURN ITEM FEES THIS PERIOD
⊖ $0.00 FINANCE CHARGES THIS PERIOD

## 360 Checking - ████████9996

| 0.00% | $0.76 | 31 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| **Oct 1** | **Opening Balance** | | | **$259.25** |

**Page 1 of 3**

 

**Aneaka English** | STATEMENT PERIOD
**Oct 1 - Oct 31, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| Oct 1 | Debit Card Purchase - 212 PACKAGE STORE CONYERS GA | Debit | - $6.41 | $252.84 |
| Oct 1 | Debit Card Purchase - WIZA CO NEWARK DE | Debit | - $49.00 | $203.84 |
| Oct 1 | Debit Card Purchase - AMAZON MKTPL 3E4BC3QH3 AMZN COM BIL WA | Debit | - $207.47 | - $3.63 |
| Oct 1 | Debit Card Purchase - WIZA CO NEWARK DE | Debit | - $60.50 | - $64.13 |
| **Oct 31** | **Closing Balance** | | | **- $64.13** |

## Fees Summary

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

 capitalone.com    1-888-464-0727   P.O. Box 85123, Richmond, VA 23285    MEMBER FDIC

Aneaka English | STATEMENT PERIOD
**Oct 1 - Oct 31, 2024**

## If anything in your statement looks incorrect, please let us know immediately.

In case of error or questions about your electronic transfers, we can be reached by telephone at 1-888-464-0727, or mail at P.O. Box 85123, Richmond, VA 23285. Or, log in to your account at capitalone.com and click on the transaction. If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, you must let us know within 60 days after we sent you the FIRST statement on which the error appeared.

**(1)** Tell us your name and account number.

**(2)** Describe the error or the transfer you are unsure about, and provide an explanation of why you believe it is an error or why you need more information.

**(3)** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

capitalone.com     1-888-464-0727     P.O. Box 85123, Richmond, VA 23285      MEMBER **FDIC**       EQUAL HOUSING LENDER



Member Services

(844) 244-6363

Aneaka Ukah
2564 Tucker Mill Rd Sw
Conyers, GA 30094

# Checking Account Statement

**Account number**

████████1486

**Statement period**

October 2024 (October 01, 2024 - October 31, 2024)

## Summary

| | |
|---|---|
| Beginning balance on October 01, 2024 | $2.62 |
| Deposits | $0.00 |
| ATM Withdrawals | $0.00 |
| Purchases | $0.00 |
| Adjustments | $0.00 |
| Transfers | $0.00 |
| Round Up Transfers | $0.00 |
| Fees | $0.00 |
| SpotMe Tips | $0.00 |
| Ending balance on October 31, 2024 | $2.62 |

## Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | NET AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|---|

## Yearly Summary

| | |
|---|---|
| SpotMe Tips | $0.00 |

Page 1 of 2

# Error Resolution Procedures

In case of errors or questions about your electronic transactions, call  1-844-244-6363, write to Chime Member Services, P.O. Box 417, San Francisco, CA 94104-0417, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



Member Services
(844) 244-6363

Aneaka Ukah
2564 Tucker Mill Rd Sw
Conyers, GA 30094

# Savings Account Statement

**Account number**

1742

**Statement period**

October 2024 (October 01, 2024 - October 31, 2024)

## Summary

| | | | |
|---|---|---|---|
| Beginning balance on October 01, 2024 | $1.75 | Interest Accrued this Period | $0.00 |
| Transfers | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Round Up Transfers | $0.00 | | |
| Interest Paid this Period | $0.01 | | |
| Ending balance on October 31, 2024 | $1.76 | | |

## Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 10/01/2024 | Interest Payment | Interest | $0.01 | 10/01/2024 |

## Program Details

Your Chime Savings Account balance is swept to one or more program banks and is eligible for FDIC deposit insurance up to at least $250,000 at each Program Bank. This doesn't affect access to your funds. See below for the balances in your name at each of the Program Banks. Transfers between Program Banks do not occur on weekends or holidays. More information about the Sweep Program can be found in your Savings Account Agreement ( https://www.chime.com/policies/bancorp/savings-account-agreement/ ).

| PROGRAM BANK | BALANCE AS OF OCTOBER 31, 2024 |
|---|---|

THE BANCORP BANK                                                                              $1.75

FIRST CAROLINA BANK                                                                           $0.01

**Total Balance** $1.76

Case 24-61070-bem   Doc 28   Filed 11/22/24   Entered 11/22/24 01:37:04   Desc Main
Document      Page 11 of 12

THE BANCORP BANK                                                                              $1.75

FIRST CAROLINA BANK                                                                           $0.01

**Total Balance** $1.76

# Error Resolution Procedures

In case of errors or questions about your electronic transactions, call  1-844-244-6363, write to Chime Member Services, P.O. Box 417, San Francisco, CA 94104-0417, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.