**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                    :        CASE NO. 24-61070-BEM
                                          :
ANEAKA UKAH,                              :
                                          :        CHAPTER 11
DEBTOR.                                   :

**NOTICE OF APPEARANCE**

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for Andrew Bergman, Andrew Bondarczuk, Edward Bondarczuk, Matthew Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron Mullenix, Christopher Nuesa,  William Marc Salsberry, Trevor Schmidt, and Brian Walters in the above-captioned case.

Respectfully submitted,

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.

By: _____/s/_____
Gregory D. Ellis
Georgia Bar No. 245310
GEllis@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, Georgia 30328
(404) 262-7373