**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                    :          CASE NO. 24-61070-BEM
                                          :
ANEAKA UKAH,                              :
                                          :          CHAPTER 11
DEBTOR.                                   :

**NOTICE OF APPEARANCE**

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his

appearance as counsel for Jane Park, Aaron Stogner, and Carlos Zoller in the above-

captioned case.

Respectfully submitted,

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.

By: _____/s/_____
Gregory D. Ellis
Georgia Bar No. 245310
GEllis@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, Georgia 30328
(404) 262-7373