**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 24-61070-BEM** |
| | ) | |
| **ANEAKA UKAH** | ) | **CHAPTER 11** |
| | ) | |
| | ) | |
| **DEBTOR.** | ) | |

_____

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Benjamin R. Keck of the law firm of Keck Legal, LLC hereby enters his appearance on behalf of Mia Francis. Counsel requests that all notices, pleadings, orders, and other filings in this action be served on him at the following address and e-mail address:

Benjamin R. Keck
Keck Legal, LLC
2801 Buford Hwy NE, Suite 115
Atlanta, GA  30329
bkeck@kecklegal.com

Dated: January 17, 2025                         Respectfully submitted,

**KECK LEGAL, LLC**

*/s/ Benjamin R. Keck*
Benjamin R. Keck, Ga. Bar No. 943504
2801 Buford Hwy NE, Suite 115
Atlanta, GA  30329
(470) 826-6020
bkeck@kecklegal.com
*Attorney for Mia Francis*