**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-61070-BEM |
| | : | |
| ANEAKA UKAH, | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |
| | : | |
| ——————————————— | : | |
| | : | |
| ANDREW BERGMAN, ANDREW BONDARCZUK, | : | |
| EDWARD BONDARCZUK, MATTHEW | : | CONTESTED MATTER |
| BONDARCZUK, STEVE BONDARCZUK, CAIN | : | |
| HERNANDEZ, JOSHUA MILLER, AARON | : | |
| MULLENIX, CHRISTOPHER NUESA, WILLIAM | : | |
| MARC SALSBERRY, TREVOR SCHMIDT, | : | |
| BRIAN WALTERS, JANE PARK, AARON STOGNER, | : | |
| AND CARLOS ZOLLER, | : | |
| | : | |
|    Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| ANEAKA UKAH, | : | |
| | : | |
|    Respondent. | : | |
| ——————————————— | : | |

**NOTICE OF SECOND MOTION TO EXTEND THE DEADLINE IN WHICH TO FILE**
**A COMPLAINT TO OBJECT TO DISCHARGE AND/OR DETERMINE**
**DISCHARGEABILITY OF CERTAIN DEBTS**
**PURSUANT TO 11 U.S.C. SECTIONS 523 & 727**

     **PLEASE TAKE NOTICE** that Andrew Bergman, Andrew Bondarczuk, Edward
Bondarczuk, Matthew Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron
Mullenix, Christopher Nuesa, William Marc Salsberry, Trevor Schmidt, Brian Walters, Jane
Park, Aaron Stogner, and Carlos Zoller  (hereinafter referred to as "Shepherds Investors") filed
their *Second Motion to Extend the Deadline in Which to File a Complaint to Object to Discharge
and/or Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. Sections 523 & 727*
(the "Motion") on March 15, 2025.[1] In the Motion, the Shepherds Investors request an Order

---

[1] The Motion is on file with the Clerk of the Court at the address set forth below and is available
for review between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov

extending the deadline within which Shepherds Investors and/or Shepherds, LLC may file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. Section 727 and/or seeking a determination as to the dischargeablility of the Debtor's obligations to the Shepherds Investors and/or Shepherds. LLC pursuant to 11 U.S.C. Section 523, through and including May 17, 2025.

Pursuant to the Third Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive Street, SW, Atlanta, Georgia 30303, and serve a copy on Gregory D. Ellis, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, NW, Suite 290, Atlanta, GA 30328, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion on **April 15, 2025** at **10:00 a.m.** in Courtroom **1402**, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303 which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled

---

(registered users) or at http://pacer.psc.uscourts.gov (unregistered users) or a copy may be obtained from counsel for Trustee below.

hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

Dated: March 14, 2025

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Counsel for Shepherds Investors*

By*:    /s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
gellis@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 262-7373

3

**CERTIFICATE OF SERVICE**

This is to certify that I have on March 14, 2025, electronically filed the foregoing *Notice of Second Motion to Extend the Deadline in Which to File a Complaint to Object to Discharge and/or Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. Sections 523 & 727* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, to

> Aneaka Ukah
> 2564 Tucker Mill Rd,
> Conyers, GA 30094

Dated: March 14, 2025

>                                    */s/ Gregory D. Ellis*
>                                    Gregory D. Ellis
>                                    Georgia Bar No. 245310
>                                    gellis@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA  30328
(404) 262-7373

4