**IT IS ORDERED as set forth below:**


**Date: March 18, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____


**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| In Re:<br><br>ANEAKA UKAH,<br><br>    Debtor. | CASE NO. 24-61070-BEM<br><br>CHAPTER 11<br><br>SUBCHAPTER V |

**CONSENT ORDER GRANTING MOTION OF**
**MIA FRANCIS FOR EXTENSION OF DEADLINE TO FILE COMPLAINT TO**
**DETERMINE DISCHARGEABILITY OF DEBT AND/OR DISCHARGE**

On March 14, 2025, Mia Francis ("**Francis**"), by and through Francis' counsel, filed a

Consent Motion for Extension of Deadline to File Complaint to Determine Dischargeability of

Debt and/or Discharge [Doc. 42] (the "**Motion**").  The Motion seeks to extend the time within

which Francis may file a complaint objecting to the dischargeability of debt pursuant to 11

U.S.C. § 523 or to the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 1141. The

Debtor, by and through Debtor's counsel, has consented to the entry of this Order extending the time requested by Mia Francis.  Therefore, it is hereby

ORDERED that the time within which Mia Francis may file a complaint objecting to the dischargeability of debt pursuant to 11 U.S.C. § 523 or to the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 1141 is hereby extended through and including May 17, 2025.

**[END OF ORDER]**

**Prepared and presented by:**

**KECK LEGAL, LLC**

*/s/ Maysen E. Moorehead*
Benjamin R. Keck, Ga. Bar No. 943504
Maysen E. Moorehead, Ga. Bar No. 451298
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
mmoorehead@kecklegal.com
*Counsel for Mia Francis*

**Consented to by:**

**ROBL & BOWEN, LLC**
*/s/ Maxwell Bowen*
Michael Robl, Ga Bar. No. 610905
Maxwell Bowen, Ga Bar No. 719784
3754 Lavista Road, Suite 250
Tucker, Ga 30084
Tel. (404) 373-5153
michael@roblgroup.com
max@roblgroup.com
*Counsel for Debtor*

~2~

**<u>Distribution List</u>**
Office of the United States Trustee
Attn: Alan Hinderleider
Richard B. Russell Building
75 Ted Turner Drive SW, Ste 362
Atlanta, Georgia 30303

John T. Whaley, CPA, LLC
P.O. Box 76362
Atlanta, Georgia 30358