# JOHN T. WHALEY, CPA

**Chapter 11 Subchapter V Trustee**

*Northern District of Georgia*

P.O. Box 76362

Atlanta, GA  30358

Telephone  404-946-5272

March 18, 2025

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

MAR 2 0 2025

By: _____
Deputy Clerk

<u>Via Electronic Transmission</u>
BEMChambers@ganb.uscourts.gov

Candace Holley, Courtroom Deputy
Honorable Chief Judge Barbara Ellis-Monro
U.S. Bankruptcy Court Northern District
75 Ted Turner Drive, S.W.
Room 1431
Atlanta, Georgia 30303

Re: Chapter 11, Subchapter V Trustee, Leave of Absence

Dear Ms. Holley:

I serve as the Chapter 11, Subchapter V Trustee, in the bankruptcy cases listed below. Please let this letter serve as my request for a leave of absence (and that matters not be placed on the calendar) from May 19, 2025 through May 22, 2025; and August 28, 2025 through September 12, 2025, pursuant to BLR 9010-5(e).

| <u>Case Number</u> | <u>Debtor Name</u> |
|---|---|
| 24-61070 | Aneaka Ukah |
| 24-58146 | 200 Arpeggio Way, LLC |
| 24-62267 | Guilfort Dieuvil |

To the best of my knowledge, information and belief, there are no hearings or other proceedings presently scheduled before the Court during the requested absences.

Respectfully submitted,
*/s/ John T. Whaley*
John T. Whaley
Chapter 11, Subchapter V Trustee

Copy:  Michael D. Robl, Esq.           Amanda Milner, Esq.
  michael@roblgroup.com             mmilner@joneswalden.com
  Brian S. Limbocker, Esq.          Alan Hinderleider, Esq
  bsl@limbockerlawfirm.com          Alan.Hinderleider@usdoj.gov
  Leon S. Jones, Esq.
  ljones@joneswalden.com