

**IT IS ORDERED as set forth below:**

**Date: March 18, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

In Re:

ANEAKA UKAH,

Debtor.

**CASE NO. 24-61070-BEM**

**CHAPTER 11**

**SUBCHAPTER V**

**CONSENT ORDER GRANTING MOTION OF**
**MIA FRANCIS FOR EXTENSION OF DEADLINE TO FILE COMPLAINT TO**
<u>**DETERMINE DISCHARGEABILITY OF DEBT AND/OR DISCHARGE**</u>

On March 14, 2025, Mia Francis ("**Francis**"), by and through Francis' counsel, filed a

Consent Motion for Extension of Deadline to File Complaint to Determine Dischargeability of

Debt and/or Discharge [Doc. 42] (the "**Motion**"). The Motion seeks to extend the time within

which Francis may file a complaint objecting to the dischargeability of debt pursuant to 11

U.S.C. § 523 or to the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 1141. The

Debtor, by and through Debtor's counsel, has consented to the entry of this Order extending the

time requested by Mia Francis.  Therefore, it is hereby

ORDERED that the time within which Mia Francis may file a complaint objecting to the

dischargeability of debt pursuant to 11 U.S.C. § 523 or to the Debtor's entitlement to a discharge

pursuant to 11 U.S.C. § 1141 is hereby extended through and including May 17, 2025.

**[END OF ORDER]**

**Prepared and presented by:**

**KECK LEGAL, LLC**

*/s/ Maysen E. Moorehead*
Benjamin R. Keck, Ga. Bar No. 943504
Maysen E. Moorehead, Ga. Bar No. 451298
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
mmoorehead@kecklegal.com
**Counsel for Mia Francis**

**Consented to by:**

**ROBL & BOWEN, LLC**
*/s/ Maxwell Bowen*
Michael Robl, Ga Bar. No. 610905
Maxwell Bowen, Ga Bar No. 719784
3754 Lavista Road, Suite 250
Tucker, Ga 30084
Tel. (404) 373-5153
michael@roblgroup.com
max@roblgroup.com
**Counsel for Debtor**

**Distribution List**
Office of the United States Trustee
Attn: Alan Hinderleider
Richard B. Russell Building
75 Ted Turner Drive SW, Ste 362
Atlanta, Georgia 30303

John T. Whaley, CPA, LLC
P.O. Box 76362
Atlanta, Georgia 30358

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                        Case No. 24-61070-bem

Aneaka Ukah                                                                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf406 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: aneakaenglish@yahoo.com | Mar 18 2025 20:32:00 | Aneaka Ukah, 2564 Tucker Mill Rd, Conyers, GA 30094-3342 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| Benjamin R Keck | on behalf of Creditor Mia Francis bkeck@kecklegal.com 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com |
| Gregory D. Ellis | on behalf of Creditor Matthew Bondarczuk gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Andrew Bergman gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | |

District/off: 113E-9                                    User: bncadmin                                    Page 2 of 2

Date Rcvd: Mar 18, 2025                              Form ID: pdf406                              Total Noticed: 1

on behalf of Creditor Christopher Nuesa gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

on behalf of Creditor William Marc Salsberry gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

on behalf of Creditor Brian Walters gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

on behalf of Creditor Andrew Bondarczuk gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

on behalf of Creditor Carlos Zoller gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

on behalf of Creditor Trevor Schmidt gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

on behalf of Creditor Joshua Miller gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

on behalf of Creditor Steve Bondarczuk gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

on behalf of Creditor Aaron Stogner gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

on behalf of Creditor Jane Park gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

on behalf of Creditor Edward Bondarczuk gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

on behalf of Creditor Cain Hernandez gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

on behalf of Creditor Aaron Mullenix gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

John T. Whaley

trustee@jtwcpa.net  jtwhaley@jtwcpa.net

Maysen Moorehead

on behalf of Creditor Mia Francis mmoorehead@kecklegal.com

Michael D. Robl

on behalf of Debtor Aneaka Ukah michael@roblgroup.com  max@roblgroup.com,dbridges@roblgroup.com

TOTAL: 20