UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ANEAKA UKAH, | : | CASE NO. 24-61070 - BEM |
| | : | |
| DEBTOR. | : | |
| | : | |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ANEAKA UKAH, | : | |
| | : | |
| RESPONDENT. | : | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE**

Mary Ida Townson, United States Trustee for Region 21, in furtherance of her administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a) and 11 U.S.C. § 1112(b), files this Motion to Dismiss or Convert Case and in support therefor states as follows:

1.      The Court has jurisdiction of this matter under 28 U.S.C. §1334(a) and (b), 28 U.S.C. §157(a) and (b)(1).   This is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (B).

2.      Aneaka Ukah (the "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101 et seq., on October 18, 2024. (Dkt. No. 1) Debtor elected to proceed under Subchapter V of Chapter 11. (Dkt. No. 1, pg. 4)

3.      Pursuant to 28 U.S.C. § 586(a)(3) and (4), the United States Trustee's duties include supervising the administration of chapter 11 cases and monitoring deposits or investments under section 345 of title 11.

4.      The United States Trustee files this request in furtherance of her duties and responsibilities pursuant to 28 U.S.C. § 586 and 11 U.S.C. § 307.

5.      11 U.S.C. § 1112(b), in pertinent part, provides as follows:

> [T]he court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause. . . .
> (4) For purposes of this subsection, the term "cause" includes –
> (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter.

**Failure to File Monthly Operating Reports**

6.      Bankruptcy Rule 2015 and Operating Guidelines of the United States Trustee require Debtor to file monthly operating reports.   The electronic docket maintained by the Clerk of Court reflects Debtor has failed to file operating reports for November 2024, December 2024, January 2025, and February 2025. The March 2025 operating report is due April 21, 2025.

7.      Debtor's failure to timely file monthly operating reports is in violation of its statutory obligations under 11 U.S.C. § 704(a)(8), made applicable to it as debtor in possession by 11 U.S.C. § 1184, and constitutes cause for dismissal or conversion of the case under 11 U.S.C. § 1112(b)(4)(F).

WHEREFORE, the United States Trustee prays for (i) the entry of an order dismissing or converting this case in its entirety; and (ii) such further relief as the court deems appropriate.

Dated: March 26, 2025

[signature on following page]

2

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

_____/s/_____
Alan Hinderleider
Georgia Bar No. 938543
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4464
Alan.Hinderleider@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on March 26, 2025, I electronically filed the foregoing *Motion to Dismiss or Convert Case* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Gregory D. Ellis**          gellis@lcenlaw.com,
                               gellis@lcenlaw.com;
                               jkortman@lcenlaw.com

- **Benjamin R Keck**          bkeck@kecklegal.com,
                               2411851420@filings.docketbird.com,
                               9222034420@filings.docketbird.com

- **Maysen Moorehead**         mmoorehead@kecklegal.com

- **Michael D. Robl**          michael@roblgroup.com,
                               max@roblgroup.com,
                               dbridges@roblgroup.com

- **John T. Whaley**           trustee@jtwcpa.net,
                               jtwhaley@jtwcpa.net

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Aneaka Ukah
2564 Tucker Mill Rd
Conyers, GA 30094

          _____/s/_____
          Alan Hinderleider
          Georgia Bar No. 938543
          United States Department of Justice
          Office of the United States Trustee
          362 Richard Russell Building
          75 Ted Turner Drive, SW
          Atlanta, Georgia 30303
          (404) 331-4464
          Alan.Hinderleider@usdoj.gov