UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ANEAKA UKAH, | : | CASE NO. 24-61070-BEM |
| | : | |
| DEBTOR. | : | |
| | : | |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ANEAKA UKAH, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF MOTION TO DISMISS OR CONVERT CASE AND HEARING**

**PLEASE TAKE NOTICE** that The United States Trustee filed a Motion to Dismiss or Convert Case (Dkt. No. 46) (the "Motion") and related papers with the Court seeking an order dismissing the above captioned case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **11:00am** on **April 29, 2025**, in **Courtroom 1402**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the

"Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

[signature on following page]

Dated: March 26, 2025

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By: _____/s/_____

Alan Hinderleider
Georgia Bar No. 938543
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4464
Alan.Hinderleider@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2025, I electronically filed the foregoing *Notice of Motion to Dismiss Case and Hearing* with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Gregory D. Ellis**      gellis@lcenlaw.com,
                            gellis@lcenlaw.com;
                            jkortman@lcenlaw.com

- **Benjamin R Keck**      bkeck@kecklegal.com,
                            2411851420@filings.docketbird.com,
                            9222034420@filings.docketbird.com

- **Maysen Moorehead**    mmoorehead@kecklegal.com

- **Michael D. Robl**      michael@roblgroup.com,
                            max@roblgroup.com,
                            dbridges@roblgroup.com

- **John T. Whaley**       trustee@jtwcpa.net,
                            jtwhaley@jtwcpa.net

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Aneaka Ukah
2564 Tucker Mill Rd
Conyers, GA 30094

_____*/s/*_____
Alan Hinderleider
Georgia Bar No. 938543
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4464
Alan.Hinderleider@usdoj.gov