

**IT IS ORDERED as set forth below:**

**Date: April 4, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-61070-BEM |
| | : | |
| ANEAKA UKAH, | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |
| _____ | : | |
| | : | |
| ANDREW BERGMAN, ANDREW BONDARCZUK, | : | |
| EDWARD BONDARCZUK, MATTHEW | : | CONTESTED MATTER |
| BONDARCZUK, STEVE BONDARCZUK, CAIN | : | |
| HERNANDEZ, JOSHUA MILLER, AARON | : | |
| MULLENIX, CHRISTOPHER NUESA, WILLIAM | : | |
| MARC SALSBERRY, TREVOR SCHMIDT, | : | |
| BRIAN WALTERS, JANE PARK, AARON STOGNER, | : | |
| AND CARLOS ZOLLER, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| ANEAKA UKAH, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

**SECOND CONSENT ORDER EXTENDING THE DEADLINE IN WHICH TO FILE A
COMPLAINT TO OBJECT TO DISCHARGE AND/OR DETERMINE
DISCHARGEABILITY OF CERTAIN DEBTS PURSUANT TO 11 U.S.C. SECTIONS
523 & 727**

On March 14, 2025 Andrew Bergman, Andrew Bondarczuk, Edward Bondarczuk, Matthew Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron Mullenix, Christopher Nuesa, William Marc Salsberry, Trevor Schmidt, Brian Walters, Jane Park, Aaron Stogner, and Carlos Zoller  (hereinafter referred to as "Shepherds Investors")  filed a Second Motion to Extend the Deadline in Which to File a Complaint to Object to Discharge and/or Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. Sections 523 & 727 for the Shepherds Investors and/or Shepherds, LLC  to file such complaint though and including May 17, 2025.  The parties as evidenced by their signatures below have consented to the entry of this order which the court finds proper. Accordingly, it is hereby

ORDERED that the time in which the Shepherds Investors and/or Shepherds, LLC  may file a complaint seeking a determination as to the dischargeability of claims against Aneaka Ukah (the "Debtor") pursuant to 523 or objecting to Debtor's discharge pursuant to 727 is extended through and including May 17, 2025.

**END OF DOCUMENT**

**Prepared and presented by:**

By:_ */s/ Gregory D. Ellis*_____
    Gregory D. Ellis
    Georgia Bar No. 245310
    gellis@lcenlaw.com
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
P: (404) 262-7373
*Attorneys for Shepherds Investors*

**Consented to:**

*By:/s/ Michael D. Robl*_____
*Signed with express permission*
    Michael D. Robl
    Georgia Bar No. 610905
    michael@roblgroup.com
Robl Law Group, LLC
3754 Lavista Road, Suite 250
Tucker, GA 30084
P: (404) 375-5153
*Attorneys for Debtor*

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

Gregory D. Ellis, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 290, Atlanta, GA  30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Michael D. Robl, Robl Law Group, LLC, 3754 Lavista Road, Suite 250, Tucker, GA 30084

Aneaka Ukah, 2564 Tucker Mill Rd, Conyers, GA 30094

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 24-61070-bem

Aneaka Ukah                                                                              Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 04, 2025 | Form ID: pdf406 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: aneakaenglish@yahoo.com | Apr 04 2025 20:52:00 | Aneaka Ukah, 2564 Tucker Mill Rd, Conyers, GA 30094-3342 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2025        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| Benjamin R Keck | on behalf of Creditor Mia Francis bkeck@kecklegal.com 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com |
| Gregory D. Ellis | on behalf of Creditor Matthew Bondarczuk gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Andrew Bergman gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Christopher Nuesa gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com |

District/off: 113E-9                                User: bncadmin                                          Page 2 of 2
Date Rcvd: Apr 04, 2025                          Form ID: pdf406                                     Total Noticed: 1

Gregory D. Ellis

    on behalf of Creditor William Marc Salsberry gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

    on behalf of Creditor Brian Walters gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

    on behalf of Creditor Andrew Bondarczuk gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

    on behalf of Creditor Carlos Zoller gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

    on behalf of Creditor Trevor Schmidt gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

    on behalf of Creditor Joshua Miller gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

    on behalf of Creditor Steve Bondarczuk gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

    on behalf of Creditor Aaron Stogner gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

    on behalf of Creditor Jane Park gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

    on behalf of Creditor Edward Bondarczuk gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

    on behalf of Creditor Cain Hernandez gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

Gregory D. Ellis

    on behalf of Creditor Aaron Mullenix gellis@lcenlaw.com  gellis@lcenlaw.com;jkortman@lcenlaw.com

John T. Whaley

    trustee@jtwcpa.net  jtwhaley@jtwcpa.net

Maysen Moorehead

    on behalf of Creditor Mia Francis mmoorehead@kecklegal.com

Michael D. Robl

    on behalf of Debtor Aneaka Ukah michael@roblgroup.com  max@roblgroup.com,dbridges@roblgroup.com


TOTAL: 20