**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-61070-BEM |
| | : | |
| ANEAKA UKAH, | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |
| | : | |
| | : | |
| ANDREW BERGMAN, ANDREW BONDARCZUK, | : | |
| EDWARD BONDARCZUK, MATTHEW | : | CONTESTED MATTER |
| BONDARCZUK, STEVE BONDARCZUK, CAIN | : | |
| HERNANDEZ, JOSHUA MILLER, AARON | : | |
| MULLENIX, CHRISTOPHER NUESA, WILLIAM | : | |
| MARC SALSBERRY, TREVOR SCHMIDT, | : | |
| BRIAN WALTERS, JANE PARK, AARON STOGNER, | : | |
| AND CARLOS ZOLLER, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| ANEAKA UKAH, | : | |
| | : | |
| Respondent. | : | |

**JOINDER OF SHEPHERDS INVESTORS TO TRUSTEE'S MOTION TO DISMISS OR
CONVERT CASE**

COMES NOW Andrew Bergman, Andrew Bondarczuk, Edward Bondarczuk, Matthew

Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron Mullenix, Christopher

Nuesa, William Marc Salsberry, Trevor Schmidt, Brian Walters, Jane Park, Aaron Stogner, and

Carlos Zoller (hereinafter referred to as "Movants" or "Shepherds Investors") and respectfully

file this Joinder of Shepherds Investors to Trustee's Motion to Dismiss or Convert and respectfully

show the following:

1.

On October 18, 2024 (the "Petition Date") Aneaka Ukah ("Debtor") filed a voluntary Chapter 11 as an individual under Subchapter V.

2.

In addition to her petition, Debtor filed schedules of her assets, debts, income and expenses and a statement of financial affairs.

3.

The Shepherds Investors were scheduled by Debtor as creditors with a disputed claim. The Shepherds Investors and Shepherds, LLC have timely filed proofs of claims in this case in the following amounts:

Shepherds, LLC        $ 3,828,303.00

| | | | |
|---|---|---|---|
| Andrew Bergman | $ 78,529.68 | Andrew Bondarczuk | $ 157,059.36 |
| Edward Bondarczuk | $ 47,117.81 | Matthew Bondarczuk | $ 314,118.72 |
| Steve Bondarczuk | $ 471,178.07 | Cain Hernandez | $ 78,529.68 |
| Joshua Miller | $ 157,059.36 | Aaron Mullenix | $ 306,265.75 |
| Christopher Nuesa | $ 157,059.36 | William Marc Salsberry | $ 78,529.68 |
| Trevor Schmidt | $ 235,589.04 | Brian Walters | $ 157,059.36 |
| Jane Park | $ 471,178.07 | Aaron Stogner | $ 78,529.68 |
| Carlos Zoller | $ 78,529.68 | | |

4.

Among the assets scheduled by the Debtor are interests in six affiliated debtors (the "Affiliated Debtors") which have or had the following cases pending in this Court:

WSRE Georgia, LLC; Case No. 24-60496-pwb ("WSRE Georgia");

WSRE Florida, LLC; Case No. 24-60497-pwb ("WSRE Florida");

WSRE S. Carolina, LLC; Case No. 24-60499-pwb ("WSRE S. Carolina);

Selling N Atlanta, LLC; Case No. 24-61894-bem ("Selling Atlanta");

Selling N. Richmond, LLC; Case No. 24-61896-bem (Selling Richmond); and

Selling N Charleston, LLC; Case No. 24-61897-bem ("Selling Charleston").

5.

The Debtor was the manager of the applicable affiliated entity for each of the Affiliated

Debtors.  In her capacity as manager of the Affiliated Debtors, Debtor executed notes in favor of

Shepherds, LLC. A chart summarizing the notes and status of each case is below:

| Date | Entity | Amount | Case Status |
|---|---|---|---|
| 2/22/2018 | Selling N. Richmond, LLC | 125,000.00 | Trustee |
| 2/22/2018 | Selling N. Richmond, LLC | 100,000.00 | Investigating |
| 3/19/2018 | Selling N. Richmond, LLC | 175,000.00 | |
| 2/26/2018 | Selling N. Atlanta, LLC | 400,000.00 | Trustee |
| 3/5/2018 | Selling N. Atlanta, LLC | 150,000.00 | Investigating |
| 3/19/2018 | Selling N. Atlanta, LLC | 100,000.00 | |
| 5/8/2018 | Selling N. Charleston, LLC | 700,000.00 | No Asset |
| 5/17/2018 | WSRE Florida, LLC | 130,000.00 | No Asset |
| 6/8/2018 | WSRE Georgia, LLC | 300,000.00 | No Asset |
| 6/8/2018 | WSRE South Carolina, LLC | 296,000.00 | No Asset |
| | Totals | 2,476,000.00 | |

6.

On September 5, 2023, the Shepherds Investors filed a derivative complaint on behalf of

creditor Shepherds, LLC, against a number of parties including the Debtor in this case in the

California Superior Court, Los Angeles, Case No 21GDCV01353 (the "Superior Court Case").

