## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-61070-BEM |
| | : | |
| ANEAKA UKAH, | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |
| | : | |
| | : | |
| ANDREW BERGMAN, ANDREW BONDARCZUK, | : | |
| EDWARD BONDARCZUK, MATTHEW | : | CONTESTED MATTER |
| BONDARCZUK, STEVE BONDARCZUK, CAIN | : | |
| HERNANDEZ, JOSHUA MILLER, AARON | : | |
| MULLENIX, CHRISTOPHER NUESA, WILLIAM | : | |
| MARC SALSBERRY, TREVOR SCHMIDT, | : | |
| BRIAN WALTERS, JANE PARK, AARON STOGNER, | : | |
| AND CARLOS ZOLLER, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| ANEAKA UKAH, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**THIRD MOTION TO EXTEND THE DEADLINE IN WHICH TO FILE A COMPLAINT TO OBJECT TO DISCHARGE AND/OR DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS PURSUANT TO 11 U.S.C. SECTIONS 523 & 727**

COMES NOW Andrew Bergman, Andrew Bondarczuk, Edward Bondarczuk, Matthew

Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron Mullenix, Christopher

Nuesa, William Marc Salsberry, Trevor Schmidt, Brian Walters, Jane Park, Aaron Stogner, and

Carlos Zoller  (hereinafter referred to as "Movants"  or "Shepherds Investors") and respectfully

represent the following:

1.

On October 18, 2024 (the "Petition Date") Aneaka Ukah ("Debtor") filed a voluntary

Chapter 11 as an individual under Subchapter V.

2.

In addition to her petition, Debtor filed schedules of her assets, debts, income and

expenses and a statement of financial affairs.

3.

The Shepherds Investors were scheduled by Debtor as creditors with a disputed claim.

The Shepherds Investors and Shepherds, LLC have timely filed proofs of claims in this case.

4.

Among the assets scheduled by the Debtor are interests in six affiliated debtors which

have the following cases pending in this Court:

WSRE Georgia, LLC; Case No. 24-60496-pwb ("WSRE Georgia");

WSRE Florida, LLC; Case No. 24-60497-pwb ("WSRE Florida");

WSRE S. Carolina, LLC; Case No. 24-60499-pwb ("WSRE S. Carolina);

Selling N Atlanta, LLC; Case No. 24-61894-bem ("Selling Atlanta");

Selling N. Richmond, LLC; Case No. 24-61896-bem (Selling Richmond); and

Selling N Charleston, LLC; Case No. 24-61897-bem ("Selling Charleston").

5.

The Debtor was the manager of each of the above affiliated debtors. In her capacity as manager of the affiliated debtors, Debtor executed notes totaling at least $2,476,000.

6.

On September 5, 2023, the Shepherds Investors filed a derivative complaint on behalf of creditor Shepherds, LLC, against a number of parties including the Debtor in this case in the California Superior Court, Los Angeles, Case No 21GDCV01353 (the "Superior Court Case").

7.

The gravamen of the derivative complaint in the Superior Court Case is that the Debtor conducted a fraudulent real-estate scam whereby Debtor used fraudulent representations to induce Shepherds, LLC, and its' investors, which include the Shepherds Investors,  to lend money to Debtor through various alter ego companies. Debtor, through those companies, made false promises of repayment, had no intent to repay the monies received and fraudulently and willfully converted claimant's funds for personal use.

8.

On April 28, 2025, Movants filed a joinder to the United States Trustee's Motion to Dismiss or Convert Case ("Motion to Dismiss or Convert"; Docket No. 54).

9.

The Motion to Dismiss or Convert has been scheduled for an evidentiary hearing on June 5, 2025 at  10:30 a.m.  The results of the evidentiary hearing may moot the issue of whether a complaint objecting to the discharge pursuant to 11 U.S.C. Section 727 and/or a complaint pursuant to 11 U.S.C. Section 523 is necessary. Consequently, cause exists to grant this motion.

10.

3

The current deadline to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. Section 727 and/or a complaint seeking a determination as to the dischargeability under section 523 is May 17, 2025. Counsel for Debtor has agreed to consent to an additional extension through 21 days after entry of an order on the Motion to Dismiss or Convert. Accordingly, the Shepherds Investors request an additional extension of the deadline within which the Shepherds Investors or Shepherds, LLC must file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. Section 727 and/or a complaint seeking a determination as to the dischargeability under section 523 for 21 days after entry of an order on the Motion to Dismiss or Convert.

WHEREFORE, Movants pray:

(a) That the Court enter an Order extending the deadline within which Shepherds Investors and/or Shepherds, LLC may file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. Section 727 and/or seeking a determination as to the dischargeablility of the Debtor's obligations to the Shepherds Investors and/or Shepherds. LLC pursuant to 11 U.S.C. Section 523, through and including 21 days after entry if an order on the Motion to Dismiss or Convert; and (b) That the Court grant such other relief as is just and proper.

Respectfully submitted,

This 5[h] day of May 2025

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.

By: */s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
gellis@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, Georgia 30328
(404) 262-7373

4

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Third Motion to Extend the Deadline in Which to File a Complaint to Object to Discharge and/or Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. Sections 523 & 727* using the Bankruptcy Court's Electronic Case Filing program,  which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

I further certify that on this day I caused a copy of the foregoing to be served via United States First Class Mail, with adequate postage affixed thereto to the following party set forth below, at the address shown:

> Aneaka Ukah
> 2564 Tucker Mill Rd,
> Conyers, GA 30094

Dated: May 5th, 2025

/s/      *Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
gellis@lcenlaw.com

6000 Lake Forrest Drive, N.W.,
Ste. 290
Atlanta, GA  30328
(404) 262-7373

5