

**IT IS ORDERED as set forth below:**


**Date: May 7, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-61070-BEM |
| | : | |
| ANEAKA UKAH, | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |
| | : | |
| | : | |
| ANDREW BERGMAN, ANDREW BONDARCZUK, | : | |
| EDWARD BONDARCZUK, MATTHEW | : | CONTESTED MATTER |
| BONDARCZUK, STEVE BONDARCZUK, CAIN | : | |
| HERNANDEZ, JOSHUA MILLER, AARON | : | |
| MULLENIX, CHRISTOPHER NUESA, WILLIAM | : | |
| MARC SALSBERRY, TREVOR SCHMIDT, | : | |
| BRIAN WALTERS, JANE PARK, AARON STOGNER, | : | |
| AND CARLOS ZOLLER, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| ANEAKA UKAH, | : | |
| | : | |
| Respondent. | : | |

**THIRD CONSENT ORDER EXTENDING THE DEADLINE IN WHICH TO FILE A COMPLAINT TO OBJECT TO DISCHARGE AND/OR DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS PURSUANT TO 11 U.S.C. SECTIONS 523 & 727**

On May 5th, 2025 Andrew Bergman, Andrew Bondarczuk, Edward Bondarczuk, Matthew Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron Mullenix, Christopher Nuesa, William Marc Salsberry, Trevor Schmidt, Brian Walters, Jane Park, Aaron Stogner, and Carlos Zoller  (hereinafter referred to as "Shepherds Investors")  filed a Third  Motion to Extend the Deadline in Which to File a Complaint to Object to Discharge and/or Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. Sections 523 & 727 for the Shepherds Investors and/or Shepherds, LLC  to file such complaint though and including 21 days after entry of an order on the Shepherds Investors' Joinder to United States Trustee's Motion to Dismiss or Convert Case ("Motion to Dismiss or Convert"; Docket No. 54).  The parties as evidenced by their signatures below have consented to the entry of this order which the court finds proper. Accordingly, it is hereby

ORDERED that the time in which the Shepherds Investors and/or Shepherds, LLC  may file a complaint seeking a determination as to the dischargeability of claims against Aneaka Ukah (the "Debtor") pursuant to 523 or objecting to Debtor's discharge pursuant to 727 is extended through and including 21 days after entry of an order on the Motion to Dismiss or Convert.

**END OF DOCUMENT**

**[SIGNATURES AND BLR LIST ON FOLLOWING PAGE]**

**Prepared and presented by:**

By:___*/s/ Gregory D. Ellis*_____
        Gregory D. Ellis
        Georgia Bar No. 245310
        gellis@lcenlaw.com
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
P: (404) 262-7373
*Attorneys for Shepherds Investors*

**Consented to:**

By:*/s/ Michael D. Robl*_____
*Signed with express permission*
        Michael D. Robl
        Georgia Bar No. 610905
        michael@roblgroup.com
Robl Law Group, LLC
3754 Lavista Road, Suite 250
Tucker, GA 30084
P: (404) 375-5153
*Attorneys for Debtor*

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

Gregory D. Ellis, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 290, Atlanta, GA  30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Michael D. Robl, Robl Law Group, LLC, 3754 Lavista Road, Suite 250, Tucker, GA 30084

Aneaka Ukah, 2564 Tucker Mill Rd, Conyers, GA 30094