**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| ANEAKA UKAH, | Case No. 24-61070-BEM |
| Debtor. | |

## MOTION FOR LEAVE OF ABSENCE

Maxwell W. Bowen, the undersigned counsel on behalf of ANEAKA UKAH, hereby submits this *Motion for Leave of Absence* (the "Motion"), seeking a leave of absence from the practice of law for longer than twenty-one (21) days, respectfully showing the Court as follows:

## RELEVANT FACTS

The undersigned counsel's spouse (the "Spouse") is currently pregnant with identical twin boys (the "Twins"), with a gestational, 40-week due date of July 13, 2025. According to her doctors, due to the risk to both the Twins and mother, the Spouse will not be permitted to have her pregnancy proceed past thirty-seven (37) weeks, *i.e.*, mid-June 2025. In recent doctor appointments, that 37-week time-frame now appears to be closer to a 32-to-35-week time-frame, *i.e.*, mid-May to early-June 2025. However, whether the Twins are delivered at 32-weeks or 37-weeks is still uncertain, and is primarily based on facts determined at weekly specialist appointments.

The Spouse's doctors also anticipate the Twins will need to be delivered by caesarean section, which has a multi-week recovery period. Accordingly, the undersigned counsel anticipates the need for an extended leave of absence in order to be available to assist the Spouse with newborn infants and her recovery from a caesarean section delivery.

1

## REQUEST FOR LEAVE

Pursuant to Local Rule 9010-5(e), any request for a leave of absence longer than twenty one (21) days must be granted by leave of the Court. The undersigned counsel hereby requests approval for a four (4) month leave of absence in this matter beginning on May 14, 2025. The undersigned counsel's law partner, Mr. Michael D. Robl, will remain as counsel of record in this matter and will be available to handle any matters scheduled in the above-captioned case, subject to any conflicts based on matters set for hearing after the date of this Motion. A proposed order granting this request is attached hereto as Exhibit "A."

WHEREFORE, the undersigned counsel respectfully requests the Court enter the Order attached hereto as Exhibit "A":

(i)     Granting this Motion;

(ii)    Permitting the undersigned counsel to have a leave of absence for four (4) months, beginning on May 14, 2025; and

(iii)   Granting such other and further relief as the Court deems proper and just.

This 8th day of May, 2025.

ROBL & BOWEN LLC

/s/ Maxwell W. Bowen
Maxwell W. Bowen
Georgia Bar No. 719784

3754 Lavista Road, Suite 250
Tucker, Georgia 30084
Telephone: 404 373-5180
max@roblgroup.com

2

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| ANEAKA UKAH, | Case No. 24-61070-BEM |
| Debtor. | |

### ORDER

The matter before the Court is the *Motion for Leave of Absence* (the "Motion") submitted by attorney Maxwell W. Bowen. For the reasons stated in the Motion, the Court finds good cause to permit an extend leave of absence in the above-captioned case, including the representation that Mr. Bowen's law partner, Mr. Michael D. Robl, will be available to represent their firm's client in this matter, subject to resolution of conflicts under applicable rules. Accordingly, it is hereby

**ORDERED** that Mr. Bowen is permitted to have a leave of absence in this case for a four (4) month period beginning on May 14, 2025; and it is further

**ORDERED** that in the event Mr. Bowen appears in this matter during his leave of absence, such appearance does not waive the remainder of his leave of absence; and it is further

**ORDERED** that in the event Mr. Robl has a conflict with any scheduled hearing in this case, Mr. Robl will provide prompt notice of such conflict.

**SO ORDERED**.

**<u>Distribution List</u>**
All parties on the mailing matrix.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| ANEAKA UKAH, | Case No. 24-61070-BEM |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

This 8th day of May, 2025.

/s/ Maxwell W. Bowen
Maxwell W. Bowen
Georgia Bar No. 719784