

**IT IS ORDERED as set forth below:**


**Date: May 9, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| ANEAKA UKAH, | CASE NO. 24-61070-BEM |
| Debtor. | CHAPTER 11 |
| MARY IDA TOWNSON, UNITED STATES TRUSTEE, | |
| Movant, | |
| v. | Contested Matter |
| ANEAKA UKAH, | |
| Respondent. | |

**ORDER AND NOTICE OF EVIDENTIARY HEARING**

1. An evidentiary hearing in the above-styled matter on _United States Trustee's Motion to Dismiss or Convert Case_ [Doc. 46] will be held on **June 5, 2025, at 10:30am**, in

**COURTROOM 1402**, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL

FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), S.W., ATLANTA, GEORGIA. The hearing will not be rescheduled except by express permission of the Court.

2. Counsel and parties appearing *pro se* are hereby directed to file on the docket witness lists and marked exhibits, with a cover page listing the exhibits, on or before **May 22, 2025**. The parties shall also file on the docket a separate, typed listing of each party's objections to the exhibits of the other party prior to the hearing date. Any listed document to which an objection is not raised shall be deemed to have been stipulated as to authenticity by the parties, and such documents will be admitted at the hearing without further proof of authenticity. Each party must arrive at the hearing with a set of exhibits for witness use, a set of exhibits for the Courtroom Deputy, and a set of exhibits for the party's own use.

3. If the parties determine that, by reason of settlement or other good cause, the matter should not be heard, which determination shall be subject to Court approval, counsel are directed to notify the Court immediately in order that the time set aside for the instant hearing may be assigned to other litigants, since all cases in the Court are specifically set to commence on a date certain.

**END OF ORDER**

**Distribution List**

Aneaka Ukah
2564 Tucker Mill Rd
Conyers, GA 30094

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

John T. Whaley
Chapter 11 Subchapter V Trustee
John T. Whaley, CPA
P.O. Box 76362
Atlanta, GA 30358

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Gregory D. Ellis
6000 Lake Forrest Drive, N.W., Ste 290
Atlanta, GA 30328

Benjamin Keck
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329