

**IT IS ORDERED as set forth below:**


**Date: May 9, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| ANEAKA UKAH, | Case No. 24-61070-BEM |
| Debtor. | |

## <u>ORDER</u>

The matter before the Court is the *Motion for Leave of Absence* (the "Motion") submitted by attorney Maxwell W. Bowen. For the reasons stated in the Motion, the Court finds good cause to permit an extend leave of absence in the above-captioned case, including the representation that Mr. Bowen's law partner, Mr. Michael D. Robl, will be available to represent their firm's client in this matter, subject to resolution of conflicts under applicable rules. Accordingly, it is hereby

**ORDERED** that Mr. Bowen is permitted to have a leave of absence in this case for a four (4) month period beginning on May 14, 2025; and it is further

**ORDERED** that in the event Mr. Bowen appears in this matter during his leave of absence, such appearance does not waive the remainder of his leave of absence; and it is further

**ORDERED** that in the event Mr. Robl has a conflict with any scheduled hearing in this case, Mr. Robl will provide prompt notice of such conflict.

**[END OF DOCUMENT]**

*Prepared and presented by:*

ROBL & BOWEN LLC

*/s/ Maxwell W. Bowen*
Michael D. Robl
Georgia Bar No. 610905
Maxwell W. Bowen
Georgia Bar No. 719784
3754 Lavista Road, Suite 250
Tucker, Georgia 30084
Telephone:  (404) 373-5153
Facsimile:  (404) 537-1761
michael@roblgroup.com
max@roblgroup.com
*Attorneys for Debtor*

## Distribution List

 All parties on the court's mailing matrix.