**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| ANEAKA UKAH, | Case No. 24-61070-BEM |
| Debtor. | |

## MOTION TO AUTHORIZE WITHDRAWAL BY COUNSEL FOR DEBTOR

NOW COME Michael D. Robl, Maxwell Bowen, and the Robl Law Group LLC (collectively, "Counsel"), legal counsel for Aneaka Ukah ("Debtor") in Debtor's above-captioned bankruptcy case (the "Bankruptcy Case"), pursuant to United States Bankruptcy Court, Northern District of Georgia, Local Rule 9010-5, and move the Court to authorize Counsel's withdrawal as counsel for Debtor, respectfully showing the Court as follows:

1.      Counsel wishes to withdraw as counsel for Debtor in the Bankruptcy Case, as well as any and all affiliated adversary proceedings and contested matters initiated within the Bankruptcy.

2.      Counsel previously gave notice to Debtor of Counsel's intent to withdraw more than fourteen (14) days prior to filing this Motion.

3.      At the time when Counsel gave notice to Debtor of Counsel's intent to withdraw, no contested matters and adversary proceedings were pending.

4.      After Counsel gave notice to Debtor of Counsel's intent to withdraw, the following contested matters or adversary proceedings were initiated (and the names and contact information for opposing counsel in those contested matters and adversary proceedings is as follows):

a.      Avery and Mia Francis filed a Motion for Rule 2004 Examination (Doc. No. 49) on April 4, 2025.  Counsel for Avery and Mia Francis are Ben Keck, Esq. and Jonathan Clements, Esq., Keck Legal LLC, 2801 Buford Highway NE, Suite 115, Atlanta,

1

Georgia 30329; email: bkeck@kecklegal.com, and jclements@kecklegal.com.

b.  Certain creditors joined in the *U.S. Trustee's Motion to Dismiss Case or Convert Case* (Doc. No. 46), which the U.S. Trustee had filed on March 26, 2025, to address unfiled Operating Reports, and which was resolved as to the U.S. Trustee's issues by means of a Consent Order (Doc. No. 58) entered on May 1, 2025, but which remains at issue due to the *Joinder of Shepherds Investors to Trustee's Motion Dismiss or Convert Case filed by Gregory D. Ellis on behalf of Andrew Bergman, Andrew Bondarczuk, Edward Bondarczuk, Matthew Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron Mullenix, Christopher Nuesa, Jane Park, William Marc Salsberry, Trevor Schmidt, Aaron Stogner, Brian Walters, Carlos Zoller* filed on April 28, 2025 (Doc. No. 54), in which counsel for the joining parties is Greg Ellis, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, NW, Suite 290, Atlanta, Georgia 30328; email:  gellis@lcenlaw.com.

5.  Debtor has been advised of all information required by the Court's local rules, including that:

a.  The Clerk of Court for the Bankruptcy Court of the Northern District of Georgia, Atlanta Division can be contacted at:

> United Stated Bankruptcy Court Clerk of Court
> 75 Ted Turner Drive, SW, Room 1340
> Atlanta, Georgia 30303
> Tel: (404) 215-1000

b.  The Bankruptcy Court for the Northern District of Georgia retains jurisdiction of the above-referenced Bankruptcy Case, and any related adversary proceedings, and contested matters;

c.  If Counsel's withdrawal is permitted:

2

   i. The Debtor will have the obligation to promptly file with the Bankruptcy Court, and mail to all adverse parties or their counsel, a written statement showing (A) the names of the parties and the number of each case, adversary proceeding, or contested matter in which the client is a party and (B) the Debtor's current name, telephone number, mailing address, and e-mail address, and that the statement must be amended promptly if the Debtor's name, telephone number, mailing address, or e-mail address changes;

   ii. The Debtor will have the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter, or to hire other counsel to do so;

   iii. The failure or refusal of the client to meet these obligations may result in adverse consequences;

   iv. Service of notices, pleadings, and other papers may be made upon the Debtor at the Debtor's last known address;

d. deadlines will not be affected by the withdrawal of Counsel: and

e. Monthly operating reports are due by:  the 21st day of each month for as long as the case is pending until confirmation of a plan of reorganization at which time quarterly reports are due.

6. Debtor was given notice that Debtor could state any objections to Counsel's withdrawal. Debtor has not made any objection. Debtor has asked Counsel to continue working with her, but Debtor and Counsel have discussed, numerous times, that withdrawal will occur if conditions are not met by Debtor, which Debtor has not met.

7.     Counsel has not been paid any retainer or other payments for fees or expenses – either pre-petition, or post-petition – for this Bankruptcy Case. Payment of a retainer for fees and expenses in this Bankruptcy Case is not the only request that Counsel has made to Debtor which has gone unfulfilled or has not been timely fulfilled, despite numerous communications between Debtor and Counsel.

8.     Debtor initiated this Bankruptcy Case *pro se*.  Although a hearing has been set on a motion to convert or dismiss the Bankruptcy Case, in light of unfulfilled requests and untimely responses to requests from Counsel, it is appropriate for Debtor to continue the case *pro se*.

WHEREFORE, Counsel requests that the Court (i) grant this motion, authorizing withdrawal as legal counsel for Debtor in the Bankruptcy Case and any and all contested matters and adversary proceedings, and (ii) provide such further relief as the Court deems proper.

This 14th day of May, 2025.

Respectfully submitted,

**ROBL & BOWEN LLC**

/s/ Michael D. Robl
Michael D. Robl
Georgia Bar No. 610905
Maxwell W. Bowen
Georgia Bar No. 719784
*Counsel for Debtor*

3754 Lavista Road
Suite 250
Tucker, GA 30084
Telephone:  (404) 373-5153
Facsimile:  (404) 537-1761
E-mail:  michael@roblgroup.com
E-mail:  max@roblgroup.com

4

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading on the aforesaid Debtor via U.S. Mail with sufficient first-class postage affixed thereto and addressed as follows:

Aneaka Ukah
2564 Tucker Mill Rd.
Conyers, GA 30094

**-AND-**

On all creditors and parties in interest who have appeared in this case and who are registered with the Court's ECF system, which sends a notice of filing of this pleading and a link to access this pleading.

This 14th day of May, 2025.

Respectfully submitted,

**ROBL & BOWEN LLC**

*/s/ Michael D. Robl*
Michael D. Robl
Georgia Bar No. 610905
Maxwell W. Bowen
Georgia Bar No. 719784
*Counsel for Debtor*

3754 Lavista Road
Suite 250
Tucker, GA 30084
Telephone:  (404) 373-5153
Facsimile:  (404) 537-1761
E-mail:  michael@roblgroup.com
E-mail:  max@roblgroup.com