**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

In Re:

**ANEAKA UKAH,**

    **Debtor.**

**CASE NO. 24-61070-BEM**

**CHAPTER 11**

**SUBCHAPTER V**

**CONSENT MOTION OF MIA FRANCIS**
**FOR EXTENSION OF DEADLINE TO FILE COMPLAINT TO**
**DETERMINE DISCHARGEABILITY OF DEBT AND/OR DISCHARGE**

Comes now Mia Francis ("**Francis**"), and files this Motion for Extension of Deadline to File Complaint to Determine Dischargeability of Debt and/or Discharge, seeks entry of an order substantially in the form annexed hereto as **Exhibit A**, and in support thereof, respectfully represents as follows:

1.    Francis is a creditor of Aneaka Ukah (the "**Debtor**") with a claim based on a judgment lien.

2.    The parties are investigating matters which may affect the dischargeability of the indebtedness owed to her and/or the Debtor's ability to obtain a discharge. The investigation is ongoing and requires further inquiry.

3.    Depending on facts discovered from the investigation, it may be appropriate for Francis to bring an action to declare the indebtedness owing to Francis nondischargeable and/or to bring a complaint objecting to Debtor's discharge in this case.

4.    The Court has previously extended this deadline twice.  Currently, the deadline for parties to object to dischargeability and/or discharge is May 17, 2025.  If this deadline is not extended, Francis would be forced to file a complaint.

5. Counsel for Francis has communicated with counsel for the Debtor who has consented to the relief requested herein.

WHEREFORE, Francis requests this Court enter an order extending the time within which she may file a Complaint objecting to the dischargeability of the debt owing to her under Section 523 of the Bankruptcy Code, and/or to the discharge of the Debtor's debts generally under Section 1141 of the Bankruptcy Code, for approximately 60 days, through and including July 15, 2025.

Dated: May 16, 2025          Respectfully Submitted,

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No 130051
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
*Counsel for Mia Francis*

*Consented to by:*

**ROBL LAW GROUP LLC**
*/s/ Michael D. Robl*
*Signed with express permission*
Michael Robl. Esq, Ga Bar. No. 610905
3754 Lavista Road, Suite 250
Tucker, Ga 30084
Tel. (404) 373-5153
michael@roblgroup.com
*Counsel for Debtor*

-2-

**Exhibit A**
**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:**<br><br>**ANEAKA UKAH,**<br><br>        **Debtor.** | **CASE NO. 24-61070-BEM**<br><br>**CHAPTER 11**<br><br>**SUBCHAPTER V** |

**CONSENT ORDER GRANTING MOTION OF**
**MIA FRANCIS FOR EXTENSION OF DEADLINE TO FILE COMPLAINT TO**
**DETERMINE DISCHARGEABILITY OF DEBT AND/OR DISCHARGE**

On May 16, 2025, Mia Francis ("**Francis**"), by and through Francis' counsel, filed a

Consent Motion for Extension of Deadline to File Complaint to Determine Dischargeability of

Debt and/or Discharge [Doc. __] (the "**Motion**").  The Motion seeks to extend the time within

which Francis may file a complaint objecting to the dischargeability of debt pursuant to 11

U.S.C. § 523 or to the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 1141. The

Debtor, by and through Debtor's counsel, has consented to the entry of this Order extending the

time requested by Mia Francis.  Therefore, it is hereby

ORDERED that the time within which Mia Francis may file a complaint objecting to the

dischargeability of debt pursuant to 11 U.S.C. § 523 or to the Debtor's entitlement to a discharge

pursuant to 11 U.S.C. § 1141 is hereby extended through and including July 15, 2025.

**[END OF ORDER]**


**Prepared and presented by:**

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No 130051
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
**Counsel for Mia Francis**


**Consented to by:**

**ROBL LAW GROUP LLC**
*/s/ Michael D.  Robl*
Michael Robl. Esq, Ga Bar. No. 610905
3754 Lavista Road, Suite 250
Tucker, Ga 30084
Tel. (404) 373-5153
michael@roblgroup.com
**Counsel for Debtor**

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I filed the foregoing pleading using the Court's CM/ECF system, which generates an electronic notice thereof to all parties registered to receive notices thereby.

Dated: May 16, 2025

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Jonathan Clements, Ga. Bar No 130051
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
jclements@kecklegal.com
***Counsel for Mia Francis***

~3~