**IT IS ORDERED as set forth below:**


**Date: May 16, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____


**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 24-61070-BEM** |
| **ANEAKA UKAH,** | **CHAPTER 11** |
| **Debtor.** | **SUBCHAPTER V** |

**CONSENT ORDER GRANTING MOTION OF**
**MIA FRANCIS FOR EXTENSION OF DEADLINE TO FILE COMPLAINT TO**
**DETERMINE DISCHARGEABILITY OF DEBT AND/OR DISCHARGE**

On May 16, 2025, Mia Francis ("**Francis**"), by and through Francis' counsel, filed a

Consent Motion for Extension of Deadline to File Complaint to Determine Dischargeability of

Debt and/or Discharge [Doc. 71] (the "**Motion**"). The Motion seeks to extend the time within

which Francis may file a complaint objecting to the dischargeability of debt pursuant to 11

U.S.C. § 523 or to the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 1141. The

Debtor, by and through Debtor's counsel, has consented to the entry of this Order extending the time requested by Mia Francis.  Therefore, it is hereby

ORDERED that the time within which Mia Francis may file a complaint objecting to the dischargeability of debt pursuant to 11 U.S.C. § 523 or to the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 1141 is hereby extended through and including July 15, 2025.

**[END OF ORDER]**

**Prepared and presented by:**

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No 130051
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
***Counsel for Mia Francis***

**Consented to by:**

**ROBL LAW GROUP LLC**
*/s/ Michael D.  Robl*
Michael Robl. Esq, Ga Bar. No. 610905
3754 Lavista Road, Suite 250
Tucker, Ga 30084
Tel. (404) 373-5153
michael@roblgroup.com
***Counsel for Debtor***

**Distribution List**

Keck Legal, LLC
2801 Buford Hwy NE
Suite 115
Atlanta, GA 30329

Robl Law Group, LLC
3754 Lavista Road, Suite 250
Tucker, Ga 30084

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Dr SW
Atlanta, GA 30303