

**IT IS ORDERED as set forth below:**

**Date: May 29, 2025**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

ANEAKA UKAH,

　　　　Debtor.

CASE NO. 24-61070-BEM

CHAPTER 11

## O R D E R

This matter is before the Court on the *Motion to Authorize Withdrawal By Counsel for Debtor*, filed by Michael D. Robl, Maxwell Bown, and the Robl Law Group LLC on May 14, 2025 (the "Motion"). [Doc. 67]. No opposition or response has been filed. An evidentiary hearing is scheduled for June 5, 2025. The Motion does not indicate that Debtor's counsel is in a position where it is required to withdraw. Accordingly, it is

ORDERED that the Motion is DENIED without prejudice to the Motion being renewed after the June 5, 2025 hearing.

**END OF ORDER**

**Distribution List**

Aneaka Ukah
2564 Tucker Mill Rd
Conyers, GA 30094

Maxwell William Bowen
Robl Law Group
Suite 250
3754 Lavista Road
Tucker, GA 30084

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

John T. Whaley
Chapter 11 Subchapter V Trustee
John T. Whaley, CPA
P.O. Box 76362
Atlanta, GA 30358

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Jonathan D Clements
Keck Legal, LLC
Druid Chase - Suite 115
2801 Buford Highway NE
Atlanta, GA 30329

Benjamin R Keck
Keck Legal, LLC
Druid Chase - Suite 115
2801 Buford Highway NE
Atlanta, GA 30329

Maysen Moorehead
Keck Legal, LLC
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329

Gregory D. Ellis
Lamberth, Cifelli, Ellis & Nason
Ste 290
6000 Lake Forrest Drive, N.W.
Atlanta, GA 30328

2