

**IT IS ORDERED as set forth below:**

**Date: June 5, 2025**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**
**Signed as Revised by the Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 24-61070-BEM** |
| **ANEAKA UKAH,** | **CHAPTER 11** |
| **Debtor.** | **SUBCHAPTER V** |

**ORDER GRANTING**
**AVERY AND MIA FRANCIS' MOTION FOR**
**RULE 2004 EXAMINATION OF DEBTOR ANEAKA UKAH**

This matter is before the Court on the Motion of Avery and Mia Francis for an order pursuant to Federal Rule of Bankruptcy Procedure 2004 to take discovery and conduct an examination of the Debtor (the "**Motion**"). Upon consideration of the Motion and all other matters of record,

It is hereby **ORDERED** as follows:

1. The Motion is GRANTED.

2. The Debtor shall produce the documents set forth in **Exhibit B** to the Motion no later than **July 3, 2025.**

3. The Debtor shall appear for an examination at a time and place to be agreed upon by the parties or as set forth in a further order of the Court.

4. This Order shall be effective immediately upon entry.

5. The Court shall retain jurisdiction over all matters related to the interpretation or enforcement of this Order.

### END OF ORDER ###

**Prepared and presented by:**

**KECK LEGAL, LLC**

*/s/ Benjamin R. Keck*
Benjamin R. Keck, Ga. Bar No. 943504
2801 Buford Highway NE, Suite 115
Atlanta, GA  30329
(470) 826-6020
bkeck@kecklegal.com
*Counsel for Avery and Mia Francis*

**Distribution List**

Michael D. Robl
3754 Lavista Road, Suite 250
Tucker, GA 30084

Alan Hinderleider
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

2