

**IT IS ORDERED as set forth below:**


**Date: July 18, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | : | CASE NO. 24-61070-BEM |
|  | : |  |
| ANEAKA UKAH, | : |  |
|  | : | CHAPTER 11 |
| DEBTOR. | : |  |
| _____ | : |  |
| ANDREW BERGMAN, ANDREW BONDARCZUK, | : |  |
| EDWARD BONDARCZUK, MATTHEW | : | CONTESTED MATTER |
| BONDARCZUK, STEVE BONDARCZUK, CAIN | : |  |
| HERNANDEZ, JOSHUA MILLER, AARON | : |  |
| MULLENIX, CHRISTOPHER NUESA, WILLIAM | : |  |
| MARC SALSBERRY, TREVOR SCHMIDT, | : |  |
| BRIAN WALTERS, JANE PARK, AARON STOGNER, | : |  |
| AND CARLOS ZOLLER, | : |  |
|  | : |  |
| Movants, | : |  |

|  |  | : |
|---|---|---|
| vs. |  | : |
|  |  | : |
| ANEAKA UKAH, |  | : |
|  |  | : |
| Respondent. |  | : |
|  |  | : |

**CONSENT ORDER ON SHEPHERDS INVESTORS JOINDER TO UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE**

On March 26, 2025, the United States Trustee filed *Motion to Dismiss or Convert Case* (the "Motion") (Docket. No. 46.).

On April 28, 2025, Andrew Bergman, Andrew Bondarczuk, Edward Bondarczuk, Matthew Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron Mullenix, Christopher Nuesa, William Marc Salsberry, Trevor Schmidt, Brian Walters, Jane Park, Aaron Stogner, and Carlos Zoller (the "Shepherds Investors") filed their *Joinder of Shepherds Investors to Trustee's Motion to Dismiss or Convert* (the "Joinder") (Docket No. 54).

On May 9, 2025, the Court entered on Order and Notice of Evidentiary Hearing (Docket No. 63) to be held on the Joinder on June 5, 2025. The evidentiary hearing was continued until July 10, 2025, to provide additional time for the parties to determine if this contested matter could be resolved by consent.

Prior to the July 10 hearing, the parties agreed to resolve this contested matter by consent.

The Court has considered the Motion and Joinder and the terms of this Consent Order and all matters of record, including the lack of objection thereto. Based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to convert the case to a Chapter 7 and grant the relief requested in the Motion and Joinder. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED** and the case is converted to a Chapter 7 case;

**IT IS FURTHER ORDERED** that the time in which the Shepherds Investors and/or Shepherds, LLC may file a complaint seeking a determination as to the dischargeability of claims against Aneaka Ukah (the "Debtor") pursuant to 523 or objecting to Debtor's discharge pursuant to 727 is extended through and including 60 days after the date of the initial 341 hearing to be scheduled in the Chapter 7 case; and

**IT IS FURTHER ORDERED** that

1. Debtor shall, forthwith, turn over to the chapter 7 trustee all records and property of the estate in its possession or control and shall immediately turn over any other property of the estate which hereinafter comes into its possession or control during the pendency of this case; and

2. Debtor shall cooperate and assist the chapter 7 trustee in identifying, assembling, and collecting property of the estate and shall provide the trustee with all documents pertaining to assets of the estate as the trustee requests; and

3. Not later than 14 days after entry of this Order, Debtor shall file a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim and serve a copy of the schedule on the chapter 7 trustee, the United States Trustee, and the person or entity to whom such debts are owed; and

4. Not later than 28 days after entry of this Order, Debtor shall file and transmit to the chapter 7 trustee and the United States Trustee a final report and account regarding the status and disposition of all assets of the estate; and

5. Not later than 28 days after entry of this Order, Debtor shall file and transmit to the United States Trustee monthly operating reports for each month or period through the date of conversion for which reports have not already been filed; and

6. Not later than 28 days after entry of this Order, all professionals employed by Debtor shall file an application for final approval of fees and expenses incurred in or in connection with administration of the case under chapter 11 or, alternatively, turn over to the appointed chapter 7 trustee any and all retainers, monies, or other remuneration received from Debtor prior to or after the filing of the petition for services rendered in or in connection with the chapter 11 case; and

7. The Clerk shall serve this Order on the Debtor, Debtor's attorney, the United States Trustee, and all creditors and other parties in interest listed on the mailing matrix.

### END OF DOCUMENT

**Prepared, presented and
Consented to by:**

By:____ */s/ Gregory D. Ellis*____
    Gregory D. Ellis
    Georgia Bar No. 245310
    gellis@lcenlaw.com
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
P: (404) 262-7373
*Attorneys for Shepherds Investors*

**Consented to:**

By:_____ */s/ Michael D. Robl*_____
*Signed with express permission*
    Michael D. Robl
    Georgia Bar No. 610905
    michael@roblgroup.com
Robl Law Group, LLC
3754 Lavista Road, Suite 250
Tucker, GA 30084
P: (404) 375-5153
*Attorneys for Debtor*

### ADDITIONAL SIGNATURES AND BLR SERVICE LIST ON FOLLOWING PAGE

**No Opposition:**

MARY IDA TOWNSON
UNITED STATES TRUSTEE REGION 21

By: ___*/s/ Alan Hinderleider*_____
*Signed with express permission*
    Alan Hinderleider
    Trial Attorney
    Georgia Bar No. 938543
    Alan.Hinderleider@usdoj.gov
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331 4464


**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Gregory D. Ellis, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 290, Atlanta, GA 30328

Michael D. Robl. Robl Law Group, LLC, 3754 Lavista Road, Suite 250, Tucker, GA 30084

Aneaka Ukah, 2564 Tucker Mill Rd., Conyers, GA 30094