UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ANEAKA UKAH, | ) | CASE NO. 24-61070-BEM |
| | ) | |
| DEBTOR. | ) | |

**CORRECTED NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND SECTION 341(a) MEETING OF CREDITORS**

Pursuant to 11 U.S.C. § 701, the United States Trustee appoints **Michael J. Bargar** as interim trustee in this case and designates him to preside over the meeting of creditors. Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification. The trustee shall serve under the blanket bond heretofore approved. The name and address of the interim trustee and the date, time, and location of the section 341(a) meeting of creditors are as follows. The trustee, debtor, and debtor's attorney must appear via Zoom. Creditors and other parties may appear by telephone.

| | |
|---|---|
| **Michael J Bargar**<br>Century Plaza; Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329<br>Email: mbargar@rlkglaw.com<br>Phone: (404) 410-1220 | **August 20, 2025, at 8:40 a.m.**<br><br>The meeting will be held by Zoom video meeting.<br>Go to **Zoom.us/join.**<br>Enter Meeting ID: **807 186 1890** and<br>Passcode: **4173630937** or call **(470) 924-8798** |

Notice given by:

MARY IDA TOWNSON
UNITED STATES TRUSTEE, REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
GA Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
jeneane.treace@usdoj.gov