## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**IN RE:**

|  |  |  |
|---|---|---|
| **NEELY DAVIS THORNTON** | : | **CASE NO. *24-54773-PMB*** |
|  | : |  |
|  | : | **CHAPTER *11, Subchapter V*** |
| **Debtor.** | : | **JUDGE BAISIER** |
|  | : |  |

## NOTICE OF INTERIM *APPLICATION FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. §§ 330(a), 331, and 503(b)*, DEADLINE <u>TO OBJECT, AND HEARING</u>

*JOHN T WHALEY, CHAPTER 11 SUBCHAPTER V TRUSTEE,* has filed an *INTERIM APPLICATION OF CHAPTER 11 SUBCHAPTER V TRUSTEE FOR COMPENSATION FOR SERVICES PURSUANT to 11 U.S.C. §§ 330(a), 331, and 503(b),* on *JUNE 11, 2025.* Pursuant to Third Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within *twenty-one (21) days* from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303,** and serve a copy on the *Chapter 11 Subchapter V Trustee, John T. Whaley, P.O. Box 76362, Atlanta, GA 30358*, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for *JULY 21, 2025.* The Court will hold a hearing on the **INTERIM APPLICATION FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. §§ 330(a), 331 and 503(b) at 1:20 P.M. on JULY 21, 2025,** in **Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303,** which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: June 11, 2025.

/s/ John T. Whaley
*John T. Whaley,*
*Chapter 11 Subchapter V Trustee*
*GA CPA 005942*
*P.O. Box 76362*
*Atlanta, Ga 30358*
*404 946-5372*
*jtwhaley@jtwcpa.net*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

NEELY DAVIS THORNTON

   Debtor.

}
}
}
}
}
}
}

CASE NO. *24-54773-PMB*

CHAPTER *11, Subchapter V*

JUDGE BAISIER

## INTERIM APPLICATION OF CHAPTER 11 SUBCHAPTER V
## TRUSTEE FOR COMPENSATION FOR SERVICES PURSUANT TO
## 11 U.S.C. §§ 330(a), 331, and 503(b)

THE HONORABLE JUDGE BAISIER
JUDGE, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COMES NOW John T. Whaley, the Chapter 11, Subchapter V Trustee, (hereinafter "Applicant" or "Trustee"), and respectfully represents:

1. On May 9, 2024, Neely Davis Thornton ("Debtor") filed a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code.

2. John T. Whaley accepted the appointment as Subchapter V Trustee and filed the *Verified Statement of Subchapter V Trustee* (Doc. No. 4) on May 9, 2024.

3. On May 9, 2024, the United States Trustee ("UST") filed her *Notice of Appointment of Subchapter V Trustee* (Doc. No. 4).

4. The Trustee makes this initial application for compensation for services as Chapter 11 Subchapter V Trustee pursuant to 11 U.S.C. § 330(a)(1) § 331 for the period beginning May 9, 2024 and ending on June 11, 2025.

5. During this time period, the applicant has performed all services required of a Chapter 11 Subchapter V Trustee as a fiduciary in the administration of this case. (See Exhibit A).

6.      Applicant has received no prior compensation for services rendered as Chapter 11 Subchapter V Trustee for this Estate and the Trustee has not agreed to share any compensation awarded in this case with any person.

7.      The Trustee has not entered into any agreement, written or oral, with any other party in interest or any attorney of any party in interest in this case for the purpose of fixing the amount of fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein.

8.      The Trustee requests that the Court authorize Debtor or the estate to pay the Trustee any award under this Final Application.

9.      The Trustee requests that fees in the amount of $6074.00 and expenses in the amount of $297.40 totaling $6371.40 (See Exhibit A) be paid to the Subchapter V Trustee in full on the day after the Order of the Subchapter V Trustee's application for compensation becomes a Final Order.

10.     WHEREFORE, John T. Whaley, Chapter 11 Subchapter V Trustee, prays for allowance and award of compensation as follows:

(1) $6074.00 representing fees plus,

(2) $297.40 representing actual out-of-pocket expenses incurred by Applicant,

(3) and which together total $6371.40.

