UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

|  |  |  |
|---|---|---|
| ANEAKA UKAH | : | CASE NO. *24-61070-BEM* |
|  | : | **CHAPTER *11, Subchapter V*** |
| Debtor. | : | **JUDGE ELLIS-MONRO** |

## NOTICE OF FINAL *APPLICATION FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. §§ 330(a), 331, and 503(b)*, DEADLINE TO OBJECT, AND HEARING

*JOHN T WHALEY, CHAPTER 11 SUBCHAPTER V TRUSTEE,* has filed a *FINAL APPLICATION OF CHAPTER 11 SUBCHAPTER V TRUSTEE FOR COMPENSATION FOR SERVICES PURSUANT to 11 U.S.C. §§ 330(a), 331, and 503(b),* on *August 1, 2025.* Pursuant to the Third Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within *twenty-one (21) days* from the date of service of this notice. If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303, and serve a copy on the *Chapter 11 Subchapter V Trustee, John T. Whaley, P.O. Box 76362, Atlanta, GA 30358,* and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for *SEPTEMBER 23, 2025.* The Court will hold a hearing on the **FINAL APPLICATION FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. §§ 330(a), 331 and 503(b)** at 11:00 A.M. on SEPTEMBER 23, 2025, in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

1

If an objection or response is timely filed and served, the hearing will proceed as scheduled. If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: August 1, 2025.

/s/ John T. Whaley
John T. Whaley,
Chapter 11 Subchapter V Trustee
GA CPA 005942
P.O. Box 76362
Atlanta, Ga 30358
404 946-5372
jtwhaley@jtwcpa.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ANEAKA UKAH    .    CASE NO. *24-61070-BEM*

CHAPTER *11, Subchapter V*

Debtor.

JUDGE ELLIS-MONRO

## FINAL APPLICATION OF CHAPTER 11 SUBCHAPTER V TRUSTEE FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. §§ 330(a), 331, and 503(b)

THE HONORABLE CHIEF JUDGE ELLIS-MONRO
JUDGE, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COMES NOW John T. Whaley, the Chapter 11, Subchapter V Trustee, (hereinafter "Applicant" or "Trustee"), and respectfully represents:

1.    On October 18, 2024, Aneaka Ukah ("Debtor") filed a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code.

2.    John T. Whaley accepted the appointment as Subchapter V Trustee and filed the *Verified Statement of Subchapter V Trustee* (Doc. No. 8) on October 21, 2024.

3.    On October 21, 2024, the United States Trustee ("UST") filed her *Notice of Appointment of Subchapter V Trustee* (Doc. No. 8).

4.    The Trustee makes this initial application for compensation for services as Chapter 11 Subchapter V Trustee pursuant to 11 U.S.C. § 330(a)(1) § 331 for the period beginning October 21, 2024 and ending on August 1, 2025.

5.    During this time period, the applicant has performed all services required of a Chapter 11 Subchapter V Trustee as a fiduciary in the administration of this case. (See Exhibit A).

6.    Applicant has received no prior compensation for services rendered as Chapter 11 Subchapter V Trustee for this Estate and the Trustee has not agreed to share any compensation awarded in this case with any person.

7.    The Trustee has not entered into any agreement, written or oral, with any other party in interest or any attorney of any party in interest in this case for the purpose of fixing the amount of fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein.

8.    The Trustee requests that the Court authorize Debtor or the estate to pay the Trustee any award under this Final Application.

9.    The Trustee requests that fees in the amount of $5213.00 and expenses in the amount of $81.31 totaling $5294.31 (See Exhibit A) be paid to the Subchapter V Trustee in full on the day after the Order of the Subchapter V Trustee's application for compensation becomes a Final Order.

10.    WHEREFORE, John T. Whaley, Chapter 11 Subchapter V Trustee, prays for allowance and award of compensation as follows:

(1) $5213.00 representing fees plus,

(2) $81.31 representing actual out-of-pocket expenses incurred by Applicant,

(3) and which together total $5294.31.

Dated: *AUGUST 1, 2025*

*/s/ John T. Whaley*
*John T. Whaley*
*GA CPA 005942*
*P.O. Box 76362*
*Atlanta, GA 30358*
*404 946-5272*
*Chapter 11*
*Subchapter V Trustee*
*jtwhaley@jtwepa.net*

