

**IT IS ORDERED as set forth below:**

**Date: August 27, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **ANEAKA UKAH** | : | **CHAPTER 7** |
| | : | **(Subchapter V)** |
| | : | |
| **Debtor.** | : | **CASE NO. 24-61070-BEM** |
| | : | |

**ORDER GRANTING FINAL APPLICATION FOR COMPENSATION BY**
**SUBCHAPTER V TRUSTEE FOR ANEAKA UKAH**

On August 1, 2025, John T. Whaley, Chapter 11 Subchapter V Trustee, (the **"Applicant")** filed his initial _Final Application of Chapter 11 Subchapter V Trustee for Compensation for Services Pursuant to 11 U.S.C. § § 330(a), 331 and 503(b) in the case of Aneaka Ukah (the "**Application")** (Doc. No. 101) and Amended Final Application for Compensation (Doc. No. 102) on August 4, 2025, and filed Notice for the Deadline to Object and for Hearing (the "**Notice**") (Doc. No. 101 / No. 102)._ A hearing on the Application was scheduled for September 23, 2025, at 11:00 A.M. (the **"Hearing")**. The

docket reflects that a copy of the Application was served upon all parties-of-interest pursuant to the Third Amended and Restated General Order No. 24- 2018.

No party-in-interest filed an objection to the Application. Upon review of the Application and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds good cause exists to grant the requested relief in the Application.  Accordingly,

it is hereby **ORDERED** as follows:

- The Application Is **Granted.**

- The Applicant is allowed Interim compensation of $5213.00 for professional services rendered, and $81.31 for reimbursement of necessary costs and expenses incurred by Applicant in this proceeding from October 21, 2024 to August 1, 2025, for a total award of $5294.31.

- The Debtor is authorized to pay the applicant any unpaid portion of its services and expenses as set forth in the Application.

- This Order shall be effective immediately upon entry.

- The Court retains jurisdiction over all matters related to this Order.


**FUTHERED ORDERED,** that the Clerk of Court is directed to serve this Order on all parties pursuant to the Distribution List.


**-END OF ORDER-**


This Order Prepared and Presented by:

*/s/ John T Whaley*
John T Whaley
Chapter 11 Subchapter V Trustee
P.O. Box 76362
Atlanta, Ga. 30358
404-946-5272
jtwhaley@jtwcpa.net

## DISTRIBUTION LIST

Case Number: **24-61070-BEM**

John T. Whaley, CPA
Chapter 11 Subchapter V Trustee
P.O. Box 76362
Atlanta, Ga. 30358

Michael J. Barger
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

Alan Hinderleider
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Maxwell Wiliam Bowen
Robl Law Group
3754 Lavista Road, Suite 250
Tucker, GA 30084

Michael D. Robl
Robl Law Group LLC
3754 LaVista Road, Suite 250
Tucker, GA 30084

Aneaka Ukah
2564 Tucker Mill Rd
Conyers, GA 30094