**IT IS ORDERED as set forth below:**

**Date: September 17, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

ANEAKA UKAH,

     Debtor.

CASE NO. 24-61070-BEM

CHAPTER 7

**O R D E R**

This matter is before the Court on Michael D. Robl, Maxwell Bowen, and the Robl Law Group LLC's *Motion to Authorize Withdrawal by Counsel for Debtor* (the "Motion"). [Doc. 67]. The Motion was filed on May 14, 2025, and was denied on May 30, 2025, without prejudice to being renewed after an evidentiary hearing scheduled for June 5, 2025. [Doc. 79]. Movants now seek an order approving the Motion.

The procedures for withdrawing as counsel are set forth in BLR 9010-5. Under subsection (b)(1), the withdrawing attorney is required to provide the client with certain notices. Under subsection (b)(2), the motion must include a copy of the BLR 9010-5(b)(1) notice. The Motion here did not include a copy of the notice provided to Debtor. Additionally, the Motion and any prior notices provided to Debtor do not account for any activity or developments in the case

since the Motion was last considered more than three months ago. *See* BLR 9010-5(b)(1)(B), (E).

Accordingly, it is

ORDERED that the Court will take no further action on the Motion until it is

supplemented or amended to comply with BLR 9010-5 and to provide proper notice to Debtor.

**END OF ORDER**

**Distribution List**

Aneaka Ukah
2564 Tucker Mill Rd
Conyers, GA 30094

Maxwell William Bowen
Robl Law Group
Suite 250
3754 Lavista Road
Tucker, GA 30084

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza
2987 Clairmont Road, Suite 350
Atlanta, GA 30329