**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | &#124; |
| | &#124;   **CHAPTER 11** |
| | &#124;   **SUBCHAPTER V** |
| | &#124; |
| **ANEAKA UKAH,** | &#124;   **CASE NO. 24-61070-BEM** |
| | &#124; |
| **DEBTOR** | |

---

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *John T. Whaley*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. The case was dismissed with no plan confirmed and no plan payments made to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Date: September 26, 2025                              By: /s/ John T. Whaley
                                                                          Subchapter V Trustee

**UST Form 101-11(v)-NDR C**