

**IT IS ORDERED as set forth below:**


**Date: October 2, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | : | CASE NO. 24-61070-bem |
|  | : |  |
| ANEAKA UKAH, | : |  |
|  | : | CHAPTER 7 |
| DEBTOR. | : |  |
| _____ | : |  |
|  | : |  |
| ANDREW BERGMAN, ANDREW BONDARCZUK, | : |  |
| EDWARD BONDARCZUK, MATTHEW | : | CONTESTED MATTER |
| BONDARCZUK, STEVE BONDARCZUK, CAIN | : |  |
| HERNANDEZ, JOSHUA MILLER, AARON | : |  |
| MULLENIX, CHRISTOPHER NUESA, WILLIAM | : |  |
| MARC SALSBERRY, TREVOR SCHMIDT, | : |  |
| BRIAN WALTERS, JANE PARK, AARON STOGNER, | : |  |
| AND CARLOS ZOLLER, | : |  |
|  | : |  |
| Movants, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| ANEAKA UKAH, | : |  |
|  | : |  |
| Respondent. | : |  |
| _____ | : |  |

**CONSENT ORDER EXTENDING THE DEADLINE IN WHICH TO FILE A
COMPLAINT TO OBJECT TO DISCHARGE AND/OR DETERMINE
DISCHARGEABILITY OF CERTAIN DEBTS PURSUANT TO 11 U.S.C. SECTIONS
523 & 727**

On October 1st, 2025 Andrew Bergman, Andrew Bondarczuk, Edward Bondarczuk, Matthew Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron Mullenix, Christopher Nuesa, William Marc Salsberry, Trevor Schmidt, Brian Walters, Jane Park, Aaron Stogner, and Carlos Zoller  (hereinafter referred to as "Shepherds Investors")  filed a Motion to Extend the Deadline in Which to File a Complaint to Object to Discharge and/or Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. Sections 523 & 727 for the Shepherds Investors and/or Shepherds, LLC  to file such complaint though and including December 19, 2025 which is 60 days after the current deadline of October 20, 2025.  The parties as evidenced by their signatures of counsel below have consented to the entry of this order which the court finds proper. Accordingly, it is hereby

ORDERED that the time in which the Shepherds Investors and/or Shepherds, LLC  may file a complaint seeking a determination as to the dischargeability of claims against Aneaka Ukah (the "Debtor") pursuant to 523 or objecting to Debtor's discharge pursuant to 727 is extended through and including December 19, 2025.

**END OF DOCUMENT**

**[SIGNATURES AND BLR LIST ON FOLLOWING PAGE]**

**Prepared and presented by:**

By:    */s/ Gregory D. Ellis*
      Gregory D. Ellis
      Georgia Bar No. 245310
      gellis@lcenlaw.com
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
P: (404) 262-7373
*Attorneys for Shepherds Investors*

**Consented to:**

By:    */s/ Michae; D. Robl*
*Signed with express permission*
      Michael D. Robl
      Georgia Bar No. 610905
      michael@roblgroup.com
Robl Law Group, LLC
3754 Lavista Road, Suite 250
Tucker, GA 30084
P: (404) 375-5153
*Attorneys for Debtor*

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

Gregory D. Ellis, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 290, Atlanta, GA  30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Michael D. Robl, Robl Law Group, LLC, 3754 Lavista Road, Suite 250, Tucker, GA 30084

Aneaka Ukah, 2564 Tucker Mill Rd, Conyers, GA 30094