**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | |
| **ANEAKA UKAH,** | **CASE NO. 24-61070-BEM** |
| **Debtor.** | **CHAPTER 7** |

**CONSENT MOTION OF MIA FRANCIS**
**FOR EXTENSION OF DEADLINE TO FILE COMPLAINT TO**
**DETERMINE DISCHARGEABILITY OF DEBT AND/OR DISCHARGE**

Comes now Mia Francis ("**Francis**"), and files this Motion for Extension of Deadline to File Complaint to Determine Dischargeability of Debt and/or Discharge, seeks entry of an order substantially in the form annexed hereto as **Exhibit A**, and in support thereof, respectfully represents as follows:

1.     Francis is a creditor of Aneaka Ukah (the "**Debtor**") with a claim based on a judgment lien.

2.     The parties are investigating matters which may affect the dischargeability of the indebtedness owed to her and/or the Debtor's ability to obtain a discharge. The investigation is ongoing and requires further inquiry.

3.     Depending on facts discovered from the investigation, it may be appropriate for Francis to bring an action to declare the indebtedness owing to Francis nondischargeable and/or to bring a complaint objecting to Debtor's discharge in this case.

4.     The meeting of creditors in this case has been continued to October 24, 2025. Counsel for Francis has not yet had an opportunity to examine the Debtor during the meeting of creditors and the deadline to object to discharge or dischargeability is October 20, 2025.

5. Counsel for Francis has communicated with counsel for the Debtor who has consented to the relief requested herein.

WHEREFORE, Francis requests this Court enter an order extending the time within which she may file a Complaint objecting to the dischargeability of the debt owing to her under Section 523 of the Bankruptcy Code, and/or to the discharge of the Debtor's debts generally under Section 727 of the Bankruptcy Code, for approximately 60 days, through and including December  1, 2025.[1]

Dated: October 9, 2025                              Respectfully Submitted,


**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No 130051
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
***Counsel for Mia Francis***


***Consented to by:***

**ROBL LAW GROUP LLC**
*/s/ Michael D.  Robl*
*Signed with express permission*
Michael Robl. Esq, Ga Bar. No. 610905
3754 Lavista Road, Suite 250
Tucker, Ga 30084
Tel. (404) 373-5153
michael@roblgroup.com
***Counsel for Debtor***

---

[1] The sixtieth day falls on a Sunday, November 30, 2025.  The new proposed deadline is the first business day immediately thereafter.

-2-

**Exhibit A**
**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**In Re:**

**ANEAKA UKAH,**

    **Debtor.**

**CASE NO. 24-61070-BEM**

**CHAPTER 7**

**CONSENT ORDER GRANTING MOTION OF**
**MIA FRANCIS FOR EXTENSION OF DEADLINE TO FILE COMPLAINT TO**
**DETERMINE DISCHARGEABILITY OF DEBT AND/OR DISCHARGE**

On October 09,  2025, Mia Francis ("**Francis**"), by and through Francis' counsel, filed a

Consent Motion for Extension of Deadline to File Complaint to Determine Dischargeability of

Debt and/or Discharge [Doc. __] (the "**Motion**").  The Motion seeks to extend the time within

which Francis may file a complaint objecting to the dischargeability of debt pursuant to 11

U.S.C. § 523 or to the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 727. The

Debtor, by and through Debtor's counsel, has consented to the entry of this Order extending the time requested by Mia Francis.  Therefore, it is hereby

ORDERED that the time within which Mia Francis may file a complaint objecting to the dischargeability of debt pursuant to 11 U.S.C. § 523 or to the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 727 is hereby extended through and including December 1, 2025.

**[END OF ORDER]**

**Prepared and presented by:**

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No 130051
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
***Counsel for Mia Francis***

**Consented to by:**

**ROBL LAW GROUP LLC**
*/s/ Michael D.  Robl*
Michael Robl. Esq, Ga Bar. No. 610905
3754 Lavista Road, Suite 250
Tucker, Ga 30084
Tel. (404) 373-5153
michael@roblgroup.com
***Counsel for Debtor***

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I filed the foregoing pleading using the Court's CM/ECF system, which generates an electronic notice thereof to all parties registered to receive notices thereby.

Dated: October 9, 2025                                    KECK LEGAL, LLC

                                                          /s/ Jonathan Clements
                                                          Jonathan Clements, Ga. Bar No 130051
                                                          2801 Buford Hwy NE, Suite 115
                                                          Atlanta, GA 30329
                                                          Tel. (470) 826-6020
                                                          jclements@kecklegal.com
                                                          **Counsel for Mia Francis**