**IT IS ORDERED as set forth below:**

**Date: October 14, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**In Re:**

**ANEAKA UKAH,**

    **Debtor.**

**CASE NO. 24-61070-BEM**

**CHAPTER 7**

**CONSENT ORDER GRANTING MOTION OF**
**MIA FRANCIS FOR EXTENSION OF DEADLINE TO FILE COMPLAINT TO**
**DETERMINE DISCHARGEABILITY OF DEBT AND/OR DISCHARGE**

On October 09, 2025, Mia Francis ("**Francis**"), by and through Francis' counsel, filed a

Consent Motion for Extension of Deadline to File Complaint to Determine Dischargeability of

Debt and/or Discharge [Doc. 112] (the "**Motion**").  The Motion seeks to extend the time within

which Francis may file a complaint objecting to the dischargeability of debt pursuant to 11

U.S.C. § 523 or to the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 727. The

Debtor, by and through Debtor's counsel, has consented to the entry of this Order extending the

time requested by Mia Francis.  Therefore, it is hereby

ORDERED that the time within which Mia Francis may file a complaint objecting to the

dischargeability of debt pursuant to 11 U.S.C. § 523 or to the Debtor's entitlement to a discharge

pursuant to 11 U.S.C. § 727 is hereby extended through and including December 1, 2025.

**[END OF ORDER]**

**Prepared and presented by:**

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No 130051
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
**Counsel for Mia Francis**

**Consented to by:**

**ROBL LAW GROUP LLC**
*/s/ Michael D.  Robl*
Michael Robl. Esq, Ga Bar. No. 610905
3754 Lavista Road, Suite 250
Tucker, Ga 30084
Tel. (404) 373-5153
michael@roblgroup.com
**Counsel for Debtor**

## DISTRIBUTION LIST

Aneaka Ukah
2564 Tucker Mill Rd
Conyers, GA 30094

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW,
Atlanta, GA 30303

Michael D. Robl
Robl Law Group, LLC
3754 Lavista Road, Suite 250
Tucker, GA 30084

Keck Legal, LLC
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329