Maria Ximena Goyzueta Pickett
1904 Sena Street
Unit 102
Denton, TX 76201

Filed in U.S Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

OCT 2 1 2025

By: _____
           Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRIC OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 24-61070-bem |
| ANEAKA UKAH, A/K/A ANEAKA NECOLE ENGLISH, A/K/A ANEAKA ENGLISH | CHAPTER 7 |
| Debtor. | |

## CONSENT MOTION TO EXTEND THE DEADLINE TO FILE A COMPLAINT TO OBJECT TO DISCHARGE AND/OR DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS PURSUANT TO 11 U.S.C. SECTIONS 523 AND 527

Comes now, Maria Ximena Goyzueta Pickett - acting pro se – in the above captioned case (hereinafter referred to as "Movant"), and files this Consent Motion to Extend the Deadline to File a Complaint to Object to Discharge and/or Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. Sections 523 and 527, and seeks entry of an order substantially in the form attached as Exhibit A, and in support thereof, respectfully represents the following:

1. Movant is a creditor of Aneaka Ukah ("Debtor") with a claim based on a valid, liquidated, and undisputed prepetition claim with a judgement lien.

2. On October 18, 2024, the Debtor filed a voluntary Chapter 11 petition as an individual under Subchapter V with supporting Official Forms and Schedules.

3. On July 18, 2025, a consent order was entered that converted the Debtor's Chapter 11 case to a Chapter 7 case.

4. In the Chapter 7 case, the first 341 meeting of creditors was held on August 20, 2025, and established a deadline for objecting to Debtor's discharge and/or dischargeability of debt of October 20, 2025.

5. The initial 341 meeting of creditors was continued to September 19, 2025, and continued again to October 24, 2025, with debtor responsible for the submission of various documents including 2023 and 2024 federal income tax returns, bank records, accounting records, and real-estate transaction records to this Court. Movant is investigating matters which may affect the dischargeability of the

1

indebtedness owed to her and/or Debtor's ability to obtain a discharge and requires these records to further the investigation.

6. Depending upon the facts discovered in these materials and information obtained during the next 341meeting of creditors, it may be appropriate for Movant to bring an action to declare the indebtedness owing to Movant non-dischargeable and/or to bring a complaint objecting to Debtor's discharge in this case.

7. On September 19, 2025, during the 341 meeting of creditors, the Debtor, by and through her attorney Michael Robl, did consent to the entry of an order extending the deadlines. This deadline was noted as "until and including December 19, 2025," as reflected in another creditor's motion in (Document 108), granted (Document 109), and then considered for further extension in the Trustee's motion (Document 116) through January 17, 2026.

WHEREFORE, Movant requests this Court enter an order extending the time within which she may file a complaint to object to discharge and/or determine dischargeability of certain debts pursuant to 11 U.S.C. Sections 523 and 527 for 90 days through and including January 17, 2026; and that the Court grant such other relief as is just and proper.

8. **Attachments**.
   a. Exhibit A – Proposed Consent Order

Dated this 17th day of October 2025.

Respectfully submitted,

/s/ Maria Ximena Goyzueta Pickett
By: Maria Ximena Goyzueta Pickett
1904 Sena St. Unit 102
Denton, TX 76201

2

**Exhibit A**
Proposed Consent Order

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRIC OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | Case No. 24-61070-bem |
| ANEAKA UKAH, A/K/A ANEAKA NECOLE ENGLISH, A/K/A ANEAKA ENGLISH | CHAPTER 7 |
| Debtor. | |

**CONSENT ORDER GRANTING MOTION OF MARIA XIMENA GOYZUETA PICKETT FOR EXTENSION OF DEADLINE TO FILE A COMPLAINT TO OBJECT TO DISCHARGE AND/OR DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS PURSUANT TO 11 U.S.C. SECTIONS 523 AND 527**

On October 17, 2025, Maria Ximena Goyzueta Pickett - acting pro se – in the above captioned case (hereinafter referred to as "Movant"), filed a Consent Motion to Extend the Deadline to File a Complaint to Object to Discharge and/or Determine

