

**IT IS ORDERED as set forth below:**


**Date: November 25, 2025**



_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 24-61070-BEM |
| | : | |
| ANEAKA UKAH, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR TRUSTEE AND
UNITED STATES TRUSTEE TO OBJECT TO DEBTOR'S DISCHARGE**

On October 15, 2025, Michael J. Bargar, as Chapter 7 trustee ("**Trustee**") for the

bankruptcy estate (the "**Bankruptcy Estate**") of Aneaka Ukah ("**Debtor**") filed *Trustee's Motion*

*to Extend Deadline for Trustee and United States Trustee to Object to Debtor's Discharge* [Doc.

No. 116] (the "**Motion**") and related papers with the Court seeking an order extending the deadline

for Trustee and the United States Trustee to file a complaint objecting to Debtor's discharge for

90 days, through and including January 17, 2026.

Also on October 15, 2025, Trustee filed a notice (the "**Notice**"), among other things, setting

the Motion for hearing on November 18, 2025 (the "**Hearing**"). [Doc. No. 117]. Counsel for

1

Trustee certifies that he served the Motion and Notice on the requisite parties in interest, including Debtor. [Doc. No. 117].

Counsel for Debtor has consented to the relief sought in the Motion.

The Court having considered the Motion and the entire record in this bankruptcy case; no opposition to the Motion having been presented; and, for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**: the deadline for Trustee or the United States Trustee to file a complaint objecting to Debtor's discharge is extended through and including January 17, 2026.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ROUNTREE LEITMAN KLEIN & GEER, LLC

By:____*/s/ Michael J. Bargar*_____
Michael J. Bargar
Georgia Bar No. 645709
mbargar@rlkglaw.com
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220
*Attorneys for Trustee*

**Consented to:**

ROBL LAW GROUP
By:____*/s/ Michael D. Robl*_____
Michael D. Robl
Georgia Bar No. 610905
michael@roblgroup.com
3754 Lavista Road, Suite 250
Tucker, Georgia 30084
Direct Dial: (404) 373-5153
*Attorneys for Debtor*

2

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303


Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Michael D. Robl
Robl Law Group
3754 Lavista Road, Suite 250
Tucker, Georgia 30084