**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | |
| **ANEAKA UKAH,** | **CASE NO. 24-61070-BEM** |
| **Debtor.** | **CHAPTER 7** |

**MOTION OF MIA FRANCIS FOR EXTENSION**
**OF DEADLINE TO FILE COMPLAINT TO DETERMINE**
**DISCHARGEABILITY OF DEBT AND/OR DISCHARGE**

Comes now Mia Francis ("**Francis**"), and files this Motion for Extension of Deadline to File Complaint to Determine Dischargeability of Debt and/or Discharge, seeks entry of an order substantially in the form annexed hereto as **Exhibit A**, and in support thereof, respectfully represents as follows:

1.      Francis is a creditor of Aneaka Ukah (the "**Debtor**") with a claim based on a judgment lien.

2.      The parties are investigating matters which may affect the dischargeability of the indebtedness owed to her and/or the Debtor's ability to obtain a discharge. As more specifically set forth herein, the investigation is ongoing and requires further inquiry.

3.      Depending on facts discovered from the investigation, it may be appropriate for Francis to bring an action to declare the indebtedness owing to Francis nondischargeable and/or to bring a complaint objecting to Debtor's discharge in this case.

4.      Due to time constraints at previous meetings of creditors, Counsel for Francis was unable to question the Debtor at the meeting of creditors until the October 24, 2025 continued meeting.  The Debtor was unable to recall the answers to questions asked by Counsel for Francis related to the debt owed to Francis. However, the Debtor offered to voluntarily

produce documents for review by Counsel for Francis which would provide clarity on these questions.

5.    Currently, the deadline for Francis to object to dischargeability and/or discharge is December 1, 2025 (the "**Discharge Deadline**").  If this deadline is not extended, Francis would be forced to file a complaint.

6.    Since conversion to chapter 7, the Court has extended this deadline once. This is the second request filed by Francis since the case was converted to chapter 7.

7.    Rule 4004(b)(1)of the Federal Rules of Bankruptcy Procedure provides that "[o]n a motion of any party in interest, after notice and hearing, the court may for cause extend the time to object to discharge." Fed. R. Bankr. P. 4004(b)(1).

8.    Here, Francis is a creditor of the Debtor, and therefore a party in interest. Cause exists to extend the Discharge Deadline in that Counsel for Francis was unable to question the Debtor until the October 24, 2025 meeting of creditors. The Debtor was unable to recall the answers to questions Counsel for Francis asked of her, but offered to provide documentation that would provide clarity. This extension would permit the Debtor time to produce the documents she offered to provide in the October 24, 2025 meeting of creditors, and provide Counsel for Francis adequate time to review them.

WHEREFORE, Francis respectfully requests this Court enter an order extending the time within which she may file a Complaint objecting to the dischargeability of the debt owing to her under Section 523 of the Bankruptcy Code, and/or to the discharge of the Debtor's debts generally under Section 727 of the Bankruptcy Code, for approximately 45 days, through and including January 15, 2026.

Dated: December 1, 2025 Respectfully Submitted,

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No 130051
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
***Counsel for Mia Francis***

**<u>Exhibit A</u>**
**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | |
| **ANEAKA UKAH,** | **CASE NO. 24-61070-BEM** |
| **Debtor.** | **CHAPTER 7** |

**ORDER GRANTING MOTION OF MIA FRANCIS**
**FOR EXTENSION OF DEADLINE TO FILE COMPLAINT TO**
**<u>DETERMINE DISCHARGEABILITY OF DEBT AND/OR DISCHARGE</u>**

On December 1, 2025, Mia Francis ("**Francis**"), by and through Francis' counsel, filed a

Motion for Extension of Deadline to File Complaint to Determine Dischargeability of Debt

and/or Discharge [Doc. __] (the "**Motion**").  The Motion seeks to extend the time within which

Francis may file a complaint objecting to the dischargeability of debt pursuant to 11 U.S.C.

§ 523 or to the Debtor's entitlement to a discharge pursuant to 11 U.S.C. § 727. Based on the

facts set forth in the Motion, it appears that good cause exists for granting the relief requested

therein.  Accordingly, it is hereby

ORDERED that the time within which Mia Francis may file a complaint objecting to the

dischargeability of debt pursuant to 11 U.S.C. § 523 or to the Debtor's entitlement to a discharge

pursuant to 11 U.S.C. § 727is hereby extended through and including January 15, 2026.

**[END OF ORDER]**

**Prepared and presented by:**

**KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Benjamin R. Keck, Ga. Bar No. 943504
Jonathan Clements, Ga. Bar No 130051
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
bkeck@kecklegal.com
jclements@kecklegal.com
***Counsel for Mia Francis***

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I filed the foregoing pleading using the Court's

CM/ECF system, which generates an electronic notice thereof to all parties registered to receive

notices thereby.

Dated: December 1, 2025                    **KECK LEGAL, LLC**

*/s/ Jonathan Clements*
Jonathan Clements, Ga. Bar No 130051
2801 Buford Hwy NE, Suite 115
Atlanta, GA 30329
Tel. (470) 826-6020
jclements@kecklegal.com
***Counsel for Mia Francis***