IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-61070-bem |
| | : | |
| ANEAKA UKAH, | : | |
| | : | CHAPTER 7 |
| DEBTOR. | : | |
| | : | |
| _____ | : | |
| | : | |
| ANDREW BERGMAN, ANDREW BONDARCZUK, | : | |
| EDWARD BONDARCZUK, MATTHEW | : | CONTESTED MATTER |
| BONDARCZUK, STEVE BONDARCZUK, CAIN | : | |
| HERNANDEZ, JOSHUA MILLER, AARON | : | |
| MULLENIX, CHRISTOPHER NUESA, WILLIAM | : | |
| MARC SALSBERRY, TREVOR SCHMIDT, | : | |
| BRIAN WALTERS, JANE PARK, AARON STOGNER, | : | |
| AND CARLOS ZOLLER, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| ANEAKA UKAH, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

## NOTICE OF MOTION
### TO EXTEND THE DEADLINE IN WHICH TO FILE A COMPLAINT
### TO OBJECT TO DISCHARGE AND/OR DETERMINE DISCHARGEABILITY
### OF CERTAIN DEBTS PURSUANT TO 11 U.S.C. SECTIONS 523 & 727

**PLEASE TAKE NOTICE** that on December 9, 2025 Andrew Bergman, Andrew Bondarczuk, Edward Bondarczuk, Matthew Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron Mullenix, Christopher Nuesa, William Marc Salsberry, Trevor Schmidt, Brian Walters, Jane Park, Aaron Stogner, and Carlos Zoller (hereinafter referred to as "Shepherds Investors") has filed their *Motion to Extend the Deadline in Which to File a Complaint to Object to Discharge and/or Determine Dischargeability of Certain Debts Pursuant To 11 U.S.C. Sections 523 & 727.*[1]

---

[1] The Motion is on file with the Clerk of the Court at the address set forth below and is available for review between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov

In the Motion, the Shepherds Investors seek an order (i) extending the deadline within which Shepherds Investors and/or Shepherds, LLC may file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. Section 727 and/or seeking a determination as to the dischargeablility of the Debtor's obligations to the Shepherds Investors and/or Shepherds. LLC pursuant to 11 U.S.C. Section 523, through and including March 19, 2026.

Pursuant to the *Fifth Amended and Restated General Order No. 24-2018*, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive Street, SW, Atlanta, Georgia 30303, and serve a copy on Gregory D. Ellis, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, NW, Suite 290, Atlanta, GA 30328, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:00 A. M**. on **January 13, 2026** in **Courtroom 1402,** United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303, which must be attended in person, unless the Court orders otherwise.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: December 9, 2025

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Counsel for Shepherds Investors*

By: /s/ *Gregory D Ellis*
    Gregory D. Ellis
    Georgia Bar No. 245310
    gellis@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, Georgia 30328
(404) 262-7373
(404) 262-9911 (facsimile)

---

(registered users) or at http://pacer.psc.uscourts.gov (unregistered users) or a copy may be obtained from counsel for the Shepherds Investors above.

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Motion to Extend the Deadline in Which to File a Complaint to Object to Discharge and/or Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. Sections 523 & 727* using the Bankruptcy Court's Electronic Case Filing program,   which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Michael J. Bargar**     mbargar@rlkglaw.com, GA67@ecfcbis.com

**Michael J. Bargar**     mbargar@rlkglaw.com, emiller@rlkglaw.com;wmatthews@rlkglaw.com;mbargar@ecf.courtdrive.com;emillerrlkg@ecf.courtdrive.com

**Maxwell William Bowen**     max@roblgroup.com

**Jonathan D Clements**     jclements@kecklegal.com

**Alan Hinderleider**     Alan.Hinderleider@usdoj.gov

**Benjamin R Keck**     bkeck@kecklegal.com, 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com

**Maysen Moorehead**     mmoorehead@kecklegal.com

**Michael D. Robl**     michael@roblgroup.com, max@roblgroup.com,dbridges@roblgroup.com

**John T. Whaley**     trustee@jtwcpa.net, jtwhaley@jtwcpa.net

I further certify that on this day I caused a copy of the foregoing to be served via United States First Class Mail, with adequate postage affixed thereto to the following party set forth below, at the address shown:

Aneaka Ukah
2564 Tucker Mill Rd,
Conyers, GA 30094

Dated: December 9, 2025

/s/ *Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
gellis@lcenlaw.com

6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA  30328
(404) 262-7373