**IT IS ORDERED as set forth below:**

**Date: January 7, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

ANEAKA UKAH,

Debtor.

CASE NO. 24-61070-BEM

CHAPTER 7

**O R D E R**

This matter is before the Court on the request of Maria Ximena Goyzueta Pickett to attend the January 13, 2026 hearing in this case by telephone. [Doc. 131]. It is ORDERED that the request is GRANTED, and Ms. Pickett may attend the hearing through the Court's virtual hearing room. Information for appearing virtually or telephonically is available on Judge Ellis-Monro's webpage at https://www.ganb.uscourts.gov/content/honorable-barbara-ellis-monro-chief-judge under the "Virtual Hearings" tab.

**END OF ORDER**

**<u>Distribution List</u>**

Aneaka Ukah
2564 Tucker Mill Rd
Conyers, GA 30094

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

Maria Ximena Goyzueta Pickett
651 N. Watters Rd
Apt 8402
Allen, TX 75013