

**IT IS ORDERED as set forth below:**

**Date: January 14, 2026**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:

ANEAKA UKAH,

      Debtor.

CASE NO. 24-61070-BEM

CHAPTER 7

### O R D E R

The *Motion of Mia Francis for Extension of Deadline to File Complaint to Determine Dischargeability of Debt and/or Discharge* [Doc. 125] was scheduled for hearing on January 13, 2026. At the call of the calendar, Debtor did not appear and did not otherwise file a response, and the Motion is deemed unopposed. Accordingly, it is

ORDERED that the Motion is GRANTED and the deadline for Mia Francis to file a complaint to determine dischargeability of a debt or to object to discharge is extended through and including **January 15, 2026**.

### END OF ORDER

**<u>Distribution List</u>**

Aneaka Ukah
2564 Tucker Mill Rd
Conyers, GA 30094

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Maxwell William Bowen
Robl & Bowen LLC
Suite 250
3754 Lavista Road
Tucker, GA 30084

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

Jonathan D Clements
Keck Legal, LLC
Druid Chase - Suite 115
2801 Buford Highway NE
Atlanta, GA 30329