**IT IS ORDERED as set forth below:**

**Date: January 14, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

ANEAKA UKAH,

CASE NO. 24-61070-BEM

Debtor.

CHAPTER 7

**O R D E R**

Maria Ximena Goyzueta Pickett's _Consent Motion to Extend the Deadline to File a Complaint to Objection to Discharge and/or Determine Dischargeability of Certain Debts_ [Doc. 120] was scheduled for hearing on January 13, 2026. At the call of the calendar, Debtor did not appear and did not otherwise file a response, and the Motion is deemed unopposed. Accordingly, it is

ORDERED that the Motion is GRANTED and the deadline for Maria Ximena Goyzueta Pickett to file a complaint to determine dischargeability of a debt or to object to discharge is extended through and including **January 19, 2026**.

**END OF ORDER**

**Distribution List**

Aneaka Ukah
2564 Tucker Mill Rd
Conyers, GA 30094

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Maxwell William Bowen
Robl & Bowen LLC
Suite 250
3754 Lavista Road
Tucker, GA 30084

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

Maria Ximena Goyzueta Pickett
1904 Sena St. Unit 102
Denton, TX 76201