UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 24-61070-BEM |
| | : | |
| ANEAKA UKAH, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**NOTICE OF TRUSTEE'S SECOND MOTION TO EXTEND DEADLINE FOR
TRUSTEE AND UNITED STATES TRUSTEE TO OBJECT TO DEBTOR'S
DISCHARGE; DEADLINE TO OBJECT; AND FOR HEARING**

**PLEASE TAKE NOTICE** that on January 15, 2026, Michael J. Bargar, as Chapter 7 trustee

("**Trustee**") for the bankruptcy estate Aneaka Ukah ("**Debtor**"), filed *Trustee's Second Motion to*

*Extend Deadline for Trustee and United States Trustee to Object to Debtor's Discharge* [Doc. No. 140]

(the "**Motion**"), seeking, among other things,[1] an order from the Court extending the deadline for

Trustee and the United States Trustee to object to Debtor's discharge through and including April 17,

2026.

Pursuant to the Fifth Amended and Restated General Order No. 24-2018, the Court may

consider these matters without further notice or a hearing if no party in interest files a response or

objection within twenty-one (21) days from the date of service of this notice (the "**Objection**

**Deadline**"). **If you object to the relief requested in the Motion, you must timely file your**

**objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75

Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael

J. Bargar, Rountree Leitman Klein & Geer LLC, Century Plaza I, 2987 Clairmont Road, Suite 350,

Atlanta, Georgia 30329, and any other appropriate persons by the objection deadline. The response or

---

[1] The following is meant only as a summary of the relief requested in the Motion. To the extent that
the terms of this notice and the terms of the Motion conflict, the terms of the Motion shall control.

1

objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for November 18, 2025. **The Court will hold a hearing on the Motion at 10:00 a.m. (ET) on February 10, 2026, in Courtroom 1402, United States Bankruptcy Court, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303**, which must be attended in person, unless the Court orders otherwise.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: January 15, 2026.

ROUNTREE LEITMAN KLEIN & GEER LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
　　　Michael J. Bargar
Century Plaza I　　　　　　　　　Georgia Bar No. 645709
2987 Clairmont Road, Suite 350　　　mbargar@rlkglaw.com
Atlanta, GA 30329
404-410-1220

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the forgoing *Notice of Trustee's Second Motion to Extend Deadline for Trustee and United States Trustee to Object to Debtor's Discharge; Deadline to Object; and for Hearing* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class United States Mail to the following persons at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Aneaka Ukah
2564 Tucker Mill Rd.
Conyers, GA 30094

Michael D. Robl
Maxwell William Bowen Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

This 15th day of January, 2026.

By: */s/ William D. Matthews*
William D. Matthews
Ga. Bar No. 470865

1