**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:                                           Chapter 11, Subchapter V

ANEAKA UKAH,                                      Case No. 24-61070-BEM

                                    Debtor.

## MOTION TO AUTHORIZE WITHDRAWAL BY COUNSEL FOR DEBTOR

NOW COME Michael D. Robl, Maxwell Bowen, and the Robl Law Group LLC (collectively, "Counsel"), legal counsel for Aneaka Ukah ("Debtor") in Debtor's above-captioned bankruptcy case (the "Bankruptcy Case"), pursuant to United States Bankruptcy Court, Northern District of Georgia, Local Rule 9010-5, and move the Court to authorize Counsel's withdrawal as counsel for Debtor, respectfully showing the Court as follows:

1.      Counsel wishes to withdraw as counsel for Debtor in the Bankruptcy Case, as well as any and all affiliated adversary proceedings and contested matters initiated within the Bankruptcy.

2.      Counsel previously gave notice to Debtor of Counsel's intent to withdraw more than fourteen (14) days prior to filing this Motion.

3.      No contested matters and adversary proceedings are pending other than the following:

   a.   Avery and Mia Francis filed an adversary proceeding designated as Adversary No. 26-05010, which seeks to deny Debtor's discharge.  Counsel for Avery and Mia Francis is Ben Keck, Esq., Keck Legal LLC, 2801 Buford Highway NE, Suite 115, Atlanta, Georgia 30329; email: bkeck@kecklegal.com.  No matters are scheduled for hearing or trial in that adversary proceeding.

   b.   Andrew Bergman, Andrew Bondarczuk, Edward Bondarczuk, Matthew Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron Mullenix, Christopher

1

Nuesa, Jane Park, William Marc Salsberry, Trevor Schmidt, Aaron Stogner, Brian Walters, and Carlos Zoller filed a *Motion to Extend Time to Object to Debtor's Discharge and Dischargeability of Debt.* Those parties are represented by Gregory D. Ellis, Esq., Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, NW, Suite 290, Atlanta, GA 30328; phone: 404-495-4485; email: gellis@lcenlaw.com. A hearing to be held on that motion on 4/14/2026 at 10:00 AM in Courtroom 1402, Richard Russel federal building.

4. Debtor has been advised of all information required by the Court's local rules, including that:

a. The Clerk of Court for the Bankruptcy Court of the Northern District of Georgia, Atlanta Division can be contacted at:

> United Stated Bankruptcy Court Clerk of Court
> 75 Ted Turner Drive, SW, Room 1340
> Atlanta, Georgia 30303
> Tel: (404) 215-1000

b. The Bankruptcy Court for the Northern District of Georgia retains jurisdiction of the above-referenced Bankruptcy Case, and any related adversary proceedings, and contested matters;

c. If Counsel's withdrawal is permitted:

i. The Debtor will have the obligation to promptly file with the Bankruptcy Court, and mail to all adverse parties or their counsel, a written statement showing (A) the names of the parties and the number of each case, adversary proceeding, or contested matter in which the client is a party and (B) the Debtor's current name, telephone number, mailing address, and e-mail address, and that the statement must be amended promptly if the Debtor's

2

name, telephone number, mailing address, or e-mail address changes;

    ii.   The Debtor will have the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter, or to hire other counsel to do so;

    iii.   The failure or refusal of the client to meet these obligations may result in adverse consequences; and

    iv.   Service of notices, pleadings, and other papers may be made upon the Debtor at the Debtor's last known address; and

   d.   That deadlines will not be affected by the withdrawal of Counsel.

5.     Debtor was given notice that Debtor could state any objections to Counsel's withdrawal. Debtor has not made any objection.

6.     A copy of the Notice of Intent to Withdraw which was provided to Debtor is attached hereto as **Exhibit "A"**.

7.     Counsel has not been paid any retainer or other payments for fees or expenses – either pre-petition, or post-petition – for this Bankruptcy Case.

8.     Debtor initiated this Bankruptcy Case, *pro se*, by means of a Chapter 11 case that was converted to this Chapter 7 case.

WHEREFORE, Counsel requests that the Court (i) grant this motion, authorizing withdrawal as legal counsel for Debtor in the Bankruptcy Case and any and all contested matters and adversary proceedings, and (ii) provide such further relief as the Court deems proper.

This 30th day of March, 2026.

Respectfully submitted,

**ROBL & BOWEN LLC**

*/s/ Michael D. Robl*
Michael D. Robl
Georgia Bar No. 610905
Maxwell W. Bowen
Georgia Bar No. 719784
*Counsel for Debtor*

3754 Lavista Road
Suite 250
Tucker, GA 30084
Telephone:  (404) 373-5153
Facsimile:   (404) 537-1761
E-mail:  michael@roblgroup.com
E-mail:  max@roblgroup.com

4

# Exhibit "A"

**[A copy of Notice of Intent to Withdraw sent to the Debtor more than 14 days prior to filing the foregoing motion follows this page]**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| ANEAKA UKAH, | Case No. 24-61070-BEM |
| Debtor. | |

