

**IT IS ORDERED as set forth below:**

**Date: April 1, 2026**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

ANEAKA UKAH,

       Debtor.

CASE NO. 24-61070-BEM

CHAPTER 7

## **O R D E R**

      This matter is before the Court on Michael D. Robl, Maxwell Bowen, and the Robl Law Group LLC's *Motion to Authorize Withdrawal By Counsel for Debtor* (the "Motion"). [Doc. 149]. The procedures for withdrawing as counsel are set forth in BLR 9010-5, including in part:

> The attorney must file a motion with the Bankruptcy Clerk requesting permission to withdraw. The motion ... must state, to the best of the attorney's knowledge, the last known name, address, telephone number, and e-mail address for the client. ... The motion must be accompanied by a notice to the client that any objection to the motion must be filed within fourteen days after its service and the address of the Bankruptcy Clerk's office where the objection may be filed.

BLR 9010-5(b)(2). The Motion here is deficient in that it fails to include the last known name, address, telephone number, and e-mail address for Debtor and is not accompanied by a notice to Debtor of the time and place to file any objection to the Motion.

Movants shall have 14 days after entry of this Order to supplement or amend the Motion to correct the deficiencies. Failure to do so may result in denial of the Motion without further notice.

**END OF ORDER**

**<u>Distribution List</u>**

Aneaka Ukah
2564 Tucker Mill Rd
Conyers, GA 30094

Maxwell William Bowen
Robl & Bowen LLC
Suite 250
3754 Lavista Road
Tucker, GA 30084

Michael D. Robl
Robl & Bowen LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084

Michael J. Bargar
Rountree Leitman Klein & Geer LLC
Century Plaza
2987 Clairmont Road, Suite 350
Atlanta, GA 30329