

**IT IS ORDERED as set forth below:**


**Date: April 16, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-61070-bem |
| | : | |
| ANEAKA UKAH, | : | |
| | : | CHAPTER 7 |
| DEBTOR. | : | |
| _____ | : | |
| | : | |
| ANDREW BERGMAN, ANDREW BONDARCZUK, | : | |
| EDWARD BONDARCZUK, MATTHEW | : | CONTESTED MATTER |
| BONDARCZUK, STEVE BONDARCZUK, CAIN | : | |
| HERNANDEZ, JOSHUA MILLER, AARON | : | |
| MULLENIX, CHRISTOPHER NUESA, WILLIAM | : | |
| MARC SALSBERRY, TREVOR SCHMIDT, | : | |
| BRIAN WALTERS, JANE PARK, AARON STOGNER, | : | |
| AND CARLOS ZOLLER, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| ANEAKA UKAH, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

**ORDER EXTENDING THE DEADLINE IN WHICH TO FILE A COMPLAINT TO
OBJECT TO DISCHARGE AND/OR DETERMINE DISCHARGEABILITY OF
CERTAIN DEBTS PURSUANT TO 11 U.S.C. SECTIONS 523 & 727**

On March 19, 2026 Andrew Bergman, Andrew Bondarczuk, Edward Bondarczuk, Matthew Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron Mullenix, Christopher Nuesa, William Marc Salsberry, Trevor Schmidt, Brian Walters, Jane Park, Aaron Stogner, and Carlos Zoller  (hereinafter referred to as "Shepherds Investors")  filed their *Motion to Extend the Deadline in Which to File a Complaint to Object to Discharge and/or Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. Sections 523 & 727* (the "Motion") (Doc. No. 148) for the Shepherds Investors and/or Shepherds, LLC  to file such complaint though and including July 20, 2026 which is 120 days after the current extended deadline of March 19, 2026.

On March 19, 2026, counsel for the Shepherds Investors filed and served a *Notice of Motion to Extend the Deadline in Which to File a Complaint to Object to Discharge and/or Determine Dischargeability of Certain Debts Pursuant To 11 U.S.C. Sections 523 & 727* (Doc No. 148-1; the "Notice") pursuant to the Fifth Amended and Restated General Order 24-2018. The Notice set the hearing on the Motion for April 14, 2026 (the "Hearing") and fixed the deadline for objections to the Motion as April 13, 2026 (which is the first business day that is more than 24 days from the service of the Notice).

Notice of the opportunity to object and for Hearing was provided pursuant to the procedures of the Fifth Amended and Restated General Order 24-2018 and no objection to the Motion was filed prior to the objection deadline. The Court has considered the Motion and all matters of record, including the lack of objection thereto. Based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is

ORDERED that the time in which the Shepherds Investors and/or Shepherds, LLC may file a complaint seeking a determination as to the dischargeability of claims against Aneaka Ukah pursuant to 523 or objecting to Debtor's discharge pursuant to 727 is extended through and including July 20, 2026.

**END OF DOCUMENT**

**Prepared and presented by:**

By:   */s/ Gregory D. Ellis*
          Gregory D. Ellis
          Georgia Bar No. 245310
          gellis@lcenlaw.com
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
P: (404) 262-7373
*Attorneys for Shepherds Investors*

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

Gregory D. Ellis, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 290, Atlanta, GA  30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Michael D. Robl, Robl Law Group, LLC, 3754 Lavista Road, Suite 250, Tucker, GA 30084

Aneaka Ukah, 2564 Tucker Mill Rd, Conyers, GA 30094