**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ANEAKA UKAH | ) | CASE NO.: 24-61070-BEM |
| | ) | |
| Debtor. | ) | |
| | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that James F. F. Carroll, Esq. and Peter J. Batalon, Esq. of the law firm James

Carroll Law Firm are counsel for interested party Deed Co, LLC in the above-styled case. Counsel's

address, phone number, email addresses, and bar numbers are as follows:

> James F. F. Carroll: Georgia Bar No. 940350
> Peter J. Batalon: Georgia Bar No. 339830
> James Carroll Law Firm
> 9080 Rowland Street
> Ste. 5140 #1051
> Clarkston, GA 30021
> 615-306-5666 phone
> Email: jcarroll@jcarrollfirm.com
> Email: pbatalon@jcarrollfirm.com

All further correspondence, pleadings, notices, orders and other matters relating to this action

should be sent to the undersigned.

Respectfully submitted, this 1st day of May, 2026.

**JAMES CARROLL LAW FIRM**

*/s/ James F. F. Carroll*
James F. F. Carroll
Georgia Bar No. 940350
Peter J. Batalon
Georgia Bar No. 339830
980 Rowland Street
Ste 5140 #1051
Clarkston, GA 30021
Telephone: 615-306-5666
jcarroll@jcarrollfirm.com
pbatalon@jcarrollfirm.com
*Attorneys for Deed Co, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing *Notice of Appearance* was served on May 1, 2026, on all parties consenting to service through the Court's CM/ECF system in this case.

/s/ *James F. F. Carroll*

James F. F. Carroll
Georgia Bar No. 940350
*Attorney for Deed Co, LLC*