UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              :
                                                    :     CASE NO. 24-61070-BEM
ANEAKA UKAH,                                         :
                                                    :     CHAPTER 7
              Debtor.                               :
                                                    :

### WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Michael J. Bargar, the Chapter 7 Trustee in the above-referenced case, hereby withdraw

the Trustee's Report of No Distribution filed electronically on June 04, 2026.

Respectfully submitted this 16th day of June, 2026.

By:  */s/ Michael J. Bargar*

Century Plaza I, 2987 Clairmont Rd, Ste 350     Michael J. Bargar
Atlanta, GA 30329                               Georgia Bar No. 645709
Phone: (404) 410-1220
mbargar@rlkglaw.com

13655169v1

## CERTIFICATE OF SERVICE

This is to certify that on June 16, 2026, I, Michael J. Bargar, caused to be served true and correct copies of the forgoing *Withdrawal of Trustee's Report of No Distribution* by delivering copies of the same via United States first class mail, postage prepaid, to the following persons or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

This 16th day of June, 2026.

By:  */s/ Michael J. Bargar*

Century Plaza I, 2987 Clairmont Rd, Ste 350      Michael J. Bargar
Atlanta, GA 30329                                Georgia Bar No. 645709
Phone: (404) 410-1220
mbargar@rlkglaw.com

13655169v1