UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                 :         CHAPTER 7

                          :

ANEAKA UKAH         :         CASE NO. 24-61070-bem

                          :

        Debtor.         :

                          :

**JOINT MOTION FOR MEDIATION**

COME NOW Andrew Bergman, Andrew Bondarczuk, Edward Bondarczuk, Matthew Bondarczuk, Steve Bondarczuk, Cain Hernandez, Joshua Miller, Aaron Mullenix, Christopher Nuesa, William Marc Salsberry, Trevor Schmidt, Brian Walters, Jane Park, Aaron Stogner, and Carlos Zoller (hereinafter referred to as "Shepherds Investors") and Aneaka Ukah ("Debtor"), (Shepherds Investors and Debtor hereinafter referred to as the "Parties") and file this "Joint Motion for Mediation" showing as follows:

**Background**

1. Debtor filed her voluntary Chapter 7 petition on October 18, 2024 (the "Petition Date").

2. The Section 341 meeting of creditors was held and concluded on December 5, 2024, at which time Jordan E. Lubin became the permanent Chapter 7 Trustee for the Bankruptcy Estate of Debtor pursuant to 11 U.S.C. § 702.

3. "Shepherds Investors" filed several Motions of Extending Time to Answer or Otherwise to Respond to Complaint. The most recent *Motion to Extend the Deadline in Which to File a Complaint to Object to Discharge and/or Determine Dischargeability of Certain Debts*

*Pursuant to 11 U.S.C. Sections 523 & 727* (Doc. No. 152) was filed on April 16, 2026, which

extended the time for Debtor to answer or otherwise respond to the Complaint until July 20, 2026.

4.      In order to save judicial resources, avoid duplication of effort, and reduce costs, the

Parties desire to participate in a mediation of the issues presented in the Discharge and

Dischargeability of Debt.

5.      Contemporaneously with the filing of this Joint Motion for Mediation, the Shephers

Investors have filed a Motion to Extend the Deadline in which to File a Complaint to Object to

Discharge and/or Determine Dischargeability of Certain Debts Pursuant To 11 U.S.C. Sections

523 & 727 until the later of September 30, 2026 or 45 days after mediation reaches an impasse.

Consequently, cause exists to grant this motion

6.      The Parties believe mediation before a Bankruptcy Judge in this District will

facilitate a possible resolution of the issues in the case.

### Relief Requested

7.      By this Motion, the Parties seek approval of an order designating mediation. The

Parties request that they be allowed seventy-five (75) days to complete the mediation. The Parties

further request that the deadlines in the Discharge and Dischargeability of Debt be extended and

tolled for the period during which the mediation occurs.

### Basis for Relief

8.      The Order Regarding Mediation Referrals and Procedures ("General Order 50-

2025") adopted by the United States Bankruptcy Court for the Northern District of Georgia

provides that "When parties desire to have a bankruptcy judge mediate their dispute, they must

jointly advise the assigned judge of that desire".

2

9.      Here, the Parties desire mediation on the issues arising in the Discharge and Dischargeability of Debt before a bankruptcy judge in order to avoid duplication of efforts and judicial resources and seek consensual resolution, if possible.

WHEREFORE, pursuant to General Order 50-2025 the Parties file this *Joint Motion for Mediation* seeking an order for mediation of the issues raised herein, and any other issues appropriate for such mediation, and seeking such other relief as is appropriate.

Respectfully submitted, this 18th day of June, 2026

By:   */s/ Gregory D. Ellis*
   Gregory D. Ellis
   Georgia Bar No. 245310
   gellis@lcenlaw.com
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
P: (404) 262-7373
*Attorneys for Shepherds Investors*

*By:  /s/ Michael D. Robl*
Michael D. Robl
Georgia Bar No. 610905
michael@roblgroup.com
Robl Law Group, LLC
3574 Lavista Road,, Ste. 250
Tucker, GA 30084
P: (404) 373-5153
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Joint Motion for Mediation* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Michael J. Bargar**   mbargar@rlkglaw.com, GA67@ecfcbis.com
**Michael J. Bargar**   mbargar@rlkglaw.com, mbargar@ecf.courtdrive.com;emillerrlkg@ecf.courtdrive.com
**Maxwell William Bowen**   max@roblgroup.com
**James Carroll**   jcarroll@jcarrollfirm.com, bkeka@jcarrollfirm.com;pbatalon@jcarrollfirm.com
**Jonathan D Clements**   bkeck@kecklegal.com
**Gregory D. Ellis**   gellis@lcenlaw.com, gellis@lcenlaw.com;jkortman@lcenlaw.com
**Alan Hinderleider**   Alan.Hinderleider@usdoj.gov
**Benjamin R Keck**   bkeck@kecklegal.com, 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com
**William Dale Matthews**   swenger@rlkglaw.com;cwilliams@rlkglaw.com
**Maysen Moorehead**   mmoorehead@kecklegal.com
**Michael D. Robl**   michael@roblgroup.com, max@roblgroup.com,dbridges@roblgroup.com
**John T. Whaley**   trustee@jtwcpa.net, jtwhaley@jtwcpa.net

I further certify that on this day I caused a copy of the foregoing to be served via United States First Class Mail, with adequate postage affixed thereto to the following party set forth below, at the address shown:

Aneaka Ukah
2564 Tucker Mill Rd,
Conyers, GA 30094

Dated: June 18, 2026

/s/        *Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
gellis@lcenlaw.com

6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA  30328
(404) 262-7373