**IT IS ORDERED as set forth below:**

**Date: August 18, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>ANEAKA UKAH,<br><br>Debtor. | CHAPTER 7<br><br>CASE NO: 24-61070-BEM |
| DEED CO, LLC<br><br>Movant,<br><br>v.<br><br>ANEAKA UKAH,<br><br>Respondent. | CONTESTED MATTER |

**ORDER GRANTING DEED CO, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY**

Upon Deed Co, LLC ("Movant") having filed a Motion for Relief from the Automatic Stay as to Real Property and Waiver of the 30-Day Requirement of 11 U.S.C. § 362(e) of the United

States Bankruptcy Code and Waiver of Rule 4001(a)(4) ("Motion") [Doc. No. 157], upon the Court having held a hearing on same on August 12, 2026, at which only counsel for the Movant appeared, and in consideration of same and for good cause shown, the Court Orders as follows:

1. The automatic stay of 11 U.S.C. § 362 is hereby LIFTED as to Movant with respect to the real property located at 2564 Tucker Mill Road SW, Conyers, Rockdale County, Georgia 30094, with Tax ID# 030-0-01-004S, as more particularly described in that certain Sheriff's Tax Deed recorded in Deed Book 7881, Page 327, Rockdale County, Georgia Records (the "Property");

2. Deed Co, LLC is hereby authorized to re-initiate and complete barment proceedings under O.C.G.A. §§ 48-4-45 and 48-4-46 with respect to the Property, including serving any notices and taking any other action required or permitted under Georgia law in connection with the barment process, including, but not limited to, filing suit in order to quiet title to the Property;

3. Upon completion of barment, Deed Co, LLC is further authorized to exercise any and all rights available to it as the tax deed holder under applicable Georgia law; and

4. This Order shall become effective and enforceable immediately upon entry, and the fourteen (14) day stay period of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

**[END OF DOCUMENT]**

**PREPARED BY:**

**JAMES CARROLL LAW FIRM**
*/s/James F. F. Carroll*
James F. F. Carroll
GA Bar No. 940350
980 Rowland St
Ste 5140 #1051
Clarkston, GA 30021
615-306-5666
jcarroll@jcarrollfirm.com
*Counsel for Movant*

**Distribution List**

Michael D. Robl
Robl & Bowen LLC
3754 LaVista Road, Suite 250
Tucker, Georgia 30084
*Counsel for Debtor*

Michael J. Bargar
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
*Chapter 7 Trustee*

Alan Hinderleider
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Aneaka Ukah
2564 Tucker Mill Road
Conyers, Georgia 30094