FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 AUG 31 P 12: 17

VANIA S. ALLEN
CLERK
BY: DEPUTY CLERK

Official Form 417A (12/23)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: **ANEAKA UKAH,**
Debtor.

Case No. 24-61070-BEM
Chapter 7

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

   Warren Ukah

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   *For appeals in an adversary proceeding:*

   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe): ______________________

   *For appeals in a bankruptcy case and not in an adversary proceeding:*

   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe):
   Nondebtor asserting an independent property/redemption interest relating to 2564 Tucker Mill Road SW.

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   Order Granting Deed Co, LLC's Motion for Relief from the Automatic Stay as to Real Property (Docket No. 167).

2. State the date on which the judgment—or the appealable order or decree—was entered:

   August 18, 2026.

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Deed Co, LLC
   Attorney:
   James F. F. Carroll
   James Carroll Law Firm
   980 Rowland Street, Suite 5140 #1051
   Clarkston, Georgia 30021
   (615) 306-5666

2. Party: Michael J. Bargar, Chapter 7 Trustee
   Attorney:
   Michael J. Bargar
   Rountree Leitman Klein & Geer, LLC
   Century Plaza I, 2987 Clairmont Road, Suite 350
   Atlanta, Georgia 30329
   (404) 410-1220

The remaining party to the order is identified on the continuation page attached to this Notice.

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Date: 8/31/2026

[signature]

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Warren Ukah

2564 Tucker Mill Road SW

Conyers, GA 30094

678-308-6026

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

In re: ANEAKA UKAH, Debtor. Case No. 24-61070-BEM Chapter 7

---

**CONTINUATION OF PART 3 — ADDITIONAL PARTY TO THE APPEAL**

3. Party: Aneaka Ukah, Debtor
   Attorney:
   Michael D. Robl
   Robl & Bowen LLC
   3754 LaVista Road, Suite 250
   Tucker, Georgia 30084
   (404) 373-5153

Appellant: Warren Ukah

**IT IS ORDERED as set forth below:**

**Date: August 18, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ANEAKA UKAH, | CASE NO: 24-61070-BEM |
| Debtor. | |
| DEED CO, LLC | |
| Movant, | |
| v. | CONTESTED MATTER |
| ANEAKA UKAH, | |
| Respondent. | |

**ORDER GRANTING DEED CO, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY**

Upon Deed Co, LLC ("Movant") having filed a Motion for Relief from the Automatic Stay as to Real Property and Waiver of the 30-Day Requirement of 11 U.S.C. § 362(e) of the United

States Bankruptcy Code and Waiver of Rule 4001(a)(4) ("Motion") [Doc. No. 157], upon the Court having held a hearing on same on August 12, 2026, at which only counsel for the Movant appeared, and in consideration of same and for good cause shown, the Court Orders as follows:

1. The automatic stay of 11 U.S.C. § 362 is hereby LIFTED as to Movant with respect to the real property located at 2564 Tucker Mill Road SW, Conyers, Rockdale County, Georgia 30094, with Tax ID# 030-0-01-004S, as more particularly described in that certain Sheriff's Tax Deed recorded in Deed Book 7881, Page 327, Rockdale County, Georgia Records (the "Property");

2. Deed Co, LLC is hereby authorized to re-initiate and complete barment proceedings under O.C.G.A. §§ 48-4-45 and 48-4-46 with respect to the Property, including serving any notices and taking any other action required or permitted under Georgia law in connection with the barment process, including, but not limited to, filing suit in order to quiet title to the Property;

3. Upon completion of barment, Deed Co, LLC is further authorized to exercise any and all rights available to it as the tax deed holder under applicable Georgia law; and

4. This Order shall become effective and enforceable immediately upon entry, and the fourteen (14) day stay period of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

**[END OF DOCUMENT]**

**PREPARED BY:**

**JAMES CARROLL LAW FIRM**
*/s/James F. F. Carroll*
James F. F. Carroll
GA Bar No. 940350
980 Rowland St
Ste 5140 #1051
Clarkston, GA 30021
615-306-5666
jcarroll@jcarrollfirm.com
*Counsel for Movant*

**Distribution List**

Michael D. Robl
Robl & Bowen LLC
3754 LaVista Road, Suite 250
Tucker, Georgia 30084
*Counsel for Debtor*

Michael J. Bargar
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
*Chapter 7 Trustee*

Alan Hinderleider
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Aneaka Ukah
2564 Tucker Mill Road
Conyers, Georgia 30094

# U.S. Bankruptcy Court

## Georgia Northern Bankruptcy

Receipt Date: Aug 31, 2026 12:20PM

Warren Ukah
2564 Tucker Mill Road SW
Conyers, GA

Rcpt. No: 10017141 Trans. Date: Aug 31, 2026 12:20PM Cashier ID: #HD (5970)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| AP | BK APPEAL and NO | 24-61070-bem | 1 | 298.00 | 298.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #6694905253 | 08/31/2026 | $298.00 |
| | | | Total Due Prior to Payment: | $298.00 |
| | | | Total Tendered: | $298.00 |

**Debtor**: Aneaka Ukah

**Comments**: Re: doc 167

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.