# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk
United States District Court

DATE: September 2, 2026

RE: 24-61070-bem
Bankruptcy Case No.

Aneaka Ukah
Debtor(s)

Warren Ukah
Appellant

vs
Deed Co, LLC and Michael J. Bargar, Chapter 7 Trustee
Appellees

## SUBMISSION SHEET

Submitted on:

☒ Notice of Appeal filed 08/31/2026- Doc. No. 169
File date of Order being appealed from 08/18/2026 - Doc. No. 167

☐ Supplemental Record to USDC Case No. Click here to enter text.

☐ Other: Click here to enter text.

**Contents of Record:**

☐ Documents: 167,169,docket sheet

☐ Designated items of ☐ Appellant(s) ☐ Appellee
Filing Fee Paid - ☒ Yes ☐ No

FROM: Vania S. Allen Clerk of Court
United States Bankruptcy Court

By: __/s/__________________________________
Yahaira Lugo, Deputy Clerk