**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Georgia**

**Notice of Electronic Filing**

The following transaction was entered on 9/3/2026 at 12:30 PM EDT and filed on 9/2/2026

☐

| | |
|---|---|
| **Case Name:** | Ukah v. Deed Co, LLC et al |
| **Case Number:** | 1:26-cv-05029-MHC |
| **Filer:** | Warren Ukah |
| **Document Number:** | 1 |

**Docket Text:**
**Bankruptcy Notice of Appeal, USBC Case#: 24-61070-bem. Notice of Appeal filed 08/31/2026 from Order entered 08/18/2026 by Appellant Warren Ukah. Fee Paid: Yes. USBC Receipt No. 10017141. filed by Warren Ukah. (Attachments: # (1) NOA doc 169, # (2) Appealed Order doc 167, # (3) Docket sheet)(aeh) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form.**

**1:26-cv-05029-MHC Notice has been electronically mailed to:**

James Franklin Failey Carroll jcarroll@jcarrollfirm.com, BKEKA@JCARROLLFIRM.COM, pbatalon@jcarrollfirm.com

Michael J. Bargar mbargar@rlkglaw.com, kmoore@rlkglaw.com

**1:26-cv-05029-MHC Notice has been delivered by other means to:**

Warren Ukah
2564 Tucker Mill Road SW
Conyers, GA 30094

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=9/3/2026] [FileNumber=16047044-0
] [23b27476f0cf7a3f2a18421cddf832c437c841fe64124bf23c80c857260e7327693
075c772f286db69456eb5638d24b2190b15e78852e5c465d1483e687f5a07]]
**Document description:** NOA doc 169
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=9/3/2026] [FileNumber=16047044-1
] [0d72e3b41eaaa98a37078a287cd31510370fed21b96e936cc3ab2112f4dc01be850
829c50cc6cf16398be2bbed8c780e6af81b6bac0ce3d216f27235acf397df]]
**Document description:** Appealed Order doc 167
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=9/3/2026] [FileNumber=16047044-2
] [57cf3a8af5f5d41db598a4123dbe4e6fd8991aea77f581a767b5e981db19827e22c
e9cd925a5313b30e97db537e12ec89e57529a32c21ca280f04e5cff9f6a2e]]
**Document description:** Docket sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=9/3/2026] [FileNumber=16047044-3
] [145a4e6416643c16cedfd2b70347e67f5374c1ee85803af84007c372ce1a7095690
c9cf96136a67da98c824e13e11cf349dbe8399ac8bd6d1cbe3cf7f981593f]]