**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE:<br><br>Aneaka Ukah<br><br>Debtor(s) | CASE NO. 24-61070-bem |
| Warren Ukah<br><br>Appellant<br>v.<br><br>Deed Co, LLC and Michael J. Bargar, Chapter 7 Trustee<br><br>Appellees | CHAPTER 7 |

NOTICE TO APPELLANT AND APPELLEE

RE: NOTICE OF APPEAL FILED ON August 31, 2026

NOTICE IS GIVEN that the Appellant shall, within 14 days of August 31, 2026 the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee (include the corresponding docket number for each pleading listed);

2. A statement of the issues to be presented and serve a copy upon the appellee; and

3. A written request for the transcript and deliver a copy to the court reporter IF the record designated includes a transcript of any proceeding or a part thereof.

NOTICE IS FURTHER GIVEN that within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal. Without a designation of the record, the record prepared by the Clerk will consist only of the notice of appeal, the judgment, order or decree appealed from, and any opinion, findings of fact, and conclusions of law of the court (*See* Rule 8009 of the Federal Rules of Bankruptcy Procedure.)

**YOU SHOULD REDACT (REMOVE) PERSONAL INFORMATION from the documents and exhibits in the Designated Record. Include only the last four digits of any Social Security number, taxpayer-identification number, or financial account number. Include only an individual's year of birth or the initials of a minor child** (*See* Rule 9037 of the Federal Rules of Bankruptcy Procedure.)

VANIA S. ALLEN, CLERK

By: /s/
Yahaira Lugo, Deputy Clerk

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2026 AUG 31 P 12: 17

VANIA S. ALLEN
CLERK
BY: DEPUTY CLERK

Official Form 417A (12/23)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: **ANEAKA UKAH,**
Debtor.

Case No. 24-61070-BEM
Chapter 7

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

   Warren Ukah

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   *For appeals in an adversary proceeding:*

   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe): ____________________

   *For appeals in a bankruptcy case and not in an adversary proceeding:*

   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe):
   Nondebtor asserting an independent property/redemption interest relating to 2564 Tucker Mill Road SW.

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   Order Granting Deed Co, LLC's Motion for Relief from the Automatic Stay as to Real Property (Docket No. 167).

2. State the date on which the judgment—or the appealable order or decree—was entered:

   August 18, 2026.

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Deed Co, LLC
   Attorney:
   James F. F. Carroll
   James Carroll Law Firm
   980 Rowland Street, Suite 5140 #1051
   Clarkston, Georgia 30021
   (615) 306-5666

2. Party: Michael J. Bargar, Chapter 7 Trustee
   Attorney:
   Michael J. Bargar
   Rountree Leitman Klein & Geer, LLC
   Century Plaza I, 2987 Clairmont Road, Suite 350
   Atlanta, Georgia 30329
   (404) 410-1220

The remaining party to the order is identified on the continuation page attached to this Notice.

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Date: 8/31/2026

[signature]

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Warren Ukah
2564 Tucker Mill Road SW
Conyers, GA 30094
678-308-6026

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

In re: ANEAKA UKAH, Debtor. Case No. 24-61070-BEM Chapter 7

## CONTINUATION OF PART 3 — ADDITIONAL PARTY TO THE APPEAL

3. Party: Aneaka Ukah, Debtor

   Attorney:

   Michael D. Robl
   Robl & Bowen LLC
   3754 LaVista Road, Suite 250
   Tucker, Georgia 30084
   (404) 373-5153

Appellant: Warren Ukah

**IT IS ORDERED as set forth below:**

**Date: August 18, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ANEAKA UKAH, | CASE NO: 24-61070-BEM |
| Debtor. | |
| DEED CO, LLC | |
| Movant, | |
| v. | CONTESTED MATTER |
| ANEAKA UKAH, | |
| Respondent. | |

**<u>ORDER GRANTING DEED CO, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY</u>**

Upon Deed Co, LLC ("Movant") having filed a Motion for Relief from the Automatic Stay as to Real Property and Waiver of the 30-Day Requirement of 11 U.S.C. § 362(e) of the United

States Bankruptcy Code and Waiver of Rule 4001(a)(4) ("Motion") [Doc. No. 157], upon the Court having held a hearing on same on August 12, 2026, at which only counsel for the Movant appeared, and in consideration of same and for good cause shown, the Court Orders as follows:

1. The automatic stay of 11 U.S.C. § 362 is hereby LIFTED as to Movant with respect to the real property located at 2564 Tucker Mill Road SW, Conyers, Rockdale County, Georgia 30094, with Tax ID# 030-0-01-004S, as more particularly described in that certain Sheriff's Tax Deed recorded in Deed Book 7881, Page 327, Rockdale County, Georgia Records (the "Property");

2. Deed Co, LLC is hereby authorized to re-initiate and complete barment proceedings under O.C.G.A. §§ 48-4-45 and 48-4-46 with respect to the Property, including serving any notices and taking any other action required or permitted under Georgia law in connection with the barment process, including, but not limited to, filing suit in order to quiet title to the Property;

3. Upon completion of barment, Deed Co, LLC is further authorized to exercise any and all rights available to it as the tax deed holder under applicable Georgia law; and

4. This Order shall become effective and enforceable immediately upon entry, and the fourteen (14) day stay period of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

**[END OF DOCUMENT]**

**PREPARED BY:**

**JAMES CARROLL LAW FIRM**
*/s/James F. F. Carroll*
James F. F. Carroll
GA Bar No. 940350
980 Rowland St
Ste 5140 #1051
Clarkston, GA 30021
615-306-5666
jcarroll@jcarrollfirm.com
*Counsel for Movant*

**Distribution List**

Michael D. Robl
Robl & Bowen LLC
3754 LaVista Road, Suite 250
Tucker, Georgia 30084
*Counsel for Debtor*

Michael J. Bargar
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
*Chapter 7 Trustee*

Alan Hinderleider
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Aneaka Ukah
2564 Tucker Mill Road
Conyers, Georgia 30094

United States Bankruptcy Court
Northern District of Georgia

In re:
Aneaka Ukah
Debtor

Case No. 24-61070-bem
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9 | User: bncadmin | Page 1 of 2
Date Rcvd: Sep 02, 2026 | Form ID: pdf552 | Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 25010646 | + | Warren Ukah, 2564 Tucker Mill Rd SW, Conyers, GA 30094-3342 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: aneakaenglish@yahoo.com | Sep 02 2026 21:20:00 | Aneaka Ukah, 2564 Tucker Mill Rd, Conyers, GA 30094-3342 |
| | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 02 2026 21:22:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| Benjamin R Keck | on behalf of Creditor Mia Francis bkeck@kecklegal.com 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com |

| | |
|---|---|
| Gregory D. Ellis | on behalf of Creditor Aaron Mullenix gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Matthew Bondarczuk gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Andrew Bergman gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Christopher Nuesa gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor William Marc Salsberry gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Brian Walters gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Trevor Schmidt gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Andrew Bondarczuk gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Carlos Zoller gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Joshua Miller gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Steve Bondarczuk gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Aaron Stogner gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Jane Park gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Edward Bondarczuk gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | on behalf of Creditor Cain Hernandez gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| James Carroll | on behalf of Interested Party Deed Co LLC jcarroll@jcarrollfirm.com, bkeka@jcarrollfirm.com;pbatalon@jcarrollfirm.com |
| John T. Whaley | on behalf of Trustee John T. Whaley trustee@jtwcpa.net jtwhaley@jtwcpa.net |
| Jonathan D Clements | on behalf of Plaintiff Mia Francis bkeck@kecklegal.com |
| Jonathan D Clements | on behalf of Plaintiff Avery Francis bkeck@kecklegal.com |
| Jonathan D Clements | on behalf of Creditor Mia Francis bkeck@kecklegal.com |
| Maxwell William Bowen | on behalf of Debtor Aneaka Ukah max@roblgroup.com |
| Maysen Moorehead | on behalf of Creditor Mia Francis mmoorehead@kecklegal.com |
| Michael D. Robl | on behalf of Debtor Aneaka Ukah michael@roblgroup.com max@roblgroup.com,dbridges@roblgroup.com |
| Michael D. Robl | on behalf of Defendant Aneaka Ukah michael@roblgroup.com max@roblgroup.com,dbridges@roblgroup.com |
| Michael J. Bargar | mbargar@rlkglaw.com GA67@ecfcbis.com |
| Michael J. Bargar | on behalf of Trustee Michael J. Bargar mbargar@rlkglaw.com mbargar@ecf.courtdrive.com;emillerrlkg@ecf.courtdrive.com |
| William Dale Matthews | on behalf of Trustee Michael J. Bargar swenger@rlkglaw.com;cwilliams@rlkglaw.com |

TOTAL: 29