7.

The gravamen of the derivative complaint in the Superior Court Case is that the Debtor conducted a fraudulent real-estate scam whereby Debtor used fraudulent representations to induce Shepherds, LLC, and its' investors, which include the Shepherds Investors,  to lend money to Debtor through various alter ego companies. Debtor, through those companies, made false promises of repayment, had no intent to repay the monies received and fraudulently and willfully converted claimant's funds for personal use.

8.

In four of the six Affiliated Debtors' cases (WSRE Georgia, Selling Charleston, Selling Atlanta and Selling Richmond) the Debtor, in her capacity as manager, was asked to produce documents by the respective trustees for those cases including quick book accounting records which are not separate but rather maintained on a consolidated basis with related entities not in bankruptcy controlled by the Debtor.  Neither of the trustees ever received credentials allowing full access to the quick book accounting records. While some documents have been produced, there are additional record never produced, including bank records and records of real estate transactions.

9.

Based on the Debtor's testimony at the 341 hearings in the WSRE Georgia, Selling Charleston, Selling Atlanta and Selling Richmond cases, the Affiliated Debtors never had bank accounts.  The Debtor, through counsel, did produce a complex organizational chart, which is attached as Exhibit "A" hereto.  However, the Debtor, in her capacity as sole manager of these entities has failed to provide records or otherwise testify as to what happened to the millions of dollars that were borrowed by but never received by the Affiliated Entities that the Debtor controls.

4

10.

Since the Debtor filed bankruptcy to obtain a stay of the Superior Court Case, the Debtor  has failed to file any meaningful monthly operating reports. On November 22, 2024, Debtor filed her Monthly Operating Report for October (Docket No. 28) which showed no cash receipts. On April 25, 2025 Debtor filed monthly operating reports for January, February and March 2025 which cumulatively reported $75 in cash receipts (Docket Nos. 52, 53 and 54).  Debtor has failed to file reports for November and December 2024.

11.

The complete lack of disclosure is permitting the Debtor to use the complex corporate structure she has created to hide and conceal what she has dome with the millions of dollars that were diverted from the loans made by Shepherds, LLC.

12.

Passing on feasibility of monthly operating reports that show $75 in cash receipts over the course of this case,  the Debtor has filed a plan purporting to pay disposable income over 5 years of approximately $380.000.  However, the Debtor has done nothing to advance it. Moreover, based on the filed claims and the plan the Debtor owes over $225,000 in taxes and there is a judgment lien on the Debtor's residence of approximately $50,000 from another creditor who alleges that the Debtor committed fraud.  If the Debtor's Plan was confirmed, the Shepherds Investors would effectively receive nothing. It is clear from the complete lack of disclosure and lack of effort to prosecute this case, that the Debtor is acting in bad faith and using the bankruptcy to continue to conceal her assets from the defrauded Shepherds Investors.

13.

Based on the Debtor's conduct in this case and the cases of the Affiliated Debtors, and the nature of creditor's claims in this case, the Shepherds Investors assert that cause exists to convert this case.

WHEREFORE, the Shepherds Investors pray for (i) the entry of an order dismissing or converting this case; and (ii) such further relief as the court grant such other relief as is just and proper.

Respectfully submitted,

This 28$^h$ day of April 2025

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.

By: */s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
GEllis@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, Georgia 30328
(404) 262-7373

6

EXHIBIT "A"

FOLLOWS



E.S. Real Estate Consortium, Corp

- E.S. Investment, Inc
  - The Construction Loan Company, LLC
- E.S. Realty Group, LLC
  - WholeSale Real Estate, LLC
    - WholeSale Listings Co LTD
      - WSRE Georgia, LLC
      - WSRE S Carolina, LLC
      - WSRE Florida, LLC
      - WSRE DC Metro
      - WSRE Tennessee
      - WholeSale Listings Tennessee, LLC
    - WholeSale Lending, LLC
      - WholeSale Lending Georgia, LLC
  - Selling Real Estate, LLC
    - Selling N Atlanta, LLC
    - Selling N Richmond, LLC
    - Selling N Charleston, LLC
- E.S. Design and Construction, LLC
  - Built By English, LLC
  - Redefined LLC

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Joinder Of Shepherds Investors To Trustee's Motion To Dismiss Or Convert Case* using the Bankruptcy Court's Electronic Case Filing program,\ which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program including:

Michael D. Robl        michael@roblgroup.cpm
                       max@roblgroup.com
                       dbridges@roblgroup.com

Alan Hinderleider      Alan.Hinderleider@usdoj.gov

I further certify that on this day I caused a copy of the foregoing to be served via United States First Class Mail, with adequate postage affixed thereto to the following party set forth below, at the address shown:

Aneaka Ukah
2564 Tucker Mill Rd,
Conyers, GA 30094

Dated: April 28, 2025

/s/        *Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
gellis@lcenlaw.com

6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA  30328
(404) 262-7373

7