Dated: *JUNE 11, 2025*

/s/ John T. Whaley
*John T. Whaley*
*GA CPA 005942*
*P.O. Box 76362*
*Atlanta, GA 30358*
*404 946-5272*
*Chapter 11*
*Subchapter V Trustee*
*jtwhaley@jtwcpa.net*

## Exhibit A

**Neely Davis Thornton**
**Case 24-54773-pmb**

RE: Trustee  Subchapter V

| Date | Fees | Hours | Rate | |
|---|---|---|---|---|
| 5/9/2024 | Prepare and file Verified Statement | 0.50 | 410.00 | 205.00 |
| 5/10/2024 | Emails and T/C to schedule IDI, 341 meeting, and Status Conf | 0.50 | 410.00 | 205.00 |
| 5/17/2024 | Attend virtual IDI | 0.90 | 410.00 | 369.00 |
| 5/18/2024 | Review Balance Sheet and Statement of Operations Declaration | 0.10 | 410.00 | 41.00 |
| 6/12/2024 | Review amended list of creditors: review Summary of Assets and Liab. and related schedules | 0.70 | 410.00 | 287.00 |
| 6/12/2012 | Attend telephonic Section 341 Meeting of Creditors | 0.90 | 410.00 | 369.00 |
| 6/30/2024 | Review Pre-Status Conf. Report | 0.10 | 410.00 | 41.00 |
| 7/1/2024 | Review May 2024 Mo. Ops Report | 0.40 | 410.00 | 164.00 |
| 7/1/2024 | Attend Virtual Status Conference. | 1.40 | 410.00 | 574.00 |
| 7/19/2024 | Review Motion for Relief from the Automatic Stay (Cr. Amur Finance) | 0.20 | 410.00 | 82.00 |
| 7/29/2024 | Review June 2024 Mo. Ops Report | 0.20 | 410.00 | 82.00 |
| 8/10/2024 | Review Debtor's Small Business Plan of Reorganization | 0.60 | 410.00 | 246.00 |
| 9/2/2024 | Review Creditor Audi Financial Services Objection to D's Plan | 0.30 | 410.00 | 123.00 |
| 11/5/2024 | Review July 2024 Mo. Ops Report | 0.30 | 410.00 | 123.00 |
| 11/5/2024 | Review August 2024 Mo. Ops Report | 0.20 | 410.00 | 82.00 |
| 11/17/2024 | Review Sept. 2024 Mo. Ops Report | 0.20 | 410.00 | 82.00 |
| 12/15/2024 | Review Objection to Confirmation of D's Plan of Reorg. by U.S. Treasury | 0.30 | 410.00 | 123.00 |
| 1/15/2025 | Review Mo. Ops Report for Oct. 2024 | 0.20 | 410.00 | 82.00 |
| 1/15/2025 | Review Mo.Ops Report for Nov. 2024 | 0.20 | 410.00 | 82.00 |
| 1/15/2025 | Review Status Report | 0.30 | 410.00 | 123.00 |
| 2/5/2025 | Review Motion for Approval of Settlement Agreement and Transfer Real Prop Interest | 0.40 | 410.00 | 164.00 |
| 2/25/2025 | Attend virtual Status Conference | 1.10 | 410.00 | 451.00 |
| 2/28/2025 | Review Jan 2025 Monthly Ops Report | 0.30 | 410.00 | 123.00 |
| 3/26/2025 | Review Amended Chapter 11 Small Business Plan | 0.50 | 410.00 | 205.00 |
| 4/10/2025 | Review Feb 2025 Monthly Ops Report | 0.20 | 410.00 | 82.00 |
| 5/8/2025 | Review Amended Objection to Plan of Reorganization - US Treasury | 0.40 | 410.00 | 164.00 |
| 6/9/2025 | Review April 2025 Monthly Ops Report | 0.30 | 410.00 | 123.00 |
| 6/9/2025 | Attend Virtual Confirmation Hearing | 0.70 | 410.00 | 287.00 |
| 6/9/2025 | Prepare Draft Fee Application and Hearing Notice (JW) | 1.50 | 410.00 | 615.00 |
| 6/11/2025 | Prepare and File Fee Application and Notice | 2.50 | 150.00 | 375.00 |
| | **Total Fees** | | | **6,074.00** |
| | **Expenses** | | | |
| 6/11/2025 | Certificate of Service Expense | | | 297.40 |
| | **Total Fees and Expenses** | | | **6,371.40** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

NEELY DAVIS THORNTON

CASE NO: 24-54773-PMB

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
Judge: PAUL M. Baisier
Hearing Location: Courtroom 1202, U.S. Courthouse, 75 Ted
Turner Drrive, SW,Atlanta, GA 30303
Hearing Date: July 21, 2025
Hearing Time: 1:20 P. M.