**Exhibit "A"**

Aneaka Ukah

Case 24-61070-bem

RE: Trustee  Subchapter V

| Date | Fees | Hours | Rate | |
|---|---|---|---|---|
| 10/21/2024 | Prepare and file Subchapter V Verified Statement | 0.30 | 410.00 | 123.00 |
| 10/21/2024 | T/C With UST Attorney Hinderleider RE; Scheduling IDI and #41 Meeting | 0.20 | 410.00 | 82.00 |
| 10/24/2024 | Review Pro Se deficiencies file on the docket | 0.20 | 410.00 | 82.00 |
| 10/25/2024 | Teams IDI _Debtor No Showed | 0.20 | 410.00 | 82.00 |
| 11/4/2024 | Review Statement of Financial Affairs and accompanying schedules | 0.80 | 410.00 | 328.00 |
| 11/4/2024 | Review Debtor's Balance Sheet And Statement Of Operations | 0.20 | 410.00 | 82.00 |
| 11/18/2024 | Review Debtor's Cash Flow Statement | 0.20 | 410.00 | 82.00 |
| 11/18/2024 | Email Debtor's Attorney for missing Debtor's income tax returns | 0.10 | 410.00 | 41.00 |
| 11/18/2024 | Attend telephonic Section 341 Meeting of Creditors (continued to 12/5/2024 @ 1600 hrs.) | 0.40 | 410.00 | 164.00 |
| 11/23/2024 | Review Debtor's Monthly Operating Report for October 2024. | 0.20 | 410.00 | 82.00 |
| 12/3/2024 | Attend virtual Status Conference (DA No show-cont.) | 0.50 | 410.00 | 205.00 |
| 12/4/2024 | Attend virtual IDI | 0.90 | 410.00 | 369.00 |
| 12/5/2024 | Review Debtor's Pre-Status Conference Report | 0.30 | 410.00 | 123.00 |
| 12/5/2024 | Attend telephonic Continued Section 341 Meeting of Creditors | 1.00 | 410.00 | 410.00 |
| 12/6/2024 | Email Debtor's Attorney for case update | 0.20 | 410.00 | 82.00 |
| 1/20/2025 | Review Debtor's Small Business Subchapter V Plan | 0.70 | 410.00 | 287.00 |
| 1/30/2025 | Review Creditor Motion to Extend Time to File Complaint to determine Dischargeability of Debt et al | 0.20 | 410.00 | 82.00 |
| 1/30/2025 | Review Consent Order on Motion to Extend Time to File Complaint to determine Dischargeability of Debt et al | 0.20 | 410.00 | 82.00 |
| 3/30/2025 | Review UST's Motion to Dismiss or Convert Case | 0.30 | 410.00 | 123.00 |
| 4/29/2025 | Attend Virtual Hearing on Motion to Dismiss. Reset to June 5 at 10:30 AM | 0.30 | 410.00 | 123.00 |
| 4/30/2025 | Review Creditor Francis Motion for Rule 2004 Examination of Debtor | 0.30 | 410.00 | 123.00 |
| 4/30/2025 | Review Amended Mo Ops Report for Jan, Feb, and Mar 2025 | 0.50 | 410.00 | 205.00 |
| 5/4/2025 | Review Consent Order on UST's Motion to Dismiss or Convert Case. | 0.20 | 410.00 | 82.00 |
| 5/15/2025 | Review Debtor Attorney's Motion to Withdraw from case. | 0.20 | 410.00 | 82.00 |
| 5/30/2025 | Review April 2025 Mo. Ops Report | 0.20 | 410.00 | 82.00 |
| 6/4/2025 | Email/TC Debtor's Attorney for case update | 0.30 | 410.00 | 123.00 |
| 6/7/2025 | Review Order Granting France's Motion for Rule 2004 Examination | 0.20 | 410.00 | 82.00 |
| 6/22/2025 | Review May 2025 monthly operating report | 0.20 | 410.00 | 82.00 |
| 6/30/2025 | Review Debtor's Motion to Authorize Payment of Prepetition Debt-Property Tax Lien | 0.30 | 410.00 | 123.00 |
| 7/20/2025 | Review Consent Order on Shepherds investors Joinder to UST Motion to Dismiss or Convert Case - Converted to Cpt 7 | 0.30 | 410.00 | 123.00 |
| 7/31/2025 | Email/ Telephone Chapter 7 Trustee to provide case update from my prospective. | 0.20 | 410.00 | 82.00 |
| 7/31/2025 | Prepare Fee Application (J Whaley) | 1.50 | 410.00 | 615.00 |
| 8/1/2025 | Prepare Fee Application and Hearing Notice (M Painter) | 2.50 | 150.00 | 375.00 |
| | **Total fees** | | | 5,213.00 |
| 8/1/2025 | Certificate of service fee | | | |
| | **Total expenses** | | | 81.31 |
| | **Total fees and expenses** | | | 5,294.31 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ANEAKA UKAH

CASE NO: 24-61070-bem

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
Judge: ELLIS-MONRO
Hearing Location: Courtroom 1402, U.S. Courthouse, 75 Ted
Turner Drrive, SW,Atlanta, GA 30303
Hearing Date: September 23, 2025
Hearing Time: 11:00 A.M.

On 8/1/2025, I did cause a copy of the following documents, described below,

NOTICE OF FINAL APPLICATION FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. §§ 330(a), 331, and 503(b), DEADLINE TO OBJECT, AND HEARING

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/1/2025

/s/ John T. Whaley
John T. Whaley  GACPA005942
Subchapter V Trustee
John T Whaley, CPA, LLC
P.O. Box 76362
ATLANTA, GA  30358
404 946 5272
trustee@jtwcpa.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ANEAKA UKAH

CASE NO: 24-61070-bem

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
Judge: ELLIS-MONRO
Hearing Location: Courtroom 1402, U.S. Courthouse, 75 Ted Turner Drrive, SW,Atlanta, GA 30303
Hearing Date: September 23, 2025
Hearing Time: 11:00 A.M.