Dischargeability of Certain Debts Pursuant to 11 U.S.C. Sections 523 and 527, [Doc.___] (the "Motion"). The Motion seeks to extend the time within which Movant may file a complaint to object to the discharge and/or dischargeability of debt pursuant to 11 U.S.C. Sections 523 and 527. The Debtor, by and through Debtor's counsel, has consented to the entry of this Order extending the time to Movants and the Trustee. Therefore, it is hereby:

ORDERED that the time within which Maria Ximena Goyzueta Pickett may file a complaint objecting to the discharge and/or dischargeability of debt pursuant to 11 U.S.C. Sections 523 and 527 is hereby extended through and including January 17, 2026.

**[END OF ORDER]**

Prepared ad presented by:

/s/ Maria Ximena Goyzueta Pickett
By: Maria Ximena Goyzueta Pickett
1904 Sena St. Unit 102
Denton, TX 76201

Maria Ximena Goyzueta Pickett
1904 Sena Street
Unit 102
Denton, TX 76201

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRIC OF GEORGIA
## ATLANTA DIVISION

IN RE:

ANEAKA UKAH, A/K/A ANEAKA NECOLE
ENGLISH, A/K/A ANEAKA ENGLISH

            Debtor.

Case No. 24-61070-bem

CHAPTER 7

### CERTIFICATE OF SERVICE

This is to certify that I have on this day served a true and correct copy of the Consent Motion to Extend the Deadline to File a Complaint to Object to Discharge and/or Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. Sections 523 and 527 by:

Electronic Mail:

Michael D. Robl, Attorney for the Debtor, michael@roblgroup.com
Maxwell Bowen, Attorney for the Debor. max@roblgroup.com
Alan Hinderleider, Office of the United States Trustee, alan.hinderleider@usdoj.gov
Michael J. Bargar, Chapter 7 Trustee, mbargar@rlkglaw.com

U.S. Mail:

By depositing said document(s) in the United States Mail, Priority Mail service, with postage fully prepaid, addressed as set forth below.

Michael D. Robl
Robl Law Group LLC
3750 Lavista Road, Suite 250
Tucker, GA 30084

Bankruptcy Clerk
United States Bankruptcy Court
Suite 1340
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Aneaka Ukah
2564 Tucker Mill Rd.
Conyers, GA 30094

Executed this 17th day of October 2025.

/s/ Maria Ximena Goyzueta Pickett
By: Maria Ximena Goyzueta Pickett
1904 Sena St. Unit 102
Denton, TX 76201



FLAT RATE ENVELOPE
ANY WEIGHT

PACKED ■ INSURED

U.S. Marshals Service
Atlanta, GA 30303

CLEARED DATE

EP14F July 2022

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY MAIL** ®

**USPS APIs**

usps.com

US POSTAGE

U.S. POSTAGE PAID

**P**

1 lb 2 oz   Mailed from 76203

**PRIORITY MAIL®**

UNIVERSITY OF NORTH TEXAS
1155 UNION CIR RM 112
DENTON TX 76203-5017

Created: 10/17/2025

RDC 03



BANKRUPTCU CLERK
75 TED TURNER DR SW STE 1340
ATLANTA GA 30303-3329

**USPS TRACKING # USPS Ship**



9205 5902 2008 6404 7858 39



VISIT US AT USPS.COM

RMLY TO SEAL



PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# UNITED STATES
# POSTAL SERVICE®

# PRIORITY®
# MAIL

FROM:

Proditt
1904 Jones St
#102, Tx 76111
Pewton, Tx 76111

delivery date specified for domestic use.

shipments include $100 of insurance (restrictions apply).*

icking® service included for domestic and many international destinations.

iternational insurance.**

ed internationally, a customs declaration form is required.

es not cover certain items. For details regarding claims exclusions see the
Manual at *http://pe.usps.com.*

tional Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

TO:

Bankruptcy Clerk
United States Bankruptcy Court
Suite 1340

tal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
al law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.



RATE ENVELOPE