## NOTICE OF INTENT TO WITHDRAW AS COUNSEL FOR DEBTOR

NOW COME Michael D. Robl, Maxwell Bowen, and the Robl Law Group LLC (collectively, "Counsel"), legal counsel for **Aneaka Ukah** ("Debtor") in Debtor's above-captioned bankruptcy case (the "Bankruptcy Case"), pursuant to **Local Rule 9010-5 of the United States Bankruptcy Court, Northern District of Georgia,** and give notice to the Debtor of Counsel's intent to withdraw as counsel for Debtor, as follows:

1.      Counsel wishes to withdraw as counsel for Debtor in the Bankruptcy, as well as any and all affiliated adversary proceedings and contested matters initiated within the Bankruptcy, and intends to file a motion to that effect not less than fourteen (14) days after providing this notice to Debtor;

2.      The names and contact information for opposing counsel in contested matters and adversary proceedings are as follows:  **Ben Keck, Esq. and Jonathan D Clements represent Mia Francis & Avery Francis in Adversary Proceeding No. 26-05010-bem, and may be contacted at:**

> Benjamin Keck
> Jonathan D. Clements
> Keck Legal, LLC
> 2801 Buford Hwy NE, Suite 115, Atlanta, GA 30329
> bkeck@kecklegal.com
> jclements@kecklegal.com
> Phone:  (470) 805-3113

1

3.      The Clerk of Court for the Bankruptcy Court of the Northern District of Georgia, Atlanta

Division can be contacted at:

> United Stated Bankruptcy Court Clerk of Court
> 75 Ted Turner Drive, SW, Room 1340
> Atlanta, Georgia 30303
> Tel: (404) 215-1000

4.      The Bankruptcy Court for the Northern District of Georgia retains jurisdiction of the above-

referenced case, and any related adversary proceedings, and contested matters;

5.      If Counsel's withdrawal is permitted:

   a.  The Debtor will have the obligation to promptly file with the Bankruptcy Court, and
       mail to all adverse parties or their counsel, a written statement showing (A) the names
       of the parties and the number of each case, adversary proceeding, or contested matter
       in which the client is a party and (B) the Debtor's current name, telephone number,
       mailing address, and e-mail address, and that the statement must be amended promptly
       if the Debtor's name, telephone number, mailing address, or e-mail address changes;

   b.  The Debtor will have the obligation to respond to any discovery or motions, to take
       other actions as are appropriate or required, and to prepare for any trial or hearing that
       may be scheduled in any matter, or to hire other counsel to do so;

   c.  The failure or refusal of the client to meet these obligations may result in adverse
       consequences;

   d.  Service of notices, pleadings, and other papers may be made upon the Debtor at the
       Debtor's last known address; and

   e.  If the Debtor is a corporation or other artificial entity, such entity may only be
       represented in the Bankruptcy Court by an attorney, an attorney must sign all pleadings
       submitted to the Bankruptcy Court, an officer may not represent the entity in the

Bankruptcy Court unless that officer is also an attorney, and failure to comply with this rule could result in adverse consequences to the entity;

6.      The following deadlines are currently scheduled in the Bankruptcy and will not be affected by the withdrawal of Counsel:

March 20, 2026 is the deadline to file a report pursuant to Fed. R. Civ. P. 26(f) and BLR 7016-1.

7.      Unless the withdrawal is with the Debtor's consent, the Debtor has fourteen days from the date of service of the notice to contact the attorney and state any objections to the attorney's withdrawal.

This 23rd day of February, 2026.

Respectfully submitted,

**ROBL & BOWEN LLC**

/s/ Michael D. Robl
Michael D. Robl
Georgia Bar No. 610905
Maxwell W. Bowen
Georgia Bar No. 719784
*Counsel for Debtor*

3754 Lavista Road
Suite 250
Tucker, GA 30084
Telephone:  (404) 373-5153
Facsimile:  (404) 537-1761
E-mail:  michael@roblgroup.com
E-mail:  max@roblgroup.com

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading on all the aforesaid Debtor via email AND via U.S. Mail with sufficient first-class postage affixed thereto and addressed as follows:

Aneaka Ukah
2564 Tucker Mill Rd.
Conyers, GA 30094

This 23rd day of February, 2026.

**ROBL & BOWEN LLC**

/s/ Michael D. Robl
Michael D. Robl
GA Bar No. 610905
3754 Lavista Road
Suite 250
Tucker, GA 30084
Telephone:  (404) 373-5153
Facsimile:   (404) 537-1761
E-mail:  michael@roblgroup.com

4

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading on the aforesaid Debtor via U.S. Mail with sufficient first-class postage affixed thereto and addressed as follows:

> Aneaka Ukah
> 2564 Tucker Mill Rd.
> Conyers, GA 30094

**-AND-**

On Debtor via email to:       ukahcorp@gmail.com

**-AND-**

On all creditors and parties in interest who have appeared in this case and who are registered with the Court's ECF system, which sends a notice of filing of this pleading and a link to access this pleading.

This 30th day of March, 2026.

> Respectfully submitted,
>
> **ROBL & BOWEN LLC**
>
> /s/ *Michael D. Robl*
> Michael D. Robl
> Georgia Bar No. 610905
> Maxwell W. Bowen
> Georgia Bar No. 719784
> *Counsel for Debtor*

3754 Lavista Road
Suite 250
Tucker, GA 30084
Telephone:  (404) 373-5153
Facsimile:  (404) 537-1761
E-mail:  michael@roblgroup.com
E-mail:  max@roblgroup.com