On 6/11/2025, I did cause a copy of the following documents, described below,

NOTICE OF INTERIM APPLICATION FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. §§ 330(a), 331, and 503(b), DEADLINE TO OBJECT, AND HEARING

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/11/2025

/s/ John T. Whaley
John T. Whaley  GACPA005942
Subchapter V Trustee
John T Whaley, CPA, LLC
P.O. Box 76362
Atlanta, GA  30358
404 946 5272
trustee@jtwcpa.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

NEELY DAVIS THORNTON

CASE NO: 24-54773-PMB

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
Judge: PAUL M. Baisier
Hearing Location: Courtroom 1202, U.S. Courthouse, 75 Ted
Turner Drrive, SW,Atlanta, GA 30303
Hearing Date: July 21, 2025
Hearing Time: 1:20 P. M.

On 6/11/2025, a copy of the following documents, described below,

NOTICE OF INTERIM APPLICATION FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. §§ 330(a), 331, and 503(b), DEADLINE TO OBJECT, AND HEARING

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/11/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John T. Whaley
John T Whaley, CPA, LLC
P.O. Box 76362
Atlanta, GA  30358

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113E1
CASE 24-54773-PMB
NORTHERN DISTRICT OF GEORGIA
ATLANTA
WED JUN 11 09-47-59 EDT 2025

ABBIE US LLC
1 N WAUKEGAN RD
BUILDING AP32
NORTH CHICAGO IL 60064-1802

AMERICAN EXPRESS
PO BOX 981537
EL PASO TX 79998-1537

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMUR EQUIPMENT FINANCE
304 W 3RD STREET
GRAND ISLAND NE 68801-5941

AMUR EQUIPMENT FINANCE INC
CO KYE LAW GROUP PC
201 OLD COUNTRY ROAD SUITE 120
MELVILLE NY 11747-2725

EUDORA F S ARTHUR
WOMBLE BOND DICKINSON US LLP
555 FAYETTEVILLE ST STE 1100
RALEIGH NC 27601-3034

AUDI FINANCIAL SERVICES
PO BOX 5215
CAROL STREAM IL 60197-5215

BARCLAYS
PO BOX 13337
PHILADELPHIA PA 19101-3337

BILL GRAHAM
12460 CRABAPPLE ROAD
SUITE 202-417
ALPHARETTA GA 30004-6602

CHILDRENS HEALTHCARE OF ATLANTA
PO BOX 116210
ATLANTA GA 30368-6210

CHRISTOPHER CAMARDELLO
1031 MENDOTA HEIGHTS ROAD
ST PAUL MN 55120-6200

CITIBANK NA
ATTN CENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS MO 63179-0040

JANICA DRAYTON
PADGETT LAW GROUP
SUITE 1475
3490 PIEDMONT ROAD
ATLANTA GA 30305-4805

EVAN OWENS DURKOVIC
ALDRIDGE PITE LLP
SIX PIEDMONT CENTER STE 700
3525 PIEDMONT ROAD NE
ATLANTA GA 30305-1578

ARTHUR A EBBS
WOMBLE BOND DICKINSON US LLP
SUITE 1400
1331 SPRING STREET NW
ATLANTA GA 30309-5157

EVOLUS
520 NEWPORT CENTER DRIVE SUITE 1200
NEWPORT BEACH CA 92660-7022

GILLIAN FIERER
FIERER  BUERLEIN LLC
38 OLD IVY ROAD NE
SUITE 200
ATLANTA GA 30342-4506

WILL B GEER
ROUNTREE LEITMAN KLEIN  GEER LLC
CENTURY PLAZA I
2987 CLAIRMONT ROAD SUITE 350
ATLANTA GA 30329-4435

GEORGIA DEPARTMENT OF LABOR
148 ANDREW YOUNG INTER BLVD
ROOM 738
ATLANTA GA 30303-1733

(P)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

GEORGIA DEPT OF LABOR
SUITE 826
148 ANDREW YOUNG INTER BLVD NE
ATLANTA GA 30303-1751

GEORGIA DEPT OF LABOR
SUITE 910
148 ANDREW YOUNG INTER BLVD NE
ATLANTA GA 30303-1751

HUNTINGON NATIONAL BANK
PO BOX 182661
COLUMBUS OH 43218-2661

HUNTINGTON NATIONAL BANK
PO BOX 182519
COLUMBUS OH 43218-2519

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
CIO
PO BOX 7346
PHILADELPHIA PA 19101-7346