On 8/1/2025, a copy of the following documents, described below,

NOTICE OF FINAL APPLICATION FOR COMPENSATION FOR SERVICES PURSUANT TO 11 U.S.C. §§ 330(a), 331, and 503(b), DEADLINE TO OBJECT, AND HEARING

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/1/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John T. Whaley
John T Whaley, CPA, LLC
P.O. Box 76362
ATLANTA, GA 30358

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113E1
CASE 24-61070-BEM
NORTHERN DISTRICT OF GEORGIA
ATLANTA
FRI AUG 1 11-23-33 EDT 2025

AARON MULLENIX
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

AARON STOGNER
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

ALLY BANK
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

ALLY BANK
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

ANDREW BERGMAN
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

ANDREW BONDARCZUK
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

AVERY  MIA FRANCIS
CO DOUGLAS TOZZI ESQ
150 E PONCE DE LEON AVE STE
DECATUR GA 30030-2543

MICHAEL J BARGAR
ROUNTREE LEITMAN KLEIN  GEER LLC
CENTURY PLAZA
2987 CLAIRMONT ROAD SUITE 350
ATLANTA GA 30329-4435

BENJAMIN LAW GROUP PC
1290 B STREET SUITE 301
HAYWARD CA 94541-2967

MAXWELL WILLIAM BOWEN
ROBL LAW GROUP
SUITE 250
3754 LAVISTA ROAD
TUCKER GA 30084-5623

BRENT A KRAMER
12121 WILSHIRE BOULEVARD
SUITE 300
LOS ANGELES CA 90025-1038

BRIAN WALTERS
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

CAIN HERNANDEZ
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

CARLOS ZOLLER
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

CHRISTOPHER NUESA
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

JONATHAN D CLEMENTS
KECK LEGAL LLC
DRUID CHASE - SUITE 115
2801 BUFORD HIGHWAY NE
ATLANTA GA 30329-2149

DEIDRA L MOOREFIELD
CO REGINALD SNYDER ESQ
1600 PARKWOOD CIRCLE
SUITE 200
ATLANTA GA 30339-2119

EDWARD BONDARCZUK
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

GREGORY D ELLIS
LAMBERTH CIFELLI ELLIS  NASON
STE 290
6000 LAKE FORREST DRIVE NW
ATLANTA GA 30328-5914

EMORY DECATUR
2701 NORTH DECATUR ROAD
DECATUR GA 30033-5918

MIA FRANCIS
KECK LEGAL
2801 BUFORD HWY NE
SUITE 115
ATLANTA GA 30329-2146

GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

MARIA XIMENA GOYZUETA PICKETT
1904 SENA ST 102
DENTON TX 76201-2576

ALAN HINDERLEIDER
OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD B RUSSELL FEDERAL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

IRS
CENTRALIZED INSOLVENCY OPERATI
PO BOX 7346
PHILADELPHIA PA 19101-7346

JANE PARK
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JOHN PORCHER
2250 DOCK LANE
ALEXANDRIA VA 22314-6258

JOSHUA MILLER
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

BENJAMIN R KECK
KECK LEGAL LLC
DRUID CHASE - SUITE 115
2801 BUFORD HIGHWAY NE
ATLANTA GA 30329-2149

LVNV FUNDING LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LIMA CAPITAL ONE LLC
CO LESLIE ERWIN ESQ
70 MACON ST
MCDONOUGH GA 30253-3221

MATTHEW BONDARCZUK
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

MAYSEN MOOREHEAD
KECK LEGAL LLC
2801 BUFORD HWY NE SUITE 115
ATLANTA GA 30329-2146

QUANTUM3 GROUP LLC AS AGENT FOR
CKS PRIME INVESTMENTS LLC
PO BOX 788
KIRKLAND WA 98083-0788

MICHAEL D ROBL
ROBL LAW GROUP LLC
SUITE 250
3754 LAVISTA ROAD
TUCKER GA 30084-5623

ROCKDALE COUNTY TAX COMMISSION
1096 WEST AVE
PO BOX 1497
CONYERS GA 30012-7597

SHEPHERDS LLC
LURIE  KRAMER
12121 WILSHIRE BOULEVARD
SUITE 300
LOS ANGELES CA 90025-1038

STEVE BONDARCZUK
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

TREVOR SCHMIDT
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

DEBTOR

ANEAKA UKAH
2564 TUCKER MILL RD
CONYERS GA 30094-3342

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DRIVE SW SUITE 600
ATLANTA GA 30303-3309

UNITED STATES TRUSTEE
362 RICHARD RUSSELL FEDERAL BUILDING
75 TED TURNER DRIVE SW
ATLANTA GA 30303-3315

WARREN UKAH
2564 TUCKER MILL RD SW
CONYERS GA 30094-3342

WILLIAM MARC SALSBERRY
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD SUITE 300
LOS ANGELES CA 90025-1038

CARLOS ZOLLER
CO LURIE  KRAMER
12121 WILSHIRE BOULEVARD
LOS ANGELES CA 90025-1123