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ADRIANO OMAR IQBAL
OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD B RUSSELL FEDERAL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

JAMES S LIVERMON III
WOMBLE BOND DICKINSON US LLP
555 FAYETTEVILLE ST SUITE 1100
RALEIGH NC 27601-3034

VIVIEON K JONES
OFFICE OF THE UNITED STATES ATTORNEY
SUITE 600
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3309

LIFESTANCE HEALTH
1200 ALTMORE AVENUE SUITE 200
ATLANTA GA 30342-2495

JAMES S LIVERMON III
WOMBLE BOND DICKINSON US LLP
SUITE 1100
555 FAYETTEVILLE ST
RALEIGH NC 27601-3034

MARIETTA CENTER FOR COSMETIC AND
RESTORATIVE
707 WHITLOCK AVE SW STE C25
MARIETTA GA 30064-4655

JAMES W MARTIN
LAW OFFICE OF JAMES W MARTIN PC
SUITE 104-108
2566 SHALLOWFORD ROAD
ATLANTA GA 30345-1249

MR COOPER
PO BOX 650783
KILGORE TX 75662

(P)NEC FINANCIAL SERVICES
250 PEHLE AVE
STE 704
SADDLE BROOK NJ 07663-5888

(P)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

NAVIENT
PO BOX 9533
WILKES-BARRE PA 18773-9533

NAVIENT SOLUTIONS LLC
220 LASLEY AVE
WILKES-BARRE PA 18706-1430

NORTH MILL CREDIT TRUST
601 MERRITT 7 SUITE 5
NORWALK CT 06851-1097

NORTH MILL EQUIPMENT FINANCE LLC
601 MERRITT 7
SUITE 5
NORWALK CT 06851-1097

PATTERSON DENTAL SUPPLY INC
1031 MENDOTA HEIGHTS ROAD
ST PAUL MN 55120-1401

PETLAND
PO BOX 182118
COLUMBUS OH 43218-2118

SS THORNTON INVESTMENTS LLC
1179 MILMAR DRIVE NW
ATLANTA GA 30327-1619

SECRETARY OF THE TREASURY
15TH PENNSYLVANIA AVENUE NW
WASHINGTON DC 20200

CHAD R SIMON
BONIAL ASSOCIATES
PO BOX 80156
ATLANTA GA 30366-0156

THE HUNTINGTON NATIONAL BANK
CO JAMES S LIVERMON III
555 FAYETTEVILLE ST SUITE 1100
RALEIGH NC 27601-3034

DEBTOR
NEELY DAVIS THORNTON
1179 MILMAR DRIVE NW
ATLANTA GA 30327-1619

U S SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
SUITE 900
950 EAST PACES FERRY ROAD NE
ATLANTA GA 30326-1382

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DRIVE SW SUITE 600
ATLANTA GA 30303-3309

UNITED STATES TRUSTEE
362 RICHARD RUSSELL FEDERAL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

VW CREDIT INC DBA AUDI FINANCIAL
SERVICES
CO VW CREDIT INC
PO BOX 9013
ADDISON TEXAS 75001-9013

DAVID S WEIDENBAUM
OFFICE OF THE US TRUSTEE
362 RICHARD B RUSSELL BLDG
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3330

JOHN T WHALEY
CHAPTER 11 SUBCHAPTER V TRUSTEE
JOHN T WHALEY CPA
PO BOX 76362
ATLANTA GA 30358-1362

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

DANIEL L WILDER
EMMETT L GOODMAN JR LLC
SUITE 800
544 MULBERRY STREET
MACON GA 31201-2776

WINDY HILL ATHLETIC CLUB
135 INTERSTATE N PKWY
ATLANTA GA 